UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NADINE J. GRIFFIN, ) <br> ) <br> Defendant. ) <br> ) | 26 U.S.C. § 7206(1) <br> (Filing False Income Tax Returns) <br> CR-05-10175-WGY |

## INDICTMENT

The Grand Jury Charges:

### INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1. The defendant, NADINE J. GRIFFIN, is a United States Citizen and was a resident of Danvers, Massachusetts.

2. From in or about 1996 through at least 1999, defendant NADINE J. GRIFFIN was a salesperson for Global Prosperity.

3. Global Prosperity was an organization founded in 1996, which was in the business of selling a 12-part audiotape/compact disc series, as well as tickets to offshore seminars located in such places as Aruba and Cancun, Mexico. Global Prosperity was known by various names including Global Prosperity Marketing Group, the Global Prosperity Group, and the Institute of Global Prosperity (hereinafter referred to as "Global Prosperity").

4. As a salesperson for Global Prosperity, Nadine J. Griffin sold the following goods and services:

      a. Global 1 (G1): a 12-part audiotape/compact disc series retail priced at $1,250 per series.

      b. Global 2 (G2): a seminar ticket to a three-day offshore seminar retail priced at $6,250 per ticket.

      c. Global 3 (G3): a seminar ticket to a five-day offshore seminar retail priced at $18,750 per ticket.

5. Global Prosperity primarily marketed and sold its products through a network of distributors or salespersons modeled after the multi-level marketing design.

The Grand Jury further charges:

COUNT 1
26 U.S.C. § 7206(1)
(Filing False Income Tax Returns)

6.  On or about July 30, 1999, in the District of Massachusetts, defendant NADINE J. GRIFFIN, who was a resident of Danvers, Massachusetts, did willfully make and subscribe a 1998 U.S. Individual Income Tax Return, Form 1040, for the calendar year 1998, which was verified by a written declaration that it was made under the penalties of perjury and which was filed with the Internal Revenue Service, and which said income tax return defendant NADINE J. GRIFFIN did not believe to be true and correct as to every material matter in that the said 1998 income tax return reported Schedule C gross receipts of $31,348.01, whereas, defendant NADINE J. GRIFFIN then and there well knew and believed, that defendant failed and omitted to disclose on the said 1998 income tax return and attached Schedule C, or any other Schedule C, or otherwise, a substantial amount of gross receipts from her business activity as a salesperson for Global Prosperity.

All in violation of Title 26, United States Code, Section 7206(1).

The Grand Jury further charges:

## COUNT 2
26 U.S.C. § 7206(1)
(Filing False Income Tax Returns)

7.　On or about April 12, 2000, in the District of Massachusetts, the defendant NADINE J. GRIFFIN, who was a resident of Danvers, Massachusetts, did willfully make and subscribe a 1999 U.S. Individual Income Tax Return, Form 1040, for calendar year 1999, which was verified by a written declaration that it was made under the penalties of perjury and which was filed with the Internal Revenue Service, and which said income tax return defendant NADINE J. GRIFFIN did not believe to be true and correct as to every material matter in that the said 1999 income tax return reported Schedule C gross receipts of $30,127.00, whereas, defendant NADINE J. GRIFFIN then and there well knew and believed, that defendant failed and omitted to disclose on the said 1999 income tax return and attached Schedule C, or any other Schedule C, or otherwise, a substantial amount of gross receipts from her business activity as a salesperson for Global Prosperity.

All in violation of Title 26, United States Code, Section 7206(1).

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY


*[signature]*
CHRISTOPHER MAIETTA
ASSISTANT U.S. ATTORNEY /True Atty, DOJ for D...

DISTRICT OF MASSACHUSETTS; July 13, 2005.

Returned into the District Court by the Grand Jurors and filed.

*[signature]* B Roland
DEPUTY CLERK

12:49 p

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** District of Mass.    **Category No.** II    **Investigating Agency** IRS/CI

**City** Boston    **Related Case Information:**

**County** Suffolk    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Nadine J. Griffin    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   Seminole, FL

Birth date (Year only): 1960   SSN (last 4 #): 2839   Sex  F   Race: Caucasian   Nationality: U.S. Citizen

**Defense Counsel if known:** James Krasnoo    Address: 23 Main Street, Terrace Level
Andover, Mass.

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Christopher J. Maietta    Bar Number if applicable  N/A

Interpreter:   ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes  ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/13/05    Signature of AUSA: _(signed)_

≈JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant** _____Nadine J. Griffin_____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 26 USC 7206(1) | ~~USC~~ Filing False Tax Returns | 1 |
| Set 2 | 26 USC 7206(1) | Filing False Tax Returns | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**