UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ ) | | |
| UNITED STATES OF AMERICA ) | | |
| ) | | |
| v.                                                    ) | CR. NO. 05-10175-WGY | |
| ) | | |
| NADINE J. GRIFFIN                         ) | | |
| _____ ) | | |

**MOTION TO WITHDRAW**

Now comes the undersigned and withdraws from this case and assigns as reasons therefor the following:

1. Although he has represented Ms. Griffin in the past, he has not been hired to represent her in any in-court litigation.

2. He has never filed an Appearance.

3. He has never been retained by her for the purposes of filing an Appearance in the Federal District Court case pending in the above-entitled matter.

**WHEREFORE**, for the above reasons, the undersigned gives notice of his withdrawal and asks that his name be struck from the docket entries.

/s/ James B. Krasnoo
James B. Krasnoo (BBO #279300)
Law Offices of James B. Krasnoo
23 Main Street, Terrace Level
Andover, MA  01810
(978) 475-9955

## **CERTIFICATE OF SERVICE**

      I, hereby certify that a true copy of the above document was served upon Christopher Maietta, Esq., Department of Justice, 601 D Street, N.W., Washington, D.C. 20004 and Ms. Nadine J. Griffin, 13799 Park Boulevard North, Apt. #244, Seminole, FL 33776 by first class mail on July 19, 2005.


                                                      /s/ James B. Krasnoo
                                                      James B. Krasnoo