IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA ) | CASE NO. CR-05-10175-WGY |
|---|---|
| Plaintiff ) | NOTICE OF APPEARANCE PRO SE BY |
| vs. ) | DEFENDANT Nadine J. Griffin |
| Nadine J. Griffin ) | |
| Defendant ) | |

To: Clerk of Court:

And to: All Parties and Counsel of Record

Nadine J. Griffin, proceeding in special appearance, on her own behalf (*pro se*), files this notice of appearance regarding case number "CASE NO. CR-05-10175-WGY". Without waiving any defenses whatsoever, including, but not limited to in F.R.Crim.P.12, Nadine J. Griffin hereby enters an appearance in the above-captioned matter and requests that all further pleadings and papers, including orginal process, be served at the mailing location of 13799 Park Blvd. North, #244, Seminole, Florida 33776-3402.

Dated this 20th day of July, 2005.

Prepared and submitted by: _/s/ Nadine J. Griffin_

/ Nadine J. Griffin

## Certificate of Service

I, Nadine J. Griffin, certify that July 20, 2005, I deposited Certified Mail Article # _____, mailed a true and correct copy of the above and foregoing notice of appearance to: Christopher Maietta, at:

Christopher Maietta
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

_____
Nadine J. Griffin

AFFIDAVIT IN SUPPORT OF OBJECTION                    2 Of 2              Nadine J. Griffin
TO ARRAIGNMENT BY MAGISTRATE JUDGE                                       Appearance page 2