# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. CR-05-10175-WGY |
| Plaintiff ) | |
| ) | EMERGENCY MOTION TO |
| vs. ) | CONTINUE ARRAIGNMENT |
| Nadine J. Griffin ) | |
| Defendant ) | |

Nadine J. Griffin, proceeding in special appearance, moves this court for an *emergency motion to continue* the arraignment proceedings to take place July 29th 2005.

### Brief in support

1. This court shall notice: Nadine J. Griffin has moved this court for dismissal of this instant case and supported the motion to dismiss with a memorandum of law and judicial notice which reveal that the indictment in this instant case is fatally defective.

2. Granting this emergency motion to continue the indictment shall not prejudice the rights of the defendant.

3. Denying this emergency motion to continue shall prejudice the rights of the accused as the accused shall be asked to plead to a facially null indictment.

4. Granting this emergency motion for a continuance shall serve the cause of judicial economy. Neither this court nor Christopher Maietta can say, with any degree of candor, why the indictment should not be quashed on reflection of the motion to dismiss.

5. Denying the motion to continue shall impose harsh economic expenses on Nadine J. Griffin and Nadine J. Griffin's legal advisors.

6. Granting the motion to dismiss provides a grace period for Christopher Maietta to claim *misstake of fact* and withdraw the indictment to avoid being charged under authority of 26 U.S.C. § 7214(a)(1)(2)&(7) and imposing a duty on this court found at 18 U.S.C. § 4 as well as 26 U.S.C. § 7214(a)(8) & § 7217.

7. The cause of Justice shall be served by this court continuing the arraignment hearing pending the outcome of the motion to dismiss.

Prepared and submitted by: _____Nadine G. Griffin_____
/ Nadine J. Griffin

EMERGENCY MOTION TO CONTINUE         2 of 3         Nadine J. Griffin
ARRAIGNMENT                                          Certificate of mailing page 3

1

2                               Certificate of Mailing
I, Nadine J. Griffin, certify that July 20, 2005, I deposited Certified Mail Article #:
3  _____, mailed a true and correct copy of the above and
foregoing emergency motion to continue to: Christopher Maietta, at:
4

5
Christopher Maietta
6  United States Attorney's Office
1 Courthouse Way
7  Suite 9200
Boston, Massachusetts 02210
8
_____
9          Nadine J. Griffin

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

EMERGENCY MOTION TO CONTINUE          3 of 3          Nadine J. Griffin

ARRAIGNMENT                                    Certificate of mailing page 3