IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                                  Plaintiff )<br>vs.                               )<br>Nadine J. Griffin )<br>                            Defendant ) | CASE NO. CR-05-10175-WGY<br><br>**AFFIDAVIT IN SUPPORT OF OBJECTION TO ARRAIGNMENT BY MAGISTRATE JUDGE** |

1. Nadine J. Griffin declares and states as follows:

2. I am the defendant pro per, hereinafter referred to as Affiant in the above-entitled action and competent to testify to the facts stated herein to wit:

3. That all statements made within this affidavit are true and correct not meant to mislead.

4. That Nadine J. Griffin exists as a conscious living, breathing, flesh and blood sentient being; NOT a statutory person, persons, natural person, artificial person, individual, corporation, entity, or any other sub-status, fourth class citizen *ens legis* creation of any government, federal, state, local or otherwise.

5. That Affiant is unschooled in law, not an Attorney or Bar Association member, and is attempting to defend and dispose of this action to the best of Affiant's ability with reliance upon your statutes, codes, rules and regulations; including those relied upon by the plaintiff and established by the Constitution of the United States of America, United States Congress, and the United States Supreme Court.

6. That on or about July 13, 2005 Affiant was formally charged under cause number CR-05-

10175-WGY for alleged violations of 26 U.S.C. § 7206, two counts of filing a false returns for the tax years 1998 and 1999.

7. That Affiant is with information and belief that the statutory charges are defined as felonies, each carrying up to a $100,000 fine and three years imprisonment.

8. That Affiant is scheduled for arraignment of these charges on July 27, 2005 at 4:00 p.m., before Magistrate Judge Joyce London Alexander.

9. That Affiant is with information and belief that the jurisdiction of magistrate judges is limited to gross misdemeanors unless consent of the parties is given, particularly in felony cases.

10. That Affiant does not consent to being arraigned by Magistrate Judge Joyce London Alexander or any other magistrate judge as it pertains to this case-in-chief.

11. That Affiant moves to be arraigned by a district judge, with particularity, Chief Judge William G. Young, for purposes of these proceedings et. al.,

That Affiant declares under penalty of perjury pursuant to 28 U.S.C. § 1746 (1), that the forgoing is true and correct.

Executed this 18th day of July 2005.

Signature: _Nadine J. Griffin_
Nadine J. Griffin
C/o 13799 Park Blvd. North #244
Seminole, Florida [33776-3402]

AFFIDAVIT IN SUPPORT OF OBJECTION            2 Of 3            Nadine J. Griffin
TO ARRAIGNMENT BY MAGISTRATE JUDGE                              Notary page 3

State of Florida          )
                          ) subscribed and sworn
County of Pinellas )

On this 20 day, of July, 2005 A.D., **Nadine J. Griffin** personally appeared, personally known to me, OR proved to me on the basis of satisfactory evidence to be the one whose name is subscribed to within this instrument and who did take an Oath.

Witness my hand and official seal. _Adrian Stepp_
Signature of Notary

My Commission Expires March 2, 2009

ADRIAN STEPP
MY COMMISSION # DD 402368
EXPIRES: March 2, 2009
Bonded Thru Notary Public Underwriters

AFFIDAVIT IN SUPPORT OF OBJECTION                 3 Of 3              Nadine J. Griffin
TO ARRAIGNMENT BY MAGISTRATE JUDGE                                     Notary page 3