**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>               Plaintiff )<br>  )<br>vs. )<br>  )<br>Nadine J. Griffin )<br>               Defendant ) | CASE NO. CR-05-10175-WGY<br><br>AFFIDAVIT IN SUPPORT NOTICE OF INTENT TO PROCEED PRO SE<br>Nadine J. Griffin |

1. Nadine J. Griffin declares and states as follows:

2. I am the defendant pro per [pro se], hereinafter referred to as Affiant in the above-entitled action and competent to testify to the facts stated herein to wit:

3. That all statements made within this affidavit are true and correct not meant to mislead.

4. That Nadine J. Griffin exists as a conscious living, breathing, flesh and blood sentient being; NOT a statutory person, persons, natural person, artificial person, individual, corporation, entity, or any other sub-status, fourth class citizen *ens legis* creation of any government, federal, state, local or otherwise.

5. That Affiant is unschooled in law, not an Attorney or Bar Association member, and is attempting to defend and dispose of this action to the best of Affiant's ability with reliance upon your statutes, codes, rules and regulations; including those relied upon by the plaintiff and established by the Constitution of the United States of America, United States Congress, and the United States Supreme Court.

6. That on or about July 13, 2005 Affiant was formally charged under cause number CR-05-10175-WGY for alleged violations of 26 U.S.C. § 7206, two counts of filing a false returns

for the tax years 1998 and 1999.

7. That Affiant appeared for an arraignment on July 27, 2005 at 4:00 p.m. before Magistrate Judge Joyce London Alexander regarding the felony charges pending.

8. That prior to the arraignment, Affiant filed a formal motion in objection to being arraigned by a magistrate judge on felony matter and further refused to give consent to the same, yet Magistrate Judge Joyce London Alexander remained on the bench over Affiant's objection in defiance of the law.

9. That Magistrate Judge Joyce London Alexander proceeded with the hearing and continued the arraignment until August 11, 2005 at 3:00 p.m. instructing Affiant to return with an attorney.

10. That Affiant herein notices Judge William G. Young and Magistrate Judge Joyce London Alexander that Affiant is exercising her Rights protected under Article VI and IX of the Constitution for the United States of America and shall proceed on her own behalf without the assistance of counsel at this time.

11. That Affiant cannot predict the future injustices and/or prejudices Affiant may suffer at the heavy hands of Judge William G. Young and Magistrate Judge Joyce London Alexander because of choosing to proceed on her own behalf (pro se) and therefore does not waive any rights to secure the assistance of counsel in subsequent proceedings in the event said judicial officers fail to exercise impartiality, proceed with bias, in contempt of law and denying Affiant equal protection of the law prescribed by the Constitution, as Affiant believes such actions have already come to fruition by these judicial officers.

2  That Affiant declares under penalty of perjury pursuant to 28 U.S.C. § 1746 (1), that the forgoing

3  is true and correct.

4  Executed this 3rd day of August 2005.

5  Signature: _____Nadine J. Griffin_____ "Pro Se"
   Nadine J. Griffin
6  C/o 13799 Park Blvd. North #244
7  Seminole, Florida [33776-3402]

9  State of Florida        )
10                         ) subscribed and sworn
11 County of __Pinellas__)

12 On this __3rd__ day, of ___AUG___, 2005 A.D., **Nadine J. Griffin** personally

13 appeared, personally known to me, OR proved to me on the basis of satisfactory evidence to be

14 the one whose name is subscribed to within this instrument and who did take an Oath.

16                    Witness my hand and official seal.   _____
17                                                         Signature of Notary

18 [Notary Seal: JAMES H. HAUN, MY COMMISSION # DD 293304, EXPIRES: March 9, 2008, Bonded Thru Notary Public Underwriters]   My Commission Expires _____

AFFIDAVIT IN SUPPORT OF INTENT         3 Of 3           Nadine J. Griffin  "Pro Se"

INTENT TO PROCEED PRO SE                                Notary page 3