In the District Court of the United States
For the District of Massachusetts

| | |
|---|---|
| The United States of America, ) | |
| ) | |
| plaintiff, ) | |
| ) | |
| vs. ) | Case number CR-05-10175-WGY |
| ) | Notice and demand regarding |
| Nadine J. Griffin, ) | Nadine J. Griffin's motion under |
| ) | authority of F.R.Cr.P. 12(b)(2) |
| defendant. ) | |

Notice

1. July 21st 2005, Nadine J. Griffin moved this court under authority of F.R.Cr.P., rule 12(b)(2).

2. Counsel purporting to represent the United States of America, with notice and opportunity to respond and verify to this court's administrative satisfaction that the record in this instant case contains no jurisdictional defects, has failed or refused to answer.

Demand

3. Whereas this court has actual knowledge that this court has a non-discretionary duty to inspect the record and dismiss where the record establishes a jurisdictional defect, the matter of the United States of America versus Nadine J. Griffin, Massachusetts case file number CR-05-10175 must be dismissed as a matter of law.

Prepared and submitted by: _____
                            Nadine J. Griffin

Certificate of mailing

I, Nadine J. Griffin, certify that ~~July~~ Aug 11, 2005, I mailed a true and correct copy of the above and foregoing motion to quash to: Christopher Maietta, at _____

_____

_____
Nadine J. Griffin

2