UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

      V.                              **CRIMINAL NO. 05-10175 -WGY**

**NADINE GRIFFIN**

### INITIAL SCHEDULING ORDER

YOUNG, C.J.

The above named defendant(s) having been arraigned on 8/11/05 before ALEXANDER, USM, and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. The government shall provide automatic discovery by 9/8/05 See L.R116.1(C).

B. The defendant shall provide automatic discovery by 9/8/05. See LR 116.1(D).

C. Any discovery request letters shall be sent and filed by 9/22/05. See LR 116.3 (A) and (H).

D. Any responses to discovery request letters shall be sent and filed by 10/6/05. See LR 116.3(A).

E. An initial status conference in accordance with LR 116.5 will be held on 9/27/05 at 2:00 p.m. in Courtroom No. 18 on the 5 floor.
As requested by the defendant, a Faretta hearing will be conducted at this time.

By the Court,

9/12/05                                               /s/ Elizabeth Smith
**Date**                                                 **Deputy Clerk**

(Crinsch1.wp - 11/24/98)