UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                  **Criminal Action No: 05-10175-WGY**

**UNITED STATES**
Plaintiff

v.

**NADINE GRIFFIN**
Defendant

**SCHEDULING ORDER**

**YOUNG, C.J.**

An initial status conference in accordance with LR 116.5 was held on   9/27/05

Any substantive motions are to be filed by  3/1/06.  See LR 116.3(E) and (H).

Response to any motion is to be filed on or before   3/15/06   See LR 116.3(l).

A Final Pretrial Conference will be held on   4/3/06 @ 2PM

A tentative trial date has been set for   MAY 1, 2006

The time between    9/27/05  and 5/1/06  is excluded in the interest of justice.

                                                      **By the Court,**

                                                      **/s/ Elizabeth Smith**

                                                      **Deputy Clerk**

**September 27, 2005To: All Counsel**