```
                                                    FILED
                                                 IN CLERKS OFFICE

                                                 2005 SEP 27  P  27

                                                  DISTRICT C
                                                  DISTRICT OF M
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　　　Plaintiff　　) <br>vs.　　　　　　　　　　　) <br>　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　) <br>Nadine J. Griffin　　　　　　) <br>　　　　　　　Defendant　　) <br>　　　　　　　　　　　　　) | CASE NO. CR-05-10175-WGY <br><br> DECLARATION IN SUPPORT OF MOVE<br> DISMISS FOR VIOLATION OF THE SIXT<br> AMENDMENT AND SPEEDY TRIAL AC |

1. Nadine J. Griffin declares and states as follows:

2. I am the Accused *pro se*, hereinafter referred to as "Declarant" in the above-entitled acti and competent to testify to the facts stated herein to wit:

3. That all statements made within this declaration are true and correct not meant to mislead.

4. That Nadine J. Griffin exists as a conscious living, breathing, feeling flesh and blo sentient being; NOT a statutory person, persons, natural person, artificial person, individu corporation, entity, or any other sub-status, fourth class citizen *ens legis* creation of a government, federal, state, local or otherwise.

5. That Declarant is unschooled in law, not an Attorney or Bar Association member, and attempting to defend and dispose of this action to the best of Declarant's ability w reliance upon your statutes, codes, rules and regulations; including those relied upon by t plaintiff and established by the Constitution of the United States of America, United Stat Congress, and the United States Supreme Court.

6. That on or about July 13, 2005 Declarant was formally charged under cause number C

05-10175-WGY for alleged violations of 26 U.S.C. § 7206, two counts of filing a fal[se] returns for the tax years 1998 and 1999.

7. That Declarant's first appearance was without an attorney before this Court in a schedul[ed] arraignment on July 27, 2005 at 4:00 p.m., before Magistrate Judge Joyce Lond[on] Alexander.

8. That Declarant formally objected on the record to being arraigned by Magistrate Jud[ge] Joyce London Alexander on a felony matter and filed an affidavit in objection to these acts.

9. That no arraignment by Judge Joyce London Alexander and Declarant was rescheduled [to] appear on August 11, 2005 to be arraigned once again.

10. That Declarant appeared on August 11, 2005 at the scheduled hearing, observed th[at] Magistrate Judge Joyce London Alexander remained on the bench, and immediat[ely] objected to her arraigning the matter, as a de facto not guilty plea was entered [on] Declarant's behalf against Declarant's direction.

11. That Declarant received partial "dump truck discovery" from Christopher Maie[r] consisting of two large boxes on or about August 12, 2005, five days beyond the automa[tic] discovery date that expired on August 8, 2005.

12. That Declarant received an additional "dump truck discovery" from Christopher Maie[r] consisting of one large box on September 24, 2005, approximately forty-three days beyo[nd] the automatic discovery date that expired August 8, 2005.

13. That Declarant is being prejudiced as the government has intentionally employed acts [to] gain a tactical advantage at the expense and prejudice of the Declarant for its own bene[fit] by not scheduling a trial date and dumping three large boxes of discovery material [on] Declarant consisting of more than 10,000 pages.

14. The government did know or should have known that the last date for scheduling a tr[ial] would be October 5th 2005 based on the first appearance clause of the Speedy Trial Act seventy days from the Declarant's first court appearance on July 27, 2005.

15. That Declarant does not waive the right to a speedy trial and objects to the court's potenti[al] scheduling of a trial date outside the Speedy Trial Act or truncating the thirty-da[y] preparation period for such purpose.

16. That Declarant shall object to any motions granted in favor of Christopher Maietta, Vict[or] A. Wild or any other Actors that may speak on behalf of the Government, to furth[er] prejudice Declarant's right to a speedy trial and any others rights not specifically address[ed] in this instant matter.

Nadine J. Griffin declares under penalty of perjury pursuant to 28 U.S.C. § 1746 (1), that forgoing is true and correct.

Executed this 25th day of September 2005.

Signature: _____
Nadine J. Gri[ffin]
C/o 13799 Park Blvd. North #2
Seminole, Florida [33776-34]