1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE DISTRICT OF MASSACHUSETTS 2005 SEP 27 ⊃ 12: 2 ⁻

4

5    UNITED STATES OF AMERICA          )          CASE NO. CR-05-10175-WGY-MASS.
                                       )
6                    Plaintiff         )
                                       )
7          vs.                         )     MOTION TO STRIKE THE UNITED
                                       )     STATES' OPPOSITION TO DEFENDANT
8    Nadine J. Griffin                 )     GRIFFIN'S RESPONSE DATED
                     Defendant         )     SEPTEMBER 6, 2005
9                                      )

10   _____

11                         Brief in support of motion to strike

12
          Victor A. Wild's paper styled as "UNITED STATES' OPPOSITION TO DEFENDAN'
13
     GRIFFIN'S RESPONSE DATE SEPTEMBER 6, 2005" appears to be interposed into thes
14
     proceedings for purposes of harassment, delay, and obstruction of justice.
15

16        1. Wild misleads this court with Wild's claim, "Defendant's frivolous argument that thi

17   Court lacks subject matter jurisdiction over Title 26 offenses has been consistently rejected b

18   federal courts." TRUTH: This court shall **not** find that Nadine Griffin averred that the feder

19   district court lacks subject matter jurisdiction to hear cases rising from title 26 offenses. Nadin

20   Griffin correctly pointed out to this court that Nadine Griffin understands United States Suprem

21   Court doctrine wherein that honorable court has affirmed that the federal district court is a cou

22   of limited jurisdiction and that party seeking to invoke the federal district court's jurisdiction ha

23   the burden of proof to show, on the record, that the court has jurisdiction. In this instant case

     MOTION TO STRIKE                1 Of 4            Nadine J. Griffin

     BRIEF IN SUPPORT                                 Certificate of mailing page 6

Nadine Griffin challenged whether the court's conclusion that this court has jurisdiction wa factually sufficient. This court in fact relied on a mere theory that Nadine Griffin has file returns tolling the statute of limitations. Wild's claim amounts to calling United States Suprem Court doctrine frivolous.

2. Wild further insults the integrity of these proceedings by claiming, "Defendant' argument that the federal tax laws do not apply to her and that she is not required to file incom tax returns are completely without merit and are frivolous." TRUTH: This court shall **not** fin that Nadine Griffin averred that the federal tax laws do not apply to Nadine Griffin and tha Nadine Griffin is not required to file income tax returns. This court shall determine that Nadin Griffin has requested that Wild and his associates cite the statutory authority for the impositio of a tax on any activity that Nadine Griffin is allegedly involved in. This court shall nc determine that Wild is able to answer this question.

3. Wild misleads this court regarding the decision in *United States v. Collins* relative t 26 U.S.C. § 7201 which clearly states - Any person who willfully attempts in any manner ***t evade or defeat any tax imposed by this title*** or the payment thereof shall, in addition to othe penalties provided by law, be guilty of a felony and, upon conviction thereof, shall be fined nc more than $100,000 ($500,000 in the case of a corporation), or imprisoned not more than years, or both, together with the costs of prosecution." This court shall notice: Nadine Griffi took great care to list all of the taxes imposed under title 26 and invoked this court's power t compel Wild to identify that certain statute under title 26 which makes Nadine Griffin subject t and liable for a tax. This court has actual knowledge that a lawful prosecution under 26 U.S.C.

1

2  2601, or for that matter, 26 U.S.C. § 2606, must reference another section of title twenty-six.

3  Wild cannot inform this court of such a section. Wild works a fraud on this court by referencing

4  26 U.S.C. § 61(a) which merely defines "gross income" but fails to identify that statute which

5  makes Nadine Griffin subject to and liable for a tax. Likewise, Wild misleads this court with

6  reference to 26 U.S.C. § 6012 without informing this court of which of those many sections of

7  title twenty-six identify a tax that Nadine Griffin is subject to and liable for.

8

9      4. Wild works a further fraud on this court by theorizing that Nadine Griffin filed a tax

10  return on July 30, 1999. *WHERE IS THIS TAX RETURN?*   This court is charged with the

11  knowledge that the theories of Wild do not, by any stretch of the imagination, rise to a level of

12  fact before this court.

13      5. Finally, Wild commits fraud by concealment relative to Nadine Griffin's notice to this

14  court that the prosecution failed to show this court that the prosecution exhausted administrative

15  remedy warranting this court's dismissal and instruction to provide Nadine Griffin with

16  statutory notice of deficiency as a prerequisite to attaching Nadine Griffin.

17

18                          Conclusion

19

20

21      Determination by this court that Victor A. Wild attributes commentaries to Nadine

22  Griffin which are not verified on the record warrants striking Mr. Wild's opposition to

23  defendant Griffin's response dated September 6, 2005 and admonishing Mr. Wild not to impose

any further deceptions on this court or face sanctions.

MOTION TO STRIKE                3 Of 4          Nadine J. Griffin

BRIEF IN SUPPORT                                Certificate of mailing page 6

1

2

Prepared and submitted by: _____

3                                              Nadine J. Griffin

4                                    Certificate of Mailing

5      I, Nadine J. Griffin, certify that September ___, 2005, I mailed a true and correct copy of th
       above and foregoing motion to strike to: Christopher Maietta, at:

6
       Christopher Maietta
7      United States Attorney's Office
       1 Courthouse Way
8      Suite 9200
       Boston, Massachusetts 02210
9
       _____
10     Nadine J. Griffin

11

12

13

14

15

16

17

18

19

20

21

22

23

| MOTION TO STRIKE | 4 Of 4 | Nadine J. Griffin |
|---|---|---|
| BRIEF IN SUPPORT | | Certificate of mailing page 6 |