In the District Court of the United States
For the District of Massachusetts

The United States of America,  )
            plaintiff,  )
                      )
vs.                        )   Case number 05-CR-10175-WGY
                      )
Nadine J. Griffin,  )
            defendant.  )

FILED
IN CLERKS OFFICE

2005 NOV -4  A 8:55

U.S. DISTRICT COURT
DISTRICT OF MASS.

Nadine J. Griffin, moves the court for leave to travel to New Hampshire

Brief in support

Nadine J. Griffin's parents, James Robert Griffin, age 71 and Mary Geraldine Griffin, age 64, reside at 151 Middle Road in Tuftonboro, New Hampshire. Nadine J. Griffin request leave to travel to visit Nadine J. Griffin's parents including but not limited to the Thanksgiving holiday.

The plaintiff's rights shall not be prejudiced by granting Nadine J. Griffin leave to visit Nadine Griffin's parents in New Hampshire.

Nadine J. Griffin's right shall be prejudiced by denying Nadine J. Griffin leave to visit Nadine J. Griffin's parents in New Hampshire.

The cause of justice shall be served by granting Nadine J. Griffin leave to visit Nadine J. Griffin's parents in New Hampshire including but not limited to the Thanksgiving holiday.

11/3/05

Prepared and submitted by: _____
                           Nadine J. Griffin

Certificate of mailing

I, Nadine J. Griffin, certify that November 2, 2005, I mailed a true and correct copy of the above and foregoing motion to quash to: Christopher Maietta, at

_____

_____

_____
Nadine J. Griffin

2