UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>    v.                           )<br>                                 )<br>                                 )<br>NADINE J. GRIFFIN,               )<br>                                 )<br>            Defendant.           )<br>_____) | Criminal Case No. 05-CR-10175-WGY-1 |

## UNITED STATES' RESPONSE TO DEFENDANT NADINE J. GRIFFIN'S REQUEST FOR LEAVE TO TRAVEL TO NEW HAMPSHIRE

The United States, by and through its undersigned attorney, hereby files its Response to Defendant Nadine J. Griffin's Request for Leave to Travel to New Hampshire.

As long as the Pretrial Services Agency has no opposition to defendant's request to travel to New Hampshire to visit her parents over the Thanksgiving holiday weekend, the United States has no opposition to modifying defendant's conditions of release to allow her to travel to New Hampshire during that time period.

                                    Respectfully submitted,

                                    _____/s/_____
                                    Christopher J. Maietta
                                    Trial Attorney, U.S. Dept. of Justice

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by mail:

>Nadine J. Griffin
>13799 Park Blvd. North
>#244
>Seminole, Florida 33776-3402

>_____/s/_____
>Christopher J. Maietta
>Trial Attorney

This 14th day of November, 2005.