IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. CR-05-10175-WGY |
| Plaintiff ) | |
| ) | NOTICE OF ALIBI DEFENSE |
| vs. ) | |
| Nadine J. Griffin ) | |
| Defendant ) | |

Nadine J. Griffin, the Accused defendant proceeding on her own behalf in *pro se*, herein gives notice pursuant to Rule 12.1 of the Federal Rules of Criminal Procedure, that she intends to impose an alibi defense due to the advice given and proffered by the Acts of the United States Congress, United States Supreme Court decisions, the Internal Revenue Code, Treasury Regulations and other applicable doctrines of statue and law reduced to writing for purposes of reliance on the same.

Dated November 4, 2005

Prepared and submitted by: _____

Nadine J. Griffin

Certificate of Mailing

I, Nadine J. Griffin, certify that November ____, 2005, I deposited Mail Article #: _____, mailed a true and correct copy of the above and foregoing Notice of Alibi to: Christopher Maietta, at:

Christopher Maietta
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

_____
Nadine J. Griffin

NOTICE OF AILIBI            2 of 2            Nadine J. Griffin