# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )

                      Plaintiff    )

    vs.    )

Nadine J. Griffin    )

               Defendant    )

CASE NO. CR-05-10175-WGY

**NOTICE OF ENTRAPMENT BY ESTOPPEL DEFENSE**

Nadine J. Griffin, the Accused defendant proceeding on her own behalf in *pro se*, herein gives notice pursuant to Rule 12.3 of the Federal Rules of Criminal Procedure, that she intends to impose an entrapment by estoppel defense due to the advice given and proffered to her by the Acts of the United States Congress, United States Supreme Court decisions, the Internal Revenue Code, Treasury Regulations and other applicable doctrines of statue and law reduced to writing for purposes of reliance on the same.

Dated November 4, 2005

Prepared and submitted by: _____

Nadine J. Griffin

1  | Certificate of Mailing

2

3  | I, Nadine J. Griffin, certify that November ___, 2005, I deposited Mail Article #:
4  | _____, mailed a true and correct copy of the above and
   | foregoing Notice of Entrapment by Estoppel Defense to: Christopher Maietta, at:

5

6  | Christopher Maietta
   | United States Attorney's Office
7  | 1 Courthouse Way
   | Suite 9200
8  | Boston, Massachusetts 02210

9

10 | Nadine J. Griffin

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25