UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal Case No. 05-CR-10175-WGY-1 |
| v. | ) |
| NADINE J. GRIFFIN, | ) |
| Defendant. | ) |

## UNITED STATES' CONSOLIDATED OPPOSITION TO DEFENDANT'S NOTICE OF ENTRAPMENT BY ESTOPPEL DEFENSE AND NOTICE OF ALIBI DEFENSE

The United States, by and through its undersigned attorney, hereby files its Consolidated Opposition to Defendant's Notice of Entrapment by Estoppel Defense and Notice of Alibi Defense.

Defendant's notices are general and lack specificity as to how either alleged defense applies to the facts of this case. Accordingly, the United States opposes defendant's use of an alibi defense and entrapment defense. In the event additional briefing is required, the United States respectfully requests leave of court to submit additional briefing.

Respectfully submitted,

_____/s/_____
Christopher J. Maietta
Trial Attorney, U.S. Dept. of Justice

1440681.1

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by mail:

    Nadine J. Griffin
    13799 Park Blvd. North
    #244
    Seminole, Florida 33776-3402

                              _____/s/_____
                              Christopher J. Maietta
                              Trial Attorney

This 29th day of November, 2005.