IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 05-CR-10175-WGY |
| | ) | |
| Plaintiff, | ) | *MANDATORY JUDICIAL NOTICE* |
| | ) | |
| vs. | ) | VERIFIED NOTICE OF ACCEPTANCE |
| | ) | OF OATH OF OFFICE OF STATUTORY |
| | ) | JUDGE AND CEO WILLIAM G. YOUNG |
| Nadine J. Griffin, | ) | — A United States Employee |
| Accused. | ) | |
| | ) | Nadine J. Griffin |
| | ) | |

Nadine J. Griffin declares and states as follows:

1. One, Nadine J. Griffin (hereinafter referred to as "Belligerent Claimant") exists as a Conscious, Thinking, Feeling, Living, Breathing, Flesh and Blood Sentient Being under the Laws of my Creator and the Common Law and is competent to testify to the facts stated herein to wit:

2. One, Nadine J. Griffin, is NOT a statutory person, persons, natural person, artificial person, individual, corporation, entity, or any other sub-status, fourth-class citizen or subject *ens legis* creation of any government - federal, state, local or otherwise.

3. One, Nadine J. Griffin, the Accused and a Belligerent Claimant, is proceeding on my own behalf and by force of statutory compulsion from select corporate officers, under threat,

duress, coercions, intimidation and false imprisonment (not proceeding pro se, pro per or in propria persona, not re-presented by a corporate officer or affiliate of any corporate chartered Bar Association) regarding your United States Plaintiff and Federal employer Contract offer of compelled performance 05-CR-10175-WGY.

4. That the United States of America, aka the United States, the Plaintiff and your Federal employer, a corporate agitator and pulsator, a dead entity void of conscience, is represented by corporate officers, agents and employees — including statutory Judge and CEO William G. Young – an employee of the entity, giving it life to take the Freedom, Liberty, and Property of Nadine J. Griffin, a Sentient Being.

5. That Nadine J. Griffin is unschooled in law, not an attorney or bar association member, nor an employee or officer of your United States Federal corporation or its political subdivision; and is attempting to defend and dispose of this statutory, victimless, commercial crime of belief – "thought crime" – a *qui tam* action with reliance upon your secular statutes, codes, rules and regulations including those relied upon by your United States Plaintiff, Agitator and Federal employer under the protection of the Constitution for the United States of America, Constitutional Acts of the United States Congress, and Constitutional rulings of the United States Supreme Court.

6. That Nadine J. Griffin has been [c]harged (theft of energy by deception) with a statutory, victimless, commercial crime of belief – "a thought crime" – by *qui tam* officers, agents and employees of the United States Federal corporation as defined by corporate statute at 28 U.S.C. § 3002(15)(A) and its strategically placed political subdivision, for which statutory Judge and CEO William G. Young is an employee.

///

7. That Nadine J. Griffin, hereby duly notices corporate statutory judge and CEO William G. Young with this instrument entitled "Verified Notice of Acceptance of Oath of Office" concerning your victimless statutory commercial crime of belief– "a thought crime" – instituted by one of your many *qui tam* officers, agents and employees regarding Commercial Contract No. 05-CR-10175-WGY.

8. One, Nadine J. Griffin, hereby and herein formally accepts your corporate Oath of Office pursuant to 28 U.S.C. § 453, statutory Judge and CEO Judge William G. Young, as your open and binding, private, bilateral contract between you and Nadine J. Griffin in which you agree to perform all of your promises to uphold all of her Rights, not limited to the Constitution for the United States of America and the Bill of Rights.

9. One, Nadine J. Griffin, herein claims and establishes her Rights to the Common Law Jurisdiction in the nature of your private statute 28 U.S.C. §1331 the savings to suitor and thereby refuses your statutory jurisdiction as proffered by your victimless, commercial crime of belief — "a thought crime" — as purported by your charging instrument.

10. That the foregoing "Verified Notice of Acceptance of Oath of Office" is an instrument in commerce, and is made explicitly under all Rights retained and without recourse as to Nadine J. Griffin.

11. That you — William G. Young, statutory judge and corporate CEO sitting for the United States District Court for the District of Massachusetts, a Federal franchise — your failure to respond to this offer of contract within three business days of receipt, establishes your unconditional acceptance of the foregoing and your promise to uphold All protected Rights, Privileges and Immunities retained by Nadine J. Griffin, a Sentient Being.

///

## VERIFICATION

I, Nadine J. Griffin declare under penalty of perjury as a Conscious, Thinking, Feeling, Living, Breathing, Flesh and Blood Sentient Being, under the non-secular Laws of my Creator and the protections of the Constitution for the United States of America that the foregoing is true and correct not meant to mislead. All Rights are herein retained without recourse.

Signature: _____
Nadine J. Griffin, Belligerent Claimant
c/o 151 Middle Road
Center Tuftonboro, New Hampshire [03816]

## ACKNOWLEDGMENT

State of Florida        )
                        ) subscribed and sworn
County of Pinellas      )

Subscribed and sworn by **Nadine J. Griffin** on this ____ day, of January, 2006, before me the undersigned notary, personally appeared **Nadine J. Griffin** known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purpose therein contained.

Witness whereof I set my hand and official seal.

_____
Signature of Notary

ADRIAN STEPP
MY COMMISSION # DD-492368
EXPIRES: March 2, 2009
Bonded Thru Notary Public Underwriters

Adrian Stepp
Print Name of Notary
My Commission Expires: March 2, 2009

**EXHIBIT A: 28 U.S.C. § 453 "OATH REQUIREMENT"**

## CERTIFICATE OF SERVICE

I, Nadine J. Griffin, certify that on January 20, 2006, I mailed a true and correct copy of the above and foregoing "VERIFIED NOTICE OF ACCEPTANCE OF OATH OF OFFICE OF STATUTORY JUDGE WILLIAM G. YOUNG" by Certified Mail addressed to:

**Judge William B. Young**
**US District Court, District of Massachusetts**
**1 Courthouse Way**
**Boston, Massachusetts 02210**

Certified Mail No._____

Dated this 20 day of January, 2006

Signature: _____
Nadine J. Griffin

of Hawaii into the Union was accomplished Aug. 21, 1959 upon issuance of Proc. No. 3309, Aug. 21, 1959, 25 F.R. 6868, 73 Stat. c74, as required by sections 1 and 7(c) of Pub.L. 86-8, Mar. 18, 1959, 73 Stat. 4, set out as notes preceding Section 491 of Title 48, Territories and Insular Possessions.

"Circuit Court of Appeals;" "Senior Circuit Judge," Etc. Defined

Section 32 of Act June 25, 1948, as amended by Act May 24, 1949, c. 139, § 127, 63 Stat. 107, provided that:

"(a) All laws of the United States in force on September 1, 1948, in which reference is made to a 'circuit court of appeals'; 'senior circuit judge'; 'senior district judge'; 'presiding judge'; 'chief justice,' except when reference to the Chief Justice of the United States is intended; or 'justice', except when used with respect to a justice of the Supreme Court of the United States in his capacity as such or as a circuit justice, are hereby amended by substituting 'court of appeals' for 'circuit court of appeals'; 'chief judge of the circuit' for 'senior circuit judge'; 'chief judge of the district court' for 'senior district judge'; 'chief judge' for 'presiding judge'; 'chief judge' for 'chief justice', except when reference to the Chief Justice of the United States is intended; and 'judge' for 'justice', except when the latter term is used with respect to a justice of the Supreme Court of the United States in his capacity as such or as a circuit justice.

"(b) All laws of the United States in force on September 1, 1948, in which reference is made to the Supreme Court of the District of Columbia or to the District Court of the United States for the District of Columbia are amended by substituting 'United States District Court for the District of Columbia' for such designations.

"(c) All laws of the United States in force on September 1, 1948, in which reference is made to the 'Conference of Senior Circuit Judges', or to the 'Judicial Conference of Senior Circuit Judges' are amended by substituting 'Judicial Conference of the United States' for such designations.

"(d) This section shall not be construed to amend historical references to courts or judicial offices which have no present or future application to such courts or offices."

Judges of the United States

Section 2(a) of Act June 25, 1948, c. 646, 62 Stat. 985, amended Sept. 3, 1954, c. 1263, § 51(a), 68 Stat. 1245, provided that: "(a) The Chief Justices of the United States Court of Appeals for the District of Columbia, the District Court of the United States for the District of Columbia, and the Court of Claims [now United States Court of Federal Claims], and the presiding judge of the Court of Customs and Patent Appeals [now United States Court of Appeals for the Federal Circuit], in office on the effective date of this Act, shall be the chief jice of the U ict of the Colum f Justice of strict of Col f the District f, the Chief Court of Federal Claims], and the presiding judge of the Court of Customs and Patent Appeals [now United States Court of Appeals for the Federal Circuit], in office on the effective date of this Act, shall be judges of the United States within the meaning of Section 451 of Title 28, Judiciary and Judicial Procedure, of the United States Code, set out in Section 1 of this Act. The Chief Justice of the United States Court of Appeals for the District of Columbia and the Associate Justices thereof, in office on the effective date of this Act, shall be circuit judges of the District of Columbia Circuit and vested with all the rights, powers, and duties thereof, and the said Chief Justice of the United States Court of Appeals for the District of Columbia shall be Chief Judge of said Circuit. The Chief Justice of the District Court of the United States for the District of Columbia (formerly named the Supreme Court of the District of Columbia) and the Associate Justices thereof, in office on the effective date of this Act, shall be district judges for the District of Columbia and vested with all the rights, powers, and duties thereof."

Section 51(b) of Act Sept. 8, 1954, provided that this amendment should take effect as of Sept. 1, 1948.

## § 452. Courts always open; powers unrestricted by expiration of sessions

All courts of the United States shall be deemed always open for the purpose of filing proper papers, issuing and returning process, and making motions and orders.

The continued existence or expiration of a session of court in no way affects the power of the court to do any act or take any proceeding.

(June 25, 1948, c. 646, 62 Stat. 907; Oct. 16, 1963, Pub.L. 88-139, § 2, 77 Stat. 248.)

## § 453. Oaths of justices and judges

Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: "I, \_\_\_\_\_ \_\_\_\_\_, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as \_\_\_\_\_ under the Constitution and laws of the United States. So help me God."

(June 25, 1948, c. 646, 62 Stat. 907; Dec. 1, 1990, Pub.L. 101-650, Title IV, § 404, 104 Stat. 5124.)

### HISTORICAL AND STATUTORY NOTES

**Effective and Applicability Provisions**

1990 Acts. Amendment by section 404 of Pub.L. 101-650 effective 90 days after Dec. 1, 1990, see section 407 of Pub.L. 101-650, set out as a note under section 332 of this title.

## § 454. Practice of law by justices and judges

Any justice or judge appointed under the authority of the United States who engages in the practice of law is guilty of a high misdemeanor.

(June 25, 1948, c. 646, 62 Stat. 908.)

## § 455. Disqualification of justice, judge, or magistrate

(a) Any justice, judge, or magistrate of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.