IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>)<br>)<br>Nadine J. Griffin )<br>)<br>)<br>Accused, Affiant. )<br>) | CASE NO. O5-CR-10175-WGY<br><br>AFFIDAVIT IN SUPPORT OF VERIFIED MOVE FOR JUDICIAL OFFICIAL WILLIAM G. YOUNG TO RULE ON [M]OTIONS AND ISSUE FINAL ORDERS, FINDINGS OF FACT AND CONCLUSIONS OF THE LAW AS REQUIRED BY THE FIFTH AMENDMENT TO THE CONSTITUTION |

1. Nadine J. Griffin declares and states as follows:

2. I, Nadine J. Griffin (hereinafter referred to as "Affiant") am the accused in the above-entitled action and competent to testify to the facts stated herein to wit:

3. That all statements made within this declaration are true and correct not meant to mislead.

4. That Nadine J. Griffin exists as a Conscious, Living, Breathing, Feeling, Flesh and Blood Sentient Being; NOT a statutory person, persons, natural person, artificial person, individual, corporation, entity, or any other sub-status, fourth-class citizen *ens legis* creation of any government, federal, state, local or otherwise.

5. That Affiant is unschooled in law, not an attorney or bar association member, and is attempting to defend and dispose of this action to the best of Affiant's ability with reliance upon your statutes, codes, rules and regulations; including those relied upon by the plaintiff

///

1  and established by the Constitution of the United States of America, United States
2  Congress, and the United States Supreme Court.
3  6. That on or about July 13, 2005, Affiant was formally charged under cause number 05-CR-
4  10175-WGY for alleged violations of 26 U.S.C. § 7206: two counts of allegedly filing false
5  returns your tax years 1998 and 1999.
6
7  7. That no formal written Order, Judgment or Decree of any kind relevant to disposing the
8  Affiant's motions has ever issued as required under Fed. R. Crim. Proc. 12(d) or other
9  applicable law.
10 8. That judicial official and CEO William G. Young has responded to all moves filed by
11 Affiant as noted on this Court's docket with entries of Minute and/or Electronic Orders, and
12 denying one [motion] made by Affiant by scribbling his findings on Affiant's [motion] in
13 the upper left corner of the pleading, an absolute show of disrespect and disregard for the
14 law and Affiant's right of due process.
15 9. That judicial official and CEO William G. Young has not issued any finding of facts or
16 conclusions of law in response the pretrial moves [motions] filed by Affiant prejudicing
17 Affiant's right of due process.
18 10. That Affiant believes the refusal of judicial official and CEO William G. Young to issue
19 final Orders as required by law is to intentionally prejudice Affiant and violates Affiant's
20 substantive due process rights as protected by the Fifth Amendment to the Constitution for
21 the United States of America.
22
23 11. That Affiant has been warned by friends, family and colleagues of the judicial tyranny
24 Affiant would face before a judicial official and CEO such as William G. Young as a silent
25 ///

1 | punishment for proceeding without the assistance of an attorney to walk Affiant to a guilty
2 | plea, but Affiant was not prepared for such tyranny to be so blatant.
3 | 12. That judicial official and CEO William G. Young, or any other official of this Court, must
4 | issue Final Order(s) that are complete with findings of fact and conclusions of "the law" to
5 | properly dispose of the moves [motions] filed by Nadine J. Griffin regarding all matters before
6 | this Court pursuant to Fed. R. Crim. Proc. 12(d), thereby granting Affiant her guaranteed due
7 | process under the law.

**VERIFICATION**

I, Nadine J. Griffin, declare under penalty of perjury as a Conscious, Thinking, Feeling, Living, Breathing, Flesh and Blood Sentient Being that the forgoing is true and correct. All Rights retained without recourse.

Executed this ___1___ day of February, 2006.

Signature: _____
Nadine J. Griffin
Accused, Belligerent Claimant
c/o 36 Center Street, #143
Wolfeboro, New Hampshire [03894]

///
///
///
///
///
///
///
///

1

## NOTARY ACKNOWLEDGMENT

2  State of New Hampshire )
3  County of __CARROll__ ) subscribed and sworn

4
5  On this __1__ day, of __February__, 2006, Nadine J. Griffin personally
6  appeared, personally known to me, or proved to me on the basis of satisfactory evidence to be
7  the one whose name is subscribed to within this instrument and who did take an Oath.

8
9  Witness my hand and official seal.            _____
                                                  Signature of Notary
10                                                AMELIA M. CAPONE
                                                  Notary Public - New Hampshire
                                                  My Commission Expires October 20, 2009
11                                My Commission Expires: _____

VERIFIED AFFIDAVIT IN SUPPORT OF MOVE        4 of 4        Nadine J. Griffin