```
 1
 2
 3
 4
 5
 6              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 7                       BOSTON DIVISION
 8
```

| UNITED STATES OF AMERICA, | ) | CASE NO. 05-CR-10175-WGY |
|---|---|---|
| Plaintiff, | ) | *MANDATORY JUDICIAL NOTICE* |
| vs. | ) | VERIFIED NOTICE OF ACCEPTANCE OF OATH OF OFFICE OF STATUTORY ATTORNEY CHRISTOPHER MAIETTA — A United States Employee |
| Nadine J. Griffin, Accused. | ) | Nadine J. Griffin |

Nadine J. Griffin declares and states as follows:

1. One, Nadine J. Griffin (hereinafter referred to as "Belligerent Claimant") exists as a Conscious, Thinking, Feeling, Living, Breathing, Flesh and Blood Sentient Being under the Laws of my Creator and the Common Law and is competent to testify to the facts stated herein to wit:

2. One, Nadine J. Griffin, is NOT a statutory person, persons, natural person, artificial person, individual, corporation, entity, or any other sub-status, fourth-class citizen or subject *ens legis* creation of any government - federal, state, local or otherwise.

3. One, Nadine J. Griffin, the Accused and a Belligerent Claimant, is proceeding on my own behalf and by force of statutory compulsion from select corporate officers, under threat,

1  duress, coercions, intimidation and false imprisonment (not proceeding pro se, pro per or in

2  propria persona, not re-presented by a corporate officer or affiliate of any corporate

3  chartered Bar Association) regarding your United States Plaintiff and Federal employer

4  Contract offer of compelled performance 05-CR-10175-WGY.

5  4. That the United States of America, aka the United States, the Plaintiff and your Federal

6  employer, a corporate agitator and pulsator, a dead entity void of conscience, is represented

7  by corporate officers, agents and employees — including statutory attorney Christopher

8  Maietta — an employee of the entity, giving it life to take the Freedom, Liberty, and

9  Property of Nadine J. Griffin, a Sentient Being.

10  5. That Nadine J. Griffin is unschooled in law, not an attorney or bar association member, nor

11  an employee or officer of your United States Federal corporation or its political

12  subdivision; and is attempting to defend and dispose of this statutory, victimless,

13  commercial crime of belief – "thought crime" – a *qui tam* action with reliance upon your

14  secular statutes, codes, rules and regulations including those relied upon by your United

15  States Plaintiff, Agitator and Federal employer under the protection of the Constitution for

16  the United States of America, Constitutional Acts of the United States Congress, and

17  Constitutional rulings of the United States Supreme Court.

18  6. That Nadine J. Griffin has been [c]harged (theft of energy by deception) with a statutory,

19  victimless, commercial crime of belief – "a thought crime" – by *qui tam* officers, agents

20  and employees of the United States Federal corporation as defined by corporate statute at

21  28 U.S.C. § 3002(15)(A) and its strategically placed political subdivision, for which

22  statutory attorney Christopher Maietta is an employee.

23  ///

7. That Nadine J. Griffin, hereby duly notices corporate statutory attorney Christopher Maietta with this instrument entitled "Verified Notice of Acceptance of Oath of Office" concerning your victimless statutory commercial crime of belief– "a thought crime" – instituted by one of your many *qui tam* officers, agents and employees regarding Commercial Contract No. 05-CR-10175-WGY.

8. One, Nadine J. Griffin, hereby and herein formally accepts your corporate Oath of Office pursuant to 28 U.S.C. § 544, statutory attorney Christopher Maietta, as your open and binding, private, bilateral contract between you and Nadine J. Griffin in which you agree to perform all of your promises to uphold all of her Rights, not limited to the Constitution for the United States of America and the Bill of Rights.

9. One, Nadine J. Griffin, herein <u>claims</u> and establishes her Rights to the Common Law Jurisdiction in the nature of your private statute 28 U.S.C. §1331 the savings to suitor and thereby refuses your statutory jurisdiction as proffered by your victimless, commercial crime of belief –"a thought crime" — as purported by your charging instrument.

10. That the foregoing "Verified Notice of Acceptance of Oath of Office" is an instrument in commerce, and is made explicitly under all Rights retained and without recourse as to Nadine J. Griffin.

11. That you — Christopher Maietta, statutory attorney for the United States District Court for the District of Massachusetts, a Federal franchise — your failure to respond to this offer of contract within three business days of receipt, establishes your unconditional acceptance of the foregoing and your promise to uphold All protected Rights, Privileges and Immunities retained by Nadine J. Griffin, a Sentient Being.

///

## VERIFICATION

1  
2  I, Nadine J. Griffin declare under penalty of perjury as a Conscious, Thinking, Feeling,
3  Living, Breathing, Flesh and Blood Sentient Being, under the non-secular Laws of my Creator
4  and the protections of the Constitution for the United States of America that the foregoing is true
5  and correct not meant to mislead. All Rights are herein retained without recourse.
6
7
8
9              Signature: _____
               Nadine J. Griffin, Belligerent Claimant
10                                      c/o 151 Middle Road
               Center Tuftonboro, New Hampshire [03816]
11

## ACKNOWLEDGMENT

12
13  State of __New Hampshire__
                              ) subscribed and sworn
14  County of __Carroll__    )

15
    Subscribed and sworn by **Nadine J. Griffin** on this __7__ day, of January, 2006, before me
16  the undersigned notary, personally appeared **Nadine J. Griffin** known to me (or satisfactorily
17  proven) to be the person whose name is subscribed to the within instrument and acknowledged
18  that she executed the same for the purpose therein contained.
19
20              Witness whereof I set my hand and official seal.
21
                                                _____
22                                              Signature of Notary
23
                                                Margaret F Culverwell
24                                              Print Name of Notary
                My Commission Expires:
25                                              MARGARET F. CULVERWELL, Notary Public
    **EXHIBIT A: 28 U.S.C. § 544 "OATH REQUIREMENT"**   My Commission Expires February 20, 2007

# CERTIFICATE OF SERVICE

I, Nadine J. Griffin, certify that on February 7, 2006, I mailed a true and correct copy of the above and foregoing "VERIFIED NOTICE OF ACCEPTANCE OF OATH OF OFFICE OF STATUTORY ATTORNEY CHRISTOPHER MAIETTA" by Certified Mail, postage fully prepaid and addressed to:

Christopher Maietta
U.S. Dept. of Justice, Tax Division
601 "D" Street, NW, Room 7012
Washington, DC 20004

Certified Mail No. _____

Dated this 7 day of February, 2006

Signature: _____
Nadine J. Griffin