IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 05-CR-10175-WGY |
| ) | |
| Plaintiff, ) | VERIFIED AFFIDAVIT IN SUPPORT |
| ) | OF MOVE FOR DUE PROCESS AND |
| vs. ) | EQUAL PROTECTION UNDER THE LAW |
| ) | |
| Nadine J. Griffin, ) | Nadine J. Griffin |
| ) | |
| Accused, Belligerent Claimant. ) | |

1. Nadine J. Griffin (hereinafter referred to as the "Affiant") declares and states as follows:

2. That all statements made within this affidavit are true and correct not meant to mislead;

3. That Nadine J. Griffin exists as a Conscious, Thinking, Living, Feeling, Breathing, Flesh and Blood Sentient Being; NOT a statutory person, natural person, artificial person, individual, corporation, entity, partnership or any other *sub-status*, fourth class citizen *ens legis* creation of any government, federal, state, local or otherwise and competent to state the facts herein to wit;

4. That Nadine J. Griffin is unschooled in law, is not an attorney or bar-association member, and is attempting to defend and dispose of this action to the best of her ability with reliance upon your statutes, codes, rules and regulations; including those relied upon by your employer the United States Plaintiff and established by the Constitution for the United

States of America, United States Congress, and the United States Supreme Court;

5. That on or about July 13, 2005, Affiant was falsely accused and charged with a statutory victimless commercial crime of belief — "a thought crime" — (by United States Federal employees acting *in qui tam*) for alleged violations of private statute 26 U.S.C. § 7206(1), asserting the "belief" that Claimant willingly filed false federal tax returns for your tax years 1998 and 1999;

6. That Affiant has been denied the Constitutionally protected due process of law and equal protection under the law by judicial official and CEO William G. Young – acting with absolute partiality and favoritism towards his United States Plaintiff and Federal employer, refusing to issue proper orders and rule on issues of Law.

7. That Affiant's reliance upon the law has been met with unfavorable results by *qui tam* actor and judicial official and CEO William G. Young on behalf of his United States Plaintiff Federal employer, ignoring statutes, codes, rules, regulations and conditions precedent – making it clear to Nadine J. Griffin that she would not be treated fairly in these proceedings.

8. That statutory judicial official and CEO William G. Young refused to take Mandatory Judicial Notice of the Constitution for the United States of America, and Supreme Court precedent – confirming that Affiant is being subject to a kangaroo court, mock court with sham proceedings incorporated with criminal syndicalism completely disregarding the Rights, Privileges and Immunities of Nadine J. Griffin.

9. That Nadine J. Griffin has witnessed judicial official and CEO William G. Young treat the Law as a mere obstacle course and major inconvenience when relied upon by Affiant proceeding on her own behalf and looking to the law for remedy.

10. That Nadine J. Griffin is being forced to proceed before judicial official and CEO William G. Young acting in contempt of the Constitution for the United States of America, the United States Supreme Court, acting in nonfeasance, misfeasance and malfeasance of office in a futile attempt to discourage Nadine J. Griffin from proceeding in any manner on her own behalf before the Court due to these injustices.

11. That Nadine J. Griffin is fully aware that litigants proceeding on their own behalf are not welcomed by this or any judiciary, treated with utter patronizing contempt and disdain as judicial official and CEO William G. Young has made that very clear in his actions failing to Rule on any issues of law and scribbling non-judicial minute orders of Affiant's briefs.

12. That Nadine J. Griffin cannot predict the extent of continued bias, injustice and/or prejudice she will suffer at the heavy hands of judicial official and CEO William G. Young acting on behalf and in favor of his United States Plaintiff Federal employer; however she will not and has not waived any Rights or protections of her Creator or the Constitution for the United States of America, and other applicable Laws deemed to protect the Rights of Nadine J. Griffin;

13. That this experience has led Nadine J. Griffin to believe that all judicial officials, having absolute immunity from prosecution of their reckless behavior are corrupt - some are just more corrupt than others and willing to let you know it.

14. That for the reasons herein and throughout, Nadine J. Griffin seeks to compel this Court's judicial official and CEO William G. Young and other judicial officials that may be a party to this action, adhere to the Law and Respect the due process and equal protection under the law Rights retained and never to be waived by Nadine J. Griffin.

1  I, Nadine J. Griffin, declare under penalty of perjury as a Conscious, Thinking, Feeling,
2  Living, Breathing, Flesh and Blood Sentient Being that the forgoing is true and correct. All
3  Rights retained without recourse.
4  Executed this ___7___ day of ~~January~~ Feb, 2006.

Signature: _Nadine J Griffin_
Nadine J. Griffin
Accused, Belligerent Claimant
c/o 13799 Park Blvd. North #244
Seminole, Florida [33776-3402]

NOTARY ACKNOWLEDGMENT

State of ~~Florida~~ New Hampshire )
                                   ) subscribed and sworn
County of Carroll )

On this __7__ day, of __Feb.__, 2006, **Nadine J. Griffin** personally appeared, personally known to me, or proved to me on the basis of satisfactory evidence to be the one whose name is subscribed to within this instrument and who did take an Oath.

Witness my hand and official seal.

_Margaret F Culverwell_
Signature of Notary

My Commission Expires: _____
MARGARET F. CULVERWELL, Notary Public
My Commission Expires February 20, 2007