```
                                                    FILED
                                              IN CLERKS OFFICE

                                              2006 FEB -8  A 11: 44

                                              U.S. DISTRICT COURT
                                              DISTRICT OF MASS.
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Nadine J. Griffin, )<br>)<br>Accused, Belligerent Claimant. ) | CASE NO. 05-CR-10175-WGY<br><br>VERIFIED REQUEST FOR PUBLIC DISCLOSURE OF FINANCIAL REPORTS CORPORATE AFFILIATIONS AND OTHER POSSIBLE CONFLICTS OF INTEREST REGARDING JUDICIAL OFFICIAL — WILLIAM G. YOUNG |

COMES NOW: Nadine J. Griffin (hereinafter "Belligerent Claimant") files and serves this formal request for disclosure of financial reports and corporate affiliations pursuant to the Government in Ethics Act of 1978, 28 U.S.C. § 455 *et. seq.*, and 5 CFR § 2634.201. This request for disclosure of financial reports, relationships, memberships, and other affiliations will disclose, expose and/or rule out possible conflicts of interest that may further compromise the Rights of Nadine J. Griffin proceeding before judicial official William G. Young. (see *Lisi v. Several Attorneys*, 569 A.2d 313 (R.I. 1991); and, *In re International Business Machines Corp.*, 45 F.3d 641 (2d Cir. 1995)

Nadine J. Griffin's Rights of fairness and impartiality hinges on the prompt financial disclosure of affiliations presently unknown regarding William G. Young. Therefore, Nadine J. Griffin request judicial official William G. Young makes the following disclosure:

///

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes         ( ) No

2. Does party have any parent corporations?

    ( ) Yes         ( ) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

_____

_____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes         ( ) No

If yes, identify all such owners:

_____

_____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes         ( ) No

If yes, identity entity and nature of interest:_____

_____

5. Is a member of a Masonic Order or any other cult or religious membership of affiliation?

    ( ) Yes         ( ) No

If yes, identity entity and nature of interest:_____

**Does the judge:**

5. Personally own stock, shares, or some other financial interest in a company?

( ) NO           ( ) YES           list name of company:_____

2. Have an equitable interest (e.g., as a vested beneficiary) in an estate or trust that has a financial interest in a company?

( ) NO           ( ) YES           list name of company:_____

3. Serve as an officer, director, advisor, trustee, or active participant in the affairs of an organization?

( ) NO           ( ) YES           list name of company:_____

4. Serve as a fiduciary of an estate or trust that has a financial interest in a company?

( ) NO           ( ) YES           list name of company:_____

**Does the judge's spouse:**

1. Personally own stock, shares, or some other financial interest in a company?

( ) NO           ( ) YES           list name of company:_____

2. Have an equitable interest (e.g., as a vested beneficiary) in an estate or trust that has a financial interest in a company?

( ) NO           ( ) YES           list name of company:_____

3. Serve as an officer, director, advisor, trustee, or active participant in the affairs of an organization?

( ) NO          ( ) YES          list name of company:_____

**Does the judge's resident minor child/children:**

1. Personally own stock, shares, or some other financial interest in a company?

( ) NO          ( ) YES          list name of company:_____

2. Have an equitable interest (e.g., as a vested beneficiary) in an estate or trust that has a financial interest in a company?

( ) NO          ( ) YES          list name of company:_____

3. Serve as an officer, director, advisor, trustee, or active participant in the affairs of an organization?

( ) NO          ( ) YES          list name of company:_____

**Does the judge's third degree relative, the judge's spouse's third degree relative, or the spouse of any of these relatives:**

1. Serve as an officer, director, advisor, trustee, or active participant in the affairs of an organization?

( ) NO          ( ) YES          list name of company:_____

**Is the judge, the judge's spouse, the judge's third degree relative, the judge's spouse's third degree relative, or the spouse of any of these relatives:**

1. A party in a case?

( ) NO          ( ) YES          list all such cases that are likely to come
                                 before the court:_____

2. Likely to be a material witness in a case (to the judge's knowledge)?

( ) NO          ( ) YES          list all such cases that are likely to come
                                 before the court:_____

3. An attorney who is likely to come before the court?

( ) NO          ( ) YES          list name of attorney:_____

4. An equity partner in a law firm that is likely to come before the court?

( ) NO          ( ) YES          list name of law firm:_____

**Did the judge:**

1. Serve as an attorney in a matter?

( ) NO          ( ) YES          list all such cases that are likely to come
                                 before the court:_____

2. Participate in government employment as counsel, advisor, or material witness concerning a matter?

( ) NO          ( ) YES          list all such cases that are likely to come
                                 before the court:_____

**Did an attorney with whom the judge practiced law:**

1. Serve as an attorney in a matter during his or her association with the judge?

( ) NO             ( ) YES

list all such cases that are likely to come before the court:_____

2. Serve as a material witness in a matter during his or her association with the judge?

( ) NO             ( ) YES        list all such cases that are likely to come
                                  before the court:_____

**Conflicts List**

List here all companies or organizations in which the judge or relative has a financial interest (from the Checklist for Financial Conflicts, form AO-300):

1._____

2._____

3._____

4._____

5._____

List here all matters in which the judge has a disqualifying non-financial interest (from the Checklist for Other Conflicts, form AO-301):

1

    1._____

2

3

    2._____

4

5

    3._____

6

7

    4._____

8

9

    5._____

10  List here all attorneys and/or law firms related to the judge (from the Checklist for Other

11  Conflicts, form AO-301) or whose appearance in a matter will otherwise cause the judge to

12  recuse:

13

    1._____

14

15

    2._____

16

17

    3._____

18

    4._____

19

20

    5._____

21

I, declare under penalty of perjury under the laws of the United States of America that the

22  foregoing is true, correct and complete.

23

24  _____            _____

    (Signature) judicial official                            Executed on (Date)

25

1   You are hereby requested to provide disclosure of financial interest within 30 days or receipt
2   of this request. This request for the production of financial disclosure under the Government in
3   Ethics Act is continuous upon you. Nadine J. Griffin promises to pay, and approves up to
4   $100.00 dollars for copying and shipping fees. Any failure to disclose or to produce the
5   requested documents and information will result in Nadine J. Griffin moving for your
6   disqualification and/or recusal pursuant to 28 U.S.C. §§ 144 or 455, which ever is applicable.

## VERIFICATION

I, Nadine J. Griffin declares under penalty of perjury as a Conscious, Thinking, Feeling, Living, Breathing, Flesh and Blood Sentient Being, proceeding under the Laws of my Creator and the Constitution for the United States of America, that the forgoing is true and correct to the best of my first hand knowledge. All Rights retained without recourse.

Dated this 31st day of January, 2006.

Signature: _____
Nadine J. Griffin
C/o 13799 Park Blvd. North #244
Seminole, Florida [33776-3402]

# CERTIFICATE OF SERVICE

I, Nadine J. Griffin, certify that on January 31, 2006, served a true and correct copy of the above and foregoing "VERIFIED REQUEST FOR PUBLIC DISCLOSURE OF FINANCIAL REPORTS REGARDING WILLIAM G. YOUNG" by Certified Mail, postage fully prepaid to the following:

William G. Young, Chief Judge
United States District Court
District of Massachusetts (Boston)
One Courthouse Way
Boston, Massachusetts 02210

Certified Mail Article No. 7001 2890 0001 9659 8637


Christopher Maietta
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

Certified Mail Article No. 7001 2890 0001 9659 8644


William Smith, Majority Chief Counsel
Preet Bharara, Minority Chief Counsel
US Committee on the Judiciary
Subcommittee on Administrative Oversight and the Courts
224 Dirksen Senate Office Building
Washington, D.C. 20510

Certified Mail No. 7004 2890 0001 9659 7044

Dated this 31st day of January, 2006.

Signature: *Nadine J. Griffin*
Nadine J. Griffin