FILED
IN CLERKS OFFICE

2006 FEB -8  A 11: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Nadine J. Griffin,  )<br>  )<br>Accused, Belligerent Claimant.  ) | CASE NO. 05-CR-10175-WGY<br><br>CERTIFICATE OF SERVICE MOVE FOR<br>FAIR AND IMPARTIAL HEARING,<br>AFFIDAVIT IN SUPPORT<br>WITH EXHIBITS |

I, Nadine J. Griffin, certify that on January 31st, 2006, served a true and correct copy of the foregoing move for fair and impartial hearing, affidavit in support with exhibits consisting of 76 pages by Certified Mail, postage fully prepaid and addressed as follows:

Christopher Maietta
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

Certified Mail No. 7004 2890 0001 9659 1683

William Smith, Majority Chief Counsel
Preet Bharara, Minority Chief Counsel
US Committee on the Judiciary
Subcommittee on Administrative Oversight and the Courts
224 Dirksen Senate Office Building
Washington, D.C. 20510

Certified Mail No. 7004 2890 0001 9659 8682

On this 31st day of January, 2006.

_____
Nadine J. Griffin, Belligerent Claimant