FILED
IN CLERKS OFFICE

2006 FEB 21 P 2:05

DISTRICT COURT
DISTRICT OF MASS.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 05-CR-10175-WGY |
| Plaintiff, | |
| vs. | VERIFIED MOVE FOR LEAVE TO TRAVEL TO FLORIDA |
| Nadine J. Griffin, | (No Oral Arguments) |
| Accused, Belligerent Claimant. | |

COMES NOW, Nadine J. Griffin, the accused Belligerent Claimant in the above-entitled action, moving this Court for an Order granting leave to travel to Florida.

Brief in Support

Nadine J. Griffin now resides in New Hampshire; her new mailing address is c/o 36 Center Street, #143, Wolfeboro, New Hampshire [03894]

Nadine J. Griffin's son, Andrew J. Sanchez lives in St. Petersburg, Florida, she is his only parent.

Nadine J. Griffin requests leave to travel to visit her son in Florida from time to time, including holidays.

1    Nadine J. Griffin called the US Attorney, Christopher Maietta on Monday, February 6, 2006, and gave him her new mailing address, and verbally requested that she be allowed to visit her son in Florida, and Attorney Maietta stated that he did not have a problem with that.

Nadine J. Griffin also called the pretrial probation officer David Pacozzi on Monday, February 6, 2006, informing him of her new mailing address and verbally requested permission to travel to Florida to see her son, and Mr. Pacozzi stated that he did not have a problem with that.

Nadine J. Griffin's rights shall be prejudiced by denying her leave to visit her son in Florida.

The cause of justice shall be served by granting Nadine J. Griffin leave to visit her son in Florida, including by not limited to legal holidays.

Respectfully submitted.

**VERIFICATION**

I, Nadine J. Griffin, declare under penalty of perjury as a Conscious, Thinking, Feeling, Living, Breathing, Flesh and Blood, Sentient Being that the forgoing is true and correct. All Rights retained without recourse.

Executed this 15 day February, 2006.

Signature: /s/ Nadine J. Griffin
Nadine J. Griffin
Accused, Belligerent Claimant
c/o 36 Center Street, #143
Wolfeboro, New Hampshire [03894]

# CERTIFICATE OF SERVICE

I, Nadine J. Griffin, certify that on February 15, 2006, I mailed a true and correct copy of the above and foregoing Move for Order for leave to travel to by Certified Mail addressed to:

Christopher Maietta
U.S. Dept. of Justice, Tax Division
601 "D" Street, NW, Room 7012
Washington, DC 20004

Certified Mail No. 7003 0500 0003 9979 3157

Executed this 15 day of February, 2006

_____
Nadine J Griffin