FILED
CLERKS OFFICE

2006 FEB 21  P 2: 06

DISTRICT COURT
DISTRICT OF MASS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 05-CR-10175-WGY |
| Plaintiff, ) | |
| ) | NOTICE OF CHANGE OF ADDRESS |
| vs. ) | |
| ) | Nadine J. Griffin |
| Nadine J. Griffin, ) | |
| ) | |
| Accused, Belligerent Claimant. ) | |

**NOTICE IS HEREBY GIVEN:** that as of February 01, 2006 ALL future documents and/or correspondence papers of any kind regarding the above entitled action, must be mailed to Nadine J. Griffin at the following location:

**Mailing Location is:**
c/o 36 Center Street, #143
Wolfeboro, New Hampshire [03894]

Please make the appropriate and necessary changes for purposes of insuring that all future correspondence is timely and without delay.

Executed this 13 day of February, 2006.

Signature: /s/ Nadine J. Griffin
Nadine J. Griffin
c/o 36 Center Street, #143
Wolfeboro, New Hampshire [03894]

NOTICE OF CHANGE OF ADDRESS - 42          1 of 2          Nadine J. Griffin,

## CERTIFICATE OF SERVICE

I, Nadine J. Griffin, certify that on February 15, 2006, I mailed a true and correct copy of the above and foregoing "NOTICE OF CHANGE OF ADDRESS" by Certified Mail addressed to:

Christopher Maietta
U.S. Dept. of Justice, Tax Division
601 "D" Street, NW, Room 7012
Washington, DC 20004

Certified Mail No. 7003 0500 0003 9979 3157

Dated this 15 day of February, 2006.

*Nadine J. Griffin*
Nadine J. Griffin