IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 05-CR-10175-WGY |
| Plaintiff, | ) | |
| | ) | VERIFIED MOVE FOR |
| | ) | FINDING OF FACTS AND |
| | ) | CONCLUSIONS OF THE LAW |
| vs. | ) | OR IN THE ALTERNATIVE, |
| | ) | MOVE FOR CLARIFICATION |
| | ) | |
| Nadine J. Griffin, | ) | F.R.Cr.P Rule 12(d) |
| | ) | |
| | ) | (Oral Arguments Requested) |
| Accused, Belligerent Claimant. | ) | |

COMES NOW, Nadine J. Griffin, the Accused Belligerent Claimant, proceeding on her own behalf, and moves judicial official and CEO William G. Young:

1. Explain its own reasoning for the denial of Nadine J. Griffin's pre-trial Mandatory Judicial Notice (Docket Item 10) in the Electronic Order of July 25, 2005;

2. Explain its own reasoning for the denial of Nadine J. Griffin's pre-trial Emergency Motion to Continue Arraignment (Docket Item 5), in the Electronic Order of July 26, 2005;

3. Explain its own reasoning for the denial of Nadine J. Griffin's pre-trial Motion to Vacate Re-Characterization of Judicial Notice by William G. Young, (Docket Item 14), in the Electronic Order of August 18, 2005;

4. Explain its own reasoning for the denial of Nadine J. Griffin's pre-trial Notice and Demand Regarding Nadine J. Griffin's Motion Under Authority of F.R.Cr.P 12(b)(2) (Docket Item 18), in the Electronic Order of August 23, 2005;

5. Explain its own reasoning for the denial of Nadine J. Griffin's pre-trial Motion to Quash Indictment (Docket Item 6), and the pre-trial Motion to Vacate Minute Order Issued by Magistrate Joyce London Alexander (Docket Item 15) in the Electronic Order of September 8, 2005;

6. Explain its own reasoning for the denial of Nadine J. Griffin's pre-trial Move to Strike the United States' Opposition to Defendant Griffin's Response Dated September 6, 2005; (Docket Entry 27), in the Electronic Order of September 30, 2005;

7. Explain its own reasoning for the denial of Nadine J. Griffin's pre-trial Move for Bill of Particulars, Fed.R.Crim.P. 7(f) (Docket Item 28), in the Electronic Order of October 13, 2005;

8. Explain its own reasoning for the denial of Nadine J. Griffin's Response to United States Motion to Deny Move for Dismissal (Docket Item 34), and the pre-trial Declaration in Support of Response (Docket Item 35) in the Electronic Order of October 28, 2005;

9. Explain its own reasoning for the denial of Nadine J. Griffin's pre-trial Verified Move for Judicial Official William G. Young to Rule on Motion and Issue Final Orders, Findings of Facts and Conclusions of the Law are Required by the Fifth Amendment to the Constitution, Fed.R.Crim.P.12(b) (Docket Item 44), in the Electronic Order of February 6, 2006;

10. Explain its own reasoning for the denial of Nadine J. Griffin's pre-trial Verified Affidavit with Exhibits in Support of Move for Fair and Impartial Hearings and/or Trial (Docket Item 47), in the Electronic Order of February 6, 2006;

11. Explain its own reasoning for the denial of Nadine J. Griffin's pre-trial Verified Request for Public Disclosure of Financial Reports, Corporate Affiliation and Other possible

Conflicts of Interest Regarding Judicial Official William G. Young (Docket Item 50), in the Electronic Order of February 10, 2006;

12. Explain its own reasoning for the denial of Nadine J. Griffin's pre-trial Verified Affidavit with Exhibits in Support of Move for Fair and Impartial Hearings and/or Trial (Docket Item 51), in the Electronic Order of February 10, 2006; or, in the alternative,

13. Inform Nadine J. Griffin of the exact amount of <u>time</u> the Court actually spent on each move and/or motion submitted by Nadine J. Griffin, as it appears judicial official and CEO William G. Young has denied without cause and without disclosure every dispositive move submitted by Nadine J. Griffin which is demonstrated by the Electronic Orders listed above. (See **Exhibit A** for 1st page of each move Denied and **Exhibit B** for Docket.)

(See Memorandum of Law, attached hereto.)

WHEREFORE, the Accused Nadine J. Griffin moves this Court to grant her the relief requested.

Solemnly submitted,

**VERIFICATION**

I, Nadine J. Griffin, declare under penalty of perjury as a Conscious, Thinking, Feeling, Living, Breathing, Flesh and Blood Sentient Being that the foregoing is true and correct. All Rights retained without recourse.

Executed this ___ day of February, 2006.

Signature: _____
Nadine J. Griffin
Accused/Belligerent Claimant
c/o 36 Center Street, #143
Wolfeboro, New Hampshire [03894]

## CERTIFICATE OF SERVICE

I, Nadine J. Griffin, certify that on this 27 day of February, 2006, I served a true and correct copy of the above move for statement of facts and conclusions of law, or in the alternative, motion for clarification with memorandum of law, and affidavit in support by depositing it in the U.S. Mail, first class postage prepaid, addressed to:

Christopher Maietta
U.S. Dept. of Justice, Tax Division
601 "D" Street, NW, Room 7012
Washington, DC 20004
Certified Mail No  7004 1160 0007 4198 1067

William Smith, Majority Chief Counsel
Preet Bharara, Minority Chief Counsel
US Committee on the Judiciary
Subcommittee Administrative Oversight/Courts
224 Dirksen Senate Office Building
Washington, D.C. 20510
Certified Mail No  7004 1160 0007 4198 1050

Executed this 27 day of February, 2006.

_____
Nadine J. Griffin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 05-CR-10175-WGY |
| Plaintiff, ) | |
| ) | **VERIFIED MOVE FOR** |
| ) | **FINDING OF FACTS AND** |
| vs. ) | **CONCLUSIONS OF THE LAW** |
| ) | **OR IN THE ALTERNATIVE,** |
| ) | **MOVE FOR CLARIFICATION** |
| ) | |
| ) | F.R.Cr.P Rule 12(d) |
| Nadine J. Griffin, ) | |
| ) | (Oral Arguments Requested) |
| Accused, Belligerent Claimant. ) | |

COMES NOW, Nadine J. Griffin, the Accused Belligerent Claimant, proceeding on her own behalf, and moves judicial official and CEO William G. Young:

1. Explain its own reasoning for the denial of Nadine J. Griffin's pre-trial Mandatory Judicial Notice (Docket Item 10) in the Electronic Order of July 25, 2005;

2. Explain its own reasoning for the denial of Nadine J. Griffin's pre-trial Emergency Motion to Continue Arraignment (Docket Item 5), in the Electronic Order of July 26, 2005;

3. Explain its own reasoning for the denial of Nadine J. Griffin's pre-trial Motion to Vacate Re-Characterization of Judicial Notice by William G. Young, (Docket Item 14), in the Electronic Order of August 18, 2005;

4. Explain its own reasoning for the denial of Nadine J. Griffin's pre-trial Notice and Demand Regarding Nadine J. Griffin's Motion Under Authority of F.R.Cr.P 12(b)(2) (Docket Item 18), in the Electronic Order of August 23, 2005;

5. Explain its own reasoning for the denial of Nadine J. Griffin's pre-trial Motion to Quash Indictment (Docket Item 6), and the pre-trial Motion to Vacate Minute Order Issued by Magistrate Joyce London Alexander (Docket Item 15) in the Electronic Order of September 8, 2005;

6. Explain its own reasoning for the denial of Nadine J. Griffin's pre-trial Move to Strike the United States' Opposition to Defendant Griffin's Response Dated September 6, 2005; (Docket Entry 27), in the Electronic Order of September 30, 2005;

7. Explain its own reasoning for the denial of Nadine J. Griffin's pre-trial Move for Bill of Particulars, Fed.R.Crim.P. 7(f) (Docket Item 28), in the Electronic Order of October 13, 2005;

8. Explain its own reasoning for the denial of Nadine J. Griffin's Response to United States Motion to Deny Move for Dismissal (Docket Item 34), and the pre-trial Declaration in Support of Response (Docket Item 35) in the Electronic Order of October 28, 2005;

9. Explain its own reasoning for the denial of Nadine J. Griffin's pre-trial Verified Move for Judicial Official William G. Young to Rule on Motion and Issue Final Orders, Findings of Facts and Conclusions of the Law are Required by the Fifth Amendment to the Constitution, Fed.R.Crim.P.12(b) (Docket Item 44), in the Electronic Order of February 6, 2006;

10. Explain its own reasoning for the denial of Nadine J. Griffin's pre-trial Verified Affidavit with Exhibits in Support of Move for Fair and Impartial Hearings and/or Trial (Docket Item 47), in the Electronic Order of February 6, 2006;

11. Explain its own reasoning for the denial of Nadine J. Griffin's pre-trial Verified Request for Public Disclosure of Financial Reports, Corporate Affiliation and Other possible

1 | Conflicts of Interest Regarding Judicial Official William G. Young (Docket Item 50), in the

2 | Electronic Order of February 10, 2006;

3 |     12.    Explain its own reasoning for the denial of Nadine J. Griffin's pre-trial Verified Affidavit with Exhibits in Support of Move for Fair and Impartial Hearings and/or Trial (Docket Item 51), in the Electronic Order of February 10, 2006; or, in the alternative,

    13.    Inform Nadine J. Griffin of the exact amount of <u>time</u> the Court actually spent on each move and/or motion submitted by Nadine J. Griffin, as it appears judicial official and CEO William G. Young has denied without cause and without disclosure every dispositive move submitted by Nadine J. Griffin which is demonstrated by the Electronic Orders listed above. (See **Exhibit A** for 1st page of each move Denied and **Exhibit B** for Docket.)

(See Memorandum of Law, attached hereto.)

WHEREFORE, the Accused Nadine J. Griffin moves this Court to grant her the relief requested.

Solemnly submitted,

<u>**VERIFICATION**</u>

I, Nadine J. Griffin, declare under penalty of perjury as a Conscious, Thinking, Feeling, Living, Breathing, Flesh and Blood Sentient Being that the foregoing is true and correct. All Rights retained without recourse.

Executed this 28 day of February, 2006.

Signature: *Nadine J Griff*<br/>
Nadine J. Griffin<br/>
Accused, Belligerent Claimant<br/>
c/o 36 Center Street, #143<br/>
Wolfeboro, New Hampshire [03894]

MOVE FOR STATEMENT OF FACTS
AND CONCLUSIONS OF LAW -47A     3 of 4     Nadine J. Griffin
Certificate of Service, page 4

# CERTIFICATE OF SERVICE

I, Nadine J. Griffin, certify that on this 28 day of February, 2006, I served a true and correct copy of the above move for statement of facts and conclusions of law, or in the alternative, motion for clarification with memorandum of law, and affidavit in support by depositing it in the U.S. Mail, first class postage prepaid, addressed to:

Christopher Maietta
U.S. Dept. of Justice, Tax Division
601 "D" Street, NW, Room 7012
Washington, DC 20004
Certified Mail No  7004 1160 0007 4198 1067

William Smith, Majority Chief Counsel
Preet Bharara, Minority Chief Counsel
US Committee on the Judiciary
Subcommittee Administrative Oversight/Courts
224 Dirksen Senate Office Building
Washington, D.C. 20510
Certified Mail No  7004 1160 0007 4198 1050

Executed this 28 day of February, 2006.

_____
Nadine J. Griffin