IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 05-CR-10175-WGY |
| Plaintiff, | |
| vs. | VERIFIED MOVE TO CLARIFY THE MEANING OF THE CHAMELEON-LIKE WORD "PERSON" IN THE STATUTORY CHARGE AS APPLIED TO THIS CASE |
| Nadine J. Griffin, | |
| Accused, Belligerent Claimant. | (No Oral Arguments) |

COMES NOW Nadine J. Griffin, accused Belligerent Claimant in the above-entitled action, moving this Court for clarification of the meaning of the chameleon-like word "*Person*" referenced in the charging instrument ("Indictment"), 26 U.S.C. § 7206(1), defined at 26 U.S.C. § 7701(a)(1), and other applicable statutes herein mentioned, as <u>this</u> Court intends to use that word in <u>this</u> case.

Judge Learned Hand wisely wrote: "**There is no surer way to misread any document than to read it literally.**" See *Guiseppi v. Walling*, 144 F.2d 608, 624 (2nd Cir. 1944).

Nadine J. Griffin, accused Belligerent Claimant, needs to understand in <u>which</u> capacity "persons" does she stand before this Court: **(1)** the "*person*" void of conscience created and defined by statutory language and "Words of Art" as a corporation, entity, trust, partnership, etc., or **(2)** the "*person*" that exists as a Living, Breathing, Conscious, Thinking, Feeling, Flesh and

1  Blood Sentient Being retaining all Rights, Privileges and Immunities as protected by the
2  Constitution for the United States of America?
3      Nadine J. Griffin, accused Belligerent Claimant is unable to properly prepare a move to
4  quash or dismiss counts 1 and 2 of the Indictment No. 05-CR-10175-WGY based on 26 U.S.C. §
5  7206(1), defined at 26 U.S.C. § 7701(a)(1), until <u>this</u> Court informs Nadine J. Griffin <u>which</u>
6  definition of "*Person*" it intends to apply in all hearings and proceedings.
7      (See Memorandum of Law attached.)
8      WHEREFORE; Nadine J. Griffin moves this Court to clarify its definition of the word
9  "*Person*" as this Court intends to use it in this case; or in the alternative, allow Nadine J. Griffin
10 submit one (1) copy of this Move to Clarify to each petit juror sitting in this case during her
11 opening remarks.
12
13                                                       Enthusiastically submitted,
14
15 ### VERIFICATION
16   I, Nadine J. Griffin, declare under penalty of perjury as a Conscious, Thinking, Feeling,
17 Living, Breathing, Flesh and Blood, Sentient Being that the forgoing is true and correct. All
18 Rights retained without recourse.
19
20 Executed this 27 day of February, 2006.
21
22                                                   Signature: _Nadine J. Griffin_
23                                                                Nadine J. Griffin
24                                                     Accused, Belligerent Claimant
25                                                     c/o 36 Center Street, #143
                                                   Wolfeboro, New Hampshire [03894]

## CERTIFICATE OF SERVICE

I, Nadine J. Griffin, certify that on February 27, 2006, I mailed a true and correct copy of the above and foregoing VERIFIED MOVE TO CLARIFY THE MEANING OF THE CHAMELEON-LIKE WORD "PERSON" IN THE STATUTORY CHARGES AS APPLIED TO THIS CASE, AFFIDAVIT AND MEMORANDUM OF LAW IN SUPPORT by Certified Mail addressed to:

Christopher Maietta
U.S. Dept. of Justice, Tax Division
601 "D" Street, NW, Room 7012
Washington, DC 20004
Certified Mail No _7004 1160 0007 4198 1067_

William Smith, Majority Chief Counsel
Preet Bharara, Minority Chief Counsel
US Committee on the Judiciary
Subcommittee on Administrative Oversight and the Courts
224 Dirksen Senate Office Building
Washington, D.C. 20510
Certified Mail No. _7004 1160 0007 4198 1050_

Executed this 27 day of February, 2006.

_____
Nadine J. Griffin