# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 05-CR-10175-WGY** |
| **Plaintiff,** | |
| vs. | **MEMORANDUM OF LAW IN SUPPORT OF VERIFIED MOVE TO CLARIFY THE MEANING OF THE CHAMELEON-LIKE WORD "PERSON" IN THE STATUTORY CHARGE AS APPLIED TO THIS CASE** |
| **Nadine J. Griffin,** | |
| **Accused, Belligerent Claimant.** | (No Oral Arguments) |

COMES, Nadine J. Griffin, the accused Belligerent Claimant in the above-entitled action, and would show this Court the following:

Judge Learned Hand eloquently espoused: "***There is no surer way to misread any document than to read it literally***," *Guiseppi v. Walling*, 144 F.2d 608, 624 (2nd Cir. 1944). For this reason not limited to judicial activism and other unconstitutional practices of the executive, legislative and judicial branch of government *et al.*, Nadine J. Griffin (having been made fully aware of the futility of this judicial system guided by the political issue of the day doctrine — resulting in the constant usurpation of freedoms with words) is without privilege to presume the *prima facie* meaning of any word, term, or phrase, without clarification.

I.    The word and/or term "*person*" takes on multiple personalities and wears a number of

distinct contradictory meanings in American jurisprudence. It is strictly up to the predilection of this Court which definition of the term "*person*" it chooses to apply to this action.

II. Words in American jurisprudence and this legal system are best defined as "Words of Art," incompetent, unreliable and if the meaning of a word is presumed in its *literal* sense – a man or woman of average intelligence can be harmed or injured by so relying, as the word "*person*" (a chameleon of many colors) has historically claimed many unsuspecting victims.

## I.
### It is strictly up to the personal predilection of this Court which definition of "*person*" it chooses to apply in this action.

1. "American Government . . . Judge Learned Hand warned, [is] government by 'Platonic guardians,' except that the guardians are not philosophers but lawyers in robes, resolving problems in a disorganized, haphazard way and operating under the embarrassment of claiming to enforce the Constitution." *See Graglia*, Interpreting the Constitution: Posner on Bork, 44 Stanford Law Review 1019, 1021-1022 (1992) (footnote omitted).

2. The same article contains an interesting footnote:

> If "the sense in which the Constitution was accepted and ratified by the nation…
> be not guide in expounding it, there can be no security for a … faithful exercise of
> its powers." 9 The Writings of James Madison 191 (Gaillard Hunt ed., 1910).

3. As expressed by Justice Curtis's dissent in *Dred Scott v. Stanford*, 60 U.S. 393, 621 (1856):

> [W]hen a strict interpretation of the Constitution, according to the fixed rules
> which govern the interpretation of the laws, is abandoned, and the theoretical
> opinions of individuals are allowed to control its meaning, we have no longer a
> Constitution; we are under the government of individual men, who for the time
> being have power to declare what the Constitution is, according to their own
> views of what it ought to mean.

1  4. Alexander Hamilton, the original theorist of judicial review, defended it on the grounds

2     that:

3     A constitution is, in fact, and must be regarded by the Judges, as a fundamental
       law. It therefore belongs to [judges] to ascertain its meaning, as well as the
4      meaning of any particular act proceeding from the legislative body. If there
       should happen to be an irreconcilable variance between the two, that which has
5      the superior obligation and validity ought, of course, to be preferred; or, in other
       words, the Constitution ought to be preferred to the statute, the intention of the
6      people to the intention of their agents. The Federalist No. 78, at 492 (Alexander
7      Hamilton) (Benjamin Fletcher Wright ed., 1961).

8  5. Roy M. Cohn, quoted in New York Times Book Review, 3 Apr. 1988, at 24 as follows:

9      **"I don't want to know what the law is, I want to know who the judge is."**

10  6. A defense Nadine J. Griffin has against the prosecution is the application of clear and

11     precise legal language in this action concerning the meaning of the word "*Person*" as

12     defined in Title 26 of the United States Code.

13  7.  There are two (2) ways to adjudicate a case:

14     "Let justice be done though the heavens fall." Lord Mansfield in *Rex v. Wilkes*, 4
15     Burrow's Reports 2527, 2562 (1768)

16     Or;

17     "It is not the technical legal conception that leads to the decisions pronounced by
       the judge, but it is the decision which the judge intends to pronounce which lead
18     him to the finding of the technical reasons therefore – the decisions themselves
       being the result of the judge's views on the social and economic questions
19     involved in the solution of the apparently abstract constitutional problems." Louis
20     B. Boudin, Government by Judiciary, Vol. 1, page 338 (1932).

21  8.  The latter is described in a dissenting opinion in this Circuit:

22     "As Hamilton observed:

23     It can be of no weight to say that the courts, on the pretense of a repugnancy, may
       substitute their own pleasure to the Constitutional intentions of the legislature.
24     This might as well happen in the case of two contradictory statutes or it might as
       well happen in every adjudication upon any single statute. The courts must
25     declare the sense of the law and if they should be disposed to exercise WILL
       instead of JUDGMENT, the consequence would equally be the substitution of

1      their pleasure to that of the legislative body. The observation, if it proved
2      anything would prove that there ought to be no judges distinct from that body.
     "*Bickel v. Korean Air Lines Co. Ltd.*, 96 F.3d 151, 159 (6th Cir. 1996) (dissent).

3

4  9.   A great many published *opinions* make reassuring reading, e.g.

5      "Congress and the President, like the courts, possess no power not derived from
     the Constitution." *Ex Parte Quirin*, 63 S.Ct. 2, 10, 317 U.S. 1 (1942); and "[T]he
6      Constitution [is] the supreme law established by the people. "*Muskrat v. United*
     *States*, 31 S.Ct. 250 254 (1911).

7

8  10. **"Words are like Chameleons, which reflect the color of their environment."**

9      Commissioner of Internal Rev. v. Natl. Carbide,  167 F.2d 304, 306 (2nd Cir. 1948)

10  11. The problem is that this Court, in this case, has the power to change both the meaning of

11      the word "*person*" and the word "people" in the United States Code to give it any meaning

12      it so chooses. For an excellent discussion of this type of judicial legislation, see *Turpin v.*

13      *Mailet*, 579 F.2d 152, 171-185 (2nd Cir. 1978) (dissent).

14  12. Every public official or officer in government is lawfully required to:

15      Uphold the Constitution, laws and regulations of the United States and of all governments
     therein and never be a party to their evasion. [display in government building] Public
16      Law 96-303, Sec. 3 (3) II, 94 Stat. 855, 856 July 3, 1980.

17  13. The oath that every federal judge takes to uphold the constitution also makes reassuring

18      reading: 28 U.S.C. § 453. Oaths of justices and judges

19      Each justice or judge of the United States shall take the following oath or
     affirmation before performing the duties of this office: ", _ _ _ _ _, do solemnly
20      swear (or affirm) that I will administer justice without respect to persons, and do
     equal right to the poor and to the rich, and that I will faithfully and impartially
21      discharge and perform all duties incumbent upon me as _ _ _ under the
     Constitution and laws of the United States. So help me God."
22

23  14. However, before accused Belligerent Claimant Nadine J. Griffin can properly prepare her

24      Moves to Quash or Dismiss, she needs to know in <u>what</u> capacity does she stand before this

25      Court: (1) the "*Person*" void of conscience created and defined by statutory language as a

corporation, entity, trust, partnership, etc., and "Words of Art" or (2) the "*person*" that exists as a Living, Breathing, Conscious, Thinking, Feeling, Flesh and Blood Sentient Being bearing all Rights, Privileges and Immunities as protected by the Constitution for the United States of America?

## II.
### Words in American jurisprudence and this legal system are best defined as "Words of Art," and to presume the meaning of the word "Person" in the literal sense would be reckless and foolish.

1.1   Nadine J. Griffin the accused Belligerent Claimant on or about July 13, 2005, was formally charged under cause number CR-05-10175-WGY for alleged statutory violations of 26 U.S.C. § 7206(1): two counts of filing false returns for tax years 1998 and 1999.

1.2   The statutory language of 26 U.S.C. § 7206(1) states in pertinent part:

"(1) Any *person* who . . . Declaration under penalties of perjury. *Willfully makes and subscribes any return*, statement, or other document, which contains or is verified by a written declaration that it is made under the penalties of perjury, *and which he does not believe to be true and correct* as to every material matter;

1.3   The meaning of the word or term "*person*" is not defined with particularity at 26 U.S.C. § 7206 et. seq. The term "*person*" is a deceptive semantic "Word of Art" that wears many hats and shows many faces throughout the Internal Revenue Code and cannot, on its face, be relied upon to apply to the Belligerent Claimant without clarification.

1.4   "Words of Art," although undisclosed in current publications of Blacks Law - is defined in Blacks Law Fourth Edition (1968) on page 1779 as following:

"The vocabulary or terminology of a particular art or science, and *especially those expressions which are idiomatic or particular to it*. *See Cargill v. Thompson*, 57 Minn. 534, 59 N.W. 638

1.5   The definition section of the Internal Revenue Code is found at 26 U.S.C. § 7701 et seq. states in pertinent part:

1

2

3

"(a) When used in this title, *where not otherwise distinctly expressed* or manifestly incompatible with the intent thereof— (1) **Person** The term "*Person*" shall be construed to mean and include <u>an individual, a trust, estate, partnership, association, company</u> or <u>corporation</u>."

4

1.6    Nadine J. Griffin, if defined by the statutory definition of the word "*Person*" pursuant to 26

5

U.S.C. § 7701(a)(1), must reduce her status and existence as a Living, Breathing,

6

Conscious, Thinking, Flesh and Blood woman, a Sentient Human Being <u>to that of an entity,</u>

7

a thing void of conscience, <u>thus waiving all Rights, Privileges and Immunities</u> protecting

8

the sovereign under the Constitution.

9

10

"In common usage, the term '*person*' does not include the sovereign, and statues employing the word are ordinarily construed to exclude it." *Wilson v. Omaha Indian Tribe,* 442 US 653,667 (1979)

11

1.7    The accused, Nadine J. Griffin is aware that her existence as a Living, Breathing,

12

13

Conscious, Thinking, Flesh and Blood woman, a Sentient Human Being secured with

guaranteed Rights, Privileges and Immunities protected by the Constitution for the United

14

15

States of America, <u>not extended to statutory persons</u>, natural persons, corporations, trust,

16

partnerships, artificial persons, individuals, entities and like creatures of the state: void of

17

conscience and state or mind.

18

19

20

21

"*Although legal fictions are sometimes invented in order to realize judicial concepts of justice, the courts are without power to define the constitutional guaranty of due process of law in terms of a fiction unrelated to reality, without exercising the power to remake constitutional provisions which the Constitution has not given them.*" *Curry v. McCanless*, 307 US 357, 59 S Ct 900, 123 ALR 162.

22

1.8    The Internal Revenue Code includes the term "*natural person*" as distinct from the word

23

"*person*." It is presumed that the term "*natural person*," an oxymoronic "Word of Art" and

24

a creation of statutory legalese - means a Flesh and Blood, Sentient Human Being, Man or

25

1    Woman. The Internal Revenue Code and the United States Code makes reference to the

2    term "*natural person*" not limited to the follows:

3        26 U.S.C. § 6049(b)(2)(A) - Returns regarding the payment of interest . . . "For
4        purposes of this section . . . the term interest does not include . . . interest on any
         obligation issued by a *natural person*."

5        26 U.S.C. § 2613(a)(1) – Skip person and non-skip person defined. For purposes
6        of this chapter, the term "skip person" means . . . a *natural person . . .*"

7        26 U.S.C. § 1271(b)(1)(A) – Treatment of amounts received on retirement or sale
         or exchange of debt instruments . . . "This section shall not apply to . . . any
8        obligation issued by a *natural person* . . ."

9        26 U.S.C. § 163(f)(2)(A)(i) – Interest . . . "For purposes of this section . . . the
         term "registration-required obligation" means any obligation . . . other than an
10       obligation which . . . is issued by a *natural person* . . ."

11       26 U.S.C. § 72(u)(1) - Treatment of annuity contracts not held by natural persons.
12       "In general, If any annuity contract is held by a person who is not a *natural
         person* . . .For the purposes of this paragraph, holding by a trust or other entity as
13       an agent for a *natural person* shall to be taken into account."

14       26 U.S.C. § 141(b)(6)(B) Clarification of trade or business. "For the purposes of
         the 1 sentence of subparagraph (A), any activity carried on by a person other than
15       a *natural person* shall be treated as a trade of business."

16   1.9   The following examples *supra*, conclude that the term "*natural person*" implies a meaning

17   substantially different than the term "*person*" as defined in 26 U.S.C. § 7701(a)(1) which

18   applies to legal fictions and other government created entities.

19   1.10  Although the term "*natural person*," is referenced in the Code, it does not appear to be

20   defined by the Code nor in the definition section of 26 U.S.C. § 7701(a)(1) which brings

21   into question – how then is Nadine J. Griffin being defined by this Court? The term

22   "natural person" is a creature of statute, legalese and a "Words of Art" causing the reader to

23   draw inference to the meaning to include a Flesh and Blood Man or Woman. Courts have

24   concluded the term "*natural person*" is an artificial person in so stating:

25

*"**The common law meaning of 'person' includes 'both natural persons and artificial persons, and therefore corporations.**" In re Brazier Forest Prod., Inc.*, 106 Wn.2d 588, 724 P.2d 970 (1986).

1.11 The indictment instrument signed by Assistant United States attorney Christopher Maietta intentionally spells the name Nadine J. Griffin in the all caps *idem sonans* NADINE J. GRIFFIN – symbolizing a thing, entity or corporate person – and not the Flesh and Blood Woman Nadine J. Griffin: the proper noun that recognizes her sovereign existence as a conscious Sentient Being.

1.12 The Court may deem this observation to have little or no value. If that were so, why would the United States plaintiff's employee have the need to spell the name NADINE J. GRIFFIN in all caps in the charging instrument and other documents? If Claimant was to inquire with Christopher Maietta or William G. Young if they spelled their given names in all caps throughout their livelihood as an English standard, Claimant is sure to get resounding no.

1.13 Claimant is with information and belief that the semantics are subjects to the reader to conclude Nadine J. Griffin and NADINE J. GRIFFIN are in fact and law the same – when the law of the case conclusively provides they are not.

1.14 To reduce Nadine J. Griffin's status to that of a statutory *person* as defined in 26 U.S.C. § 7701(a)(1), which are entities void of conscience, successfully reduces her status to be treated as a corporation that does not enjoy the same Rights, Privileges and Immunities as the Flesh and Blood Sentient Being, Nadine J. Griffin. (*Rowland v. California Men's Colony*, 506 U.S. 194, 202-03 (1993)

1.15 The statutory "*person*" referenced in 26 U.S.C. § 7206(1) and defined at 26 U.S.C. § 7701(a)(1) is an inferior class of '*person*' that does not exist in harmony with the common

law and does not enjoy the sovereign status as does the Flesh and Blood Sentient Being, Nadine J. Griffin. Other evidence of the entity being identified as the taxpayer can be found in the Internal Revenue Manual – Automated Non-Master File Accounting Glossary of Accounting Terms page 3(17)(46)0-13(1-1-96):

*(65) TAXPAYER: An entity liable for any type of Federal tax.*

1.16 The courts have ruled on multiple occasions, the word "*Person*" unless otherwise expressly mentioned, does not include the sovereign status of Nadine J. Griffin:

"The word 'person' in legal terminology is perceived as a general word which is normally includes in its scope a variety of entities other then human beings., see e.g.1, U.S.C. para 1." *Church of scientology v. US Department of justice (1979)* 612 F2d 41,425

"This word 'person' and its scope and bearing in the law, involving, as it does, legal fictions and also apparently natural beings, it is difficult to understand; but it is absolutely necessary to grasp, at whatever cost, a true and proper understanding to the word in all the phases of its proper use… A person is here not a physical or individual person, but the status or condition with which he is invested…not an individual or physical person, but the status, condition or character borne by physical persons…*The law of persons is the law of status or condition.*" American Law and Procedure, Vol 13, Page 137, 1910:

1.17 It is no secret that the usurpation of the freedoms once enjoyed in these 50 United States comes through the manipulation of words. In this instant, Nadine J. Griffin does not believe she is the "*person*" as referenced in 26 U.S.C. § 7206(1) and defined at 26 U.S.C. § 7701(a)(1), and must have this term clarified as a matter of law.

"Since in common usage, the term 'person' does not include the sovereign and statutes employing that term are ordinarily construed to exclude it." *United States v. Cooper*, 312 US 600, 604, 61 S.Ct. 742 (1941);

"In common usage the term 'person' does not include the sovereign and statutes employing it will ordinarily not be construed to do so." *United States v. United Mine Works of America*,330 US 258,67 S.Ct. 677 (1947)

1.18 Nadine J. Griffin's acceptance of the term "*person*" as referenced in 26 U.S.C. § 7206(1) and defined at 26 U.S.C. § 7701(a)(1) and the *idem sonans* name NADINE J. GRIFFIN

referenced in the indictment is to accept that she is to be treated as the *ens legis*, sub-status, fourth class citizen and creature of statute - an entity void of conscious.

1.19 The sovereignty of Nadine J. Griffin can only remain greater than the sovereignty of the entity United States plaintiff, given life through its employees acting on its behalf, as the "*person*" referenced at 26 U.S.C. § 7206(1) and defined at 26 U.S.C. § 7701(a)(1)) if the Conscious, Living, Thinking, Breathing, Flesh and Blood Sentient Being that exists in the common law — is extended the enjoyment of all the rights, privileges and immunities as such under the Constitution — and not extended to that of a corporate citizen.

> "While sovereign powers are delegated to the . . . government, sovereignty itself remains with the people, by whom and for whom all government exists and acts." *Yick Wo v. Hopkins*, 118 U.S. 356, 370

> "There is no such thing as a power of inherent sovereignty in the government of the United States . . . In this country sovereignty resides in the people, and Congress can exercise no power which they have not, by their Constitution entrusted to it: All else is withheld." *Julliard v. Greenman*, 110 U.S. 421, 467

> "In United States sovereignty resides in people . . . the Congress cannot invoke the sovereign power of the people to override their will as thus declared." *Perry v. United States*, 294 U.S. 330, 353

1.20 Without further explanation as to the intent of this move for clarification, Nadine J. Griffin proceeds as the "*person*" defined in Webster's New Universal Unabridged Dictionary 2001 Second Edition on page 1445 – person *n.* 1: "*. . . a human being, whether man, or woman or child . . . as distinguished from an animal or thing . . .*" and not as the statutory creature(s) void of conscience – as described in and referenced at 26 U.S.C. § 7206(1) and defined at 26 U.S.C. § 7701(a)(1).

WHEREFORE; Nadine J. Griffin moves this Court to clarify its definition of the word "*person*" as this Court intends to use in this case; or in the alternative, allow Nadine J. Griffin submit one (1) copy of this Move to Clarify to each petit juror sitting in this case during her

1  | opening statements.

2  | Respectfully submitted.

3  | **VERIFICATION**

4  | I, Nadine J. Griffin, declare under penalty of perjury as a Conscious, Thinking, Feeling,

5  | Living, Breathing, Flesh and Blood, Sentient Being that the foregoing is true and correct. All

6  | Rights retained without recourse.

7  |

8  | Executed this 21 day of February, 2006.

9  |

10 |                                           Signature: _Nadine J. Griffin_

11 |                                                        Nadine J. Griffin

                                              Accused, Belligerent Claimant
12 |                                              c/o 36 Center Street, #143
                                           Wolfeboro, New Hampshire [03894]
13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |