IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>Nadine J. Griffin,<br>   Accused, Belligerent Claimant | CASE NO. 05-cr-10175-WGY<br><br>**VERIFIED AFFIDAVIT AND EXHIBITS IN SUPPORT OF MOVE TO QUASH INDICTMENT**<br><br>**Nadine J. Griffin, Affiant** |

1. Nadine J. Griffin declares and states as follows:

2. I am the accused Belligerent Claimant, hereinafter referred to as Affiant in the above-entitled action and competent to testify to the facts stated herein to wit:

3. That all statements made within this affidavit are true and correct not meant to mislead;

4. That Nadine J. Griffin exists as a conscious, living, breathing, flesh and blood sentient being, a woman; NOT a statutory person, persons, natural person, artificial person, individual, corporation, entity, or any other sub-status, fourth class citizen *ens legis* creation of any government, federal, state, local or otherwise;

5. That Affiant Nadine J. Griffin is unschooled in law, not an Attorney or Bar Association member, and is attempting to defend and dispose of this action to the best of Affiant's ability with reliance upon your statutes, codes, rules and regulations; including those relied

upon by the plaintiff and established by the Constitution of the United States of America, United States Congress, and the United States Supreme Court;

6. That on or about July 13, 2005 Affiant was formally charged under cause number CR-05-10175-WGY for alleged violations of 26 U.S.C. § 7206, two counts of filing a false returns for the tax years 1998 and 1999 (see **Exhibit A**);

7. That Counts 1 and 2 of the indictment fails to provide enough information for Affiant to prepare a proper defense;

8. That Counts 1 and 2 of the indictment does not describe a single overt act attributable to Affiant that arises to the level of a criminal offense against the laws of the United States.

9. That Counts 1 and 2 of the indictment are wholly insufficient, overly broad and fails to state the nature and cause of the accusation against Affiant;

10. That Counts 1 and 2 of the indictment are constitutionally defective on their face, void for vagueness, factually insufficient and constitute a crime of belief - a thought crime;

11. That Counts 1 and 2 of the indictment are insufficient as a matter of law in violation of Federal Rules of Criminal Procedure 7(c)(1) and the nature and cause of the accusation clause of the Sixth Amendment;

12. That Affiant filed a move for bill of particulars on October 6, 2005 that was electronically denied on October 13, 2005 by judicial official and CEO William G. Young;

13. That Affiant has been denied access to this Court by judicial official and CEO William G. Young, a right to be informed of the nature and cause of the accusation, and a Right to a Fair and impartial hearing and or trial at every turn and is unable to prepare a proper defense for these reasons;

14. That Affiant cannot predict what future injustices and/or prejudices Affiant may continue to

suffer at the heavy hands of judicial official and CEO William G. Young treating Affiant to be of a lesser class than he – but Affiant will not be swayed and remain vigilant to insure her Rights be observed and respected by any lawful means available;

I, Nadine J. Griffin, declare under penalty of perjury as a Conscious, Thinking, Feeling, Living, Breathing, Flesh and Blood Sentient Being that the foregoing is true and correct. All Rights retained without recourse.

Executed this 27 day of February, 2006.

Signature: _____
Nadine J. Griffin, Affiant
c/o 36 Center Street, #143
Wolfeboro, New Hampshire [03894]

**NOTARY ACKNOWLEDGMENT**

State of New Hampshire )
County of Carroll ) subscribed and sworn

On this 27 day, of February, 2006, **Nadine J. Griffin** personally appeared, personally known to me, or proved to me on the basis of satisfactory evidence to be the one whose name is subscribed to within this instrument and who did take an Oath.

Witness my hand and official seal.

_____
Signature of Notary
My Commission Expires: _____

**ATTACHMENTS:**

**Exhibit A:** Indictment of July 13, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 26 U.S.C. § 7206(1) |
| v. ) | (Filing False Income Tax Returns) |
| ) | *CR-05-10175-WGY* |
| NADINE J. GRIFFIN, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury Charges:

### INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1.      The defendant, NADINE J. GRIFFIN, is a United States Citizen and was a resident of Danvers, Massachusetts.

2.      From in or about 1996 through at least 1999, defendant NADINE J. GRIFFIN was a salesperson for Global Prosperity.

3.      Global Prosperity was an organization founded in 1996, which was in the business of selling a 12-part audiotape/compact disc series, as well as tickets to offshore seminars located in such places as Aruba and Cancun, Mexico. Global Prosperity was known by various names including Global Prosperity Marketing Group, the Global Prosperity Group, and the Institute of Global Prosperity (hereinafter referred to as "Global Prosperity").

4.      As a salesperson for Global Prosperity, Nadine J. Griffin sold the following goods and services:

   a. Global 1 (G1): a 12-part audiotape/compact disc series retail priced at $1,250 per series.

   b. Global 2 (G2): a seminar ticket to a three-day offshore seminar retail priced at $6,250 per ticket.

   c. Global 3 (G3): a seminar ticket to a five-day offshore seminar retail priced at $18,750 per ticket.

5.  Global Prosperity primarily marketed and sold its products through a network of distributors or salespersons modeled after the multi-level marketing design.

The Grand Jury further charges:

## COUNT 1
## 26 U.S.C. § 7206(1)
## (Filing False Income Tax Returns)

6.   On or about July 30, 1999, in the District of Massachusetts, defendant NADINE J. GRIFFIN, who was a resident of Danvers, Massachusetts, did willfully make and subscribe a 1998 U.S. Individual Income Tax Return, Form 1040, for the calendar year 1998, which was verified by a written declaration that it was made under the penalties of perjury and which was filed with the Internal Revenue Service, and which said income tax return defendant NADINE J. GRIFFIN did not believe to be true and correct as to every material matter in that the said 1998 income tax return reported Schedule C gross receipts of $31,348.01, whereas, defendant NADINE J. GRIFFIN then and there well knew and believed, that defendant failed and omitted to disclose on the said 1998 income tax return and attached Schedule C, or any other Schedule C, or otherwise, a substantial amount of gross receipts from her business activity as a salesperson for Global Prosperity.

All in violation of Title 26, United States Code, Section 7206(1).

The Grand Jury further charges:

## COUNT 2
26 U.S.C. § 7206(1)
(Filing False Income Tax Returns)

7.  On or about April 12, 2000, in the District of Massachusetts, the defendant NADINE J. GRIFFIN, who was a resident of Danvers, Massachusetts, did willfully make and subscribe a 1999 U.S. Individual Income Tax Return, Form 1040, for calendar year 1999, which was verified by a written declaration that it was made under the penalties of perjury and which was filed with the Internal Revenue Service, and which said income tax return defendant NADINE J. GRIFFIN did not believe to be true and correct as to every material matter in that the said 1999 income tax return reported Schedule C gross receipts of $30,127.00, whereas, defendant NADINE J. GRIFFIN then and there well knew and believed, that defendant failed and omitted to disclose on the said 1999 income tax return and attached Schedule C, or any other Schedule C, or otherwise, a substantial amount of gross receipts from her business activity as a salesperson for Global Prosperity.

All in violation of Title 26, United States Code, Section 7206(1).

A TRUE BILL

/s/ _____
FOREPERSON OF THE GRAND JURY


_____
CHRISTOPHER MAIETTA
ASSISTANT U.S. ATTORNEY / True Atty, AUS Atty D.

DISTRICT OF MASSACHUSETTS; July 13, 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

12:49 p

₷JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** District of Mass.   **Category No.** II   **Investigating Agency** IRS/CI

**City** Boston   **Related Case Information:**

**County** Suffolk   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Nadine J. Griffin   Juvenile   ☐ Yes   ☒ No

**Alias Name** _____

**Address** Seminole, FL

**Birth date (Year only):** 1960   **SSN (last 4 #):** 2839   **Sex** F   **Race:** Caucasian   **Nationality:** U.S. Citizen

**Defense Counsel if known:** James Krasnoo   **Address:** 23 Main Street, Terrace Level
Andover, Mass.

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Christopher J. Maietta   **Bar Number if applicable** N/A

**Interpreter:** ☐ Yes ☒ No   **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 7/13/05   **Signature of AUSA:** [signature]

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant   Nedjie J. Griffin

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 26 USC 7206(1) | ~~USC~~ Filing False Tax Returns | 1 |
| Set 2 | 26 USC 7206(1) | Filing False Tax Returns | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**