IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ) <br> Nadine J. Griffin ) <br> ) <br> Accused, Affiant. ) <br> ) | CASE NO. O5-CR-10175-WGY <br><br> VERIFIED AFFIDAVIT IN SUPPORT OF MOVE TO STRIKE WORDS AND PHRASES FROM INDICTMENT |

1. Nadine J. Griffin declares and states as follows:

2. I, Nadine J. Griffin am the accused hereinafter referred to as "Affiant" in the above-entitled action and competent to testify to the facts stated herein to wit:

3. That all statements made within this declaration are true and correct not meant to mislead.

4. That Nadine J. Griffin exists as a Conscious, Living, Breathing, Feeling, Flesh and Blood Sentient Being; NOT a statutory person, persons, natural person, artificial person, individual, corporation, entity, or any other sub-status, fourth-class citizen *ens legis* creation of any government, federal, state, local or otherwise.

5. That Affiant is unschooled in law, not an attorney or bar association member, and is attempting to defend and dispose of this action to the best of Affiant's ability with reliance upon your statutes, codes, rules and regulations; including those relied upon by the plaintiff and established by the Constitution of the United States of America, United States

1  Congress, and the United States Supreme Court.

2. That on or about July 13, 2005, Affiant was formally charged under cause number 05-CR-10175-WGY for alleged violations of 26 U.S.C. § 7206: two counts of allegedly filing false returns your tax years 1998 and 1999.

7. That Christopher Maietta, an employee of the United States plaintiff signed the indictment as the United States Assistant Attorney authorized to bring said charges and prosecute the same.

8. That Counts 1 and 2 of the indictment uses the phrase *"did not believe to be true and correct as to every material matter"* is a statement of facts not in evidence and unknown to Christopher Maietta, is surplusage, meaningless, wholly baseless, conclusory, prejudicial, inflammatory and must in accordance to law be stricken from the charging instrument.

9. That Counts 1 and 2 of the indictment uses the phrase *"then and there well knew and believed"* is a statement of facts not in evidence and unknown to Christopher Maietta, is surplusage, meaningless, wholly baseless, conclusory, prejudicial, inflammatory and must in accordance to law be stricken from the charging instrument.

10. That Counts 1 and 2 of the indictment uses the phrase *"a substantial amount of gross income receipts"* is a statement of facts not in evidence and unknown to Christopher Maietta, is surplusage, meaningless, wholly baseless, conclusory, prejudicial, inflammatory and must in accordance to law be stricken from the charging instrument.

///
///
///

**VERIFICATION**

I, Nadine J. Griffin, declare under penalty of perjury as a Conscious, Thinking, Feeling, Living, Breathing, Flesh and Blood Sentient Being that the forgoing is true and correct. All Rights retained without recourse.

Executed this 27 day of February, 2006.

Signature: _____
Nadine J. Griffin
Accused, Belligerent Claimant
c/o 36 Center Street, #143
Wolfeboro, New Hampshire [03894]

**NOTARY ACKNOWLEDGMENT**

State of New Hampshire )
County of Carroll ) subscribed and sworn

On this 27 day, of February, 2006, Nadine J. Griffin personally appeared, personally known to me, or proved to me on the basis of satisfactory evidence to be the one whose name is subscribed to within this instrument and who did take an Oath.

**Witness my hand and official seal.**

_____
Signature of Notary

My Commission Expires: _____