# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>Plaintiff )<br>)<br>vs. )<br>)<br>Nadine J. Griffin )<br>Accused, Belligerent Claimant ) | CASE NO. 05-CR-10175-WGY<br><br>VERIFIED NOTICE OF OBJECTION AND NOTICE OF WITHDRAWAL OF "NOT GUILTY" PLEA ENTERED BY JUDICIAL OFFICIAL WILLIAM G. YOUNG: Nadine J. Griffin HEREBY ENTERS A PLEA IN BAR |

NOTICE IS HEREBY GIVEN: that Nadine J. Griffin, the accused Belligerent Claimant proceeding on her own behalf, formally objects to the entering a plea of "Not Guilty" by judicial official and CEO William G. Young in her behalf on September 27, 2005 and formally withdraws, rescinds and/or moves to strike such entry and hereby enters a **Plea in Bar** (see *United States v. Brodson*, C.A. Wis., 234 F.2d 97, 99). Employees of the United States Plaintiff, particularly Christopher Maietta, have failed to invoke the jurisdiction of this Court, leaving this Court without jurisdiction of the subject matter and Nadine J. Griffin's inability to enter a statutory plea of "Not Guilty" for the following reasons:

1. That on or about July 13, 2005 Nadine J. Griffin was formally charged under cause number 05-CR-10175-WGY for alleged violations of 26 U.S.C. § 7206, two counts of filing a false returns for the tax years 1998 and 1999.

2. Nadine J. Griffin the Sentient Being physically appeared on behalf of the *collective entity*, *ens legis*, and *idem sonans*, NADINE J. GRIFFIN before judicial official and CEO William

G. Young on September 27, 2005 and was statutorily arraigned, and acknowledged that she could not enter a plea at that time. (see Docket Report with Electronic Clerk's Notes dated 09/27/2005 and Transcript on page 21, lines 12 to 18 **Exhibit A**)

3. That the accused Nadine J. Griffin could not acknowledge receipt of the charging instrument or enter a plea of not guilty or any plea because the charging instrument failed to inform her of the nature and cause of the accusations levied against her in direct violation of the Sixth Amendment.

4. That although Nadine J. Griffin explained to judicial official and CEO William G. Young that her inability to enter a plea to the jurisdiction of the court at that time due to the insufficiency of the charging instrument which fails to establish the elements of the alleged violation, William G. Young proceeded to enter a plea on Griffin's behalf over her objection.

5. Nadine J. Griffin in this instant case does not accept the entry of a plea of not guilty on her behalf, officially objects, withdraws, and rescinds such entry as premature, without jurisdiction a *nullity* and *void ab initio* due to the defective charging instrument and other jurisdictional issues that bars such an entry.

6. Nadine J. Griffin understands that there appears to be no specific remedy offered in the criminal rules for exercising the Right of withdrawing or rescinding a plea entered by a judicial official of the Court engaged in judicial activism *practicing law from the bench* or *rendering a judicial determination* by entering a plea over her objection and therefore officially withdraws the plea of not guilty entered on her behalf in the nature of Fed. R. Cr. P. Rule 11(d), and enters a **plea in bar** as proper before this Court.

7. The United States plaintiff's employees, particularly Christopher Maietta and William G. Young have refused to inform Nadine J. Griffin of the nature and cause of the accusation to

date, making it impossible for Nadine J. Griffin enter a plea of any kind, resulting in the entry

of her plea in bar.

**WHEREFORE:** Nadine J. Griffin formally withdraws the statutory plea of *not guilty*

entered on her behalf by judicial official and CEO William G. Young and changes said plea to a

*plea in bar* as the proper before this Court.

Executed this _29_ day of February, 2006.

## VERIFICATION

I, Nadine J. Griffin, declare under penalty of perjury as a Conscious, Thinking, Feeling,

Living, Breathing, Flesh and Blood Sentient Being that the foregoing is true and correct. All

Rights retained without recourse.

Executed this _27_ day of February, 2006.

Signature: ___Nadine J Griffin___
Nadine J. Griffin
Accused, Belligerent Claimant
c/o 36 Center Street, #143
Wolfeboro, New Hampshire [03894]

## NOTARY ACKNOWLEDGMENT

State of New Hampshire   )
                         ) subscribed and sworn
County of _Carrol_       )

On this _27_ day, of ___February___ , 2006, Nadine J. Griffin personally

appeared, personally known to me, or proved to me on the basis of satisfactory evidence to be

the one whose name is subscribed to within this instrument and who did take an Oath.

Witness my hand and official seal.

___Margaret F Culverwell___
Signature of Notary

My Commission Expires: _____

MARGARET F. CULVERWELL, Notary Public
My Commission Expires February 20, 2007

**CERTIFICATE OF MAILING**

I, Nadine J. Griffin, certify that February 27, 2006, I served a true and correct copy of the above and foregoing VERIFIED NOTICE OF OBJECTION AND NOTICE OF WITHDRAWAL OF NOT GUILTY PLEA ENTERED BY JUDICIAL OFFICIAL WILLIAM G. YOUNG: Nadine J. Griffin HEREBY ENTERS A PLEA IN BAR by certified mail addresses to the following:

Christopher Maietta
U.S. Dept. of Justice, Tax Division
601 "D" Street, NW, Room 7012
Washington, DC 20004
Certified Mail No _7004 1160 0007 4198 1067_

William Smith, Majority Chief Counsel
Preet Bharara, Minority Chief Counsel
US Committee on the Judiciary
Subcommittee on Administrative Oversight and the Courts
224 Dirksen Senate Office Building
Washington, D.C. 20510
Certified Mail No. _7004 1160 0007 4198 1050_

Signature: _Nadine J. Griffin_
Nadine J. Griffin

Nadine J. Griffin,

# EXHIBIT "A"
**4 pages**

MAG

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-10175-WGY-ALL

Case title: USA v. Griffin                          Date Filed: 07/13/2005

---

Assigned to: Judge William G. Young

**Defendant**

**Nadine J Griffin** (1)                  represented by **Nadine J Griffin**
                                                       13799 Park Blvd. North
                                                       #244
                                                       Seminole, FL 33776-3402
                                                       PRO SE

                                                       **James B. Krasnoo**
                                                       Krasnoo Klehm LLP
                                                       23 Main Street
                                                       Terrace Level
                                                       Andover, MA 01810
                                                       978-475-9955
                                                       Fax: 978-474-9005
                                                       Email: james@krasnoolaw.com
                                                       *TERMINATED: 07/20/2005*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Retained*

**Pending Counts**                          **Disposition**

26;7206(1)-FILING FALSE INCOME TAX
RETURNS
(1-2)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                       **Disposition**

| 10/06/2005 | 28 | MOTION for Bill of Particulars Under the Fifth and Sixth Amendment to the U.S. Constitution as to Nadine J Griffin. c/s(Bell, Marie) (Entered: 10/07/2005) |
|---|---|---|
| 09/30/2005 | | Judge William G. Young : ElectronicORDER entered denying 27 Motion to Strike as to Nadine J Griffin (1). cc/cl. (Bell, Marie) (Entered: 10/03/2005) |
| 09/27/2005 | | Motions terminated as to Nadine J Griffin: 25 MOTION to Dismiss on Speedy Trial filed by Nadine J Griffin,. (Smith, Bonnie) (Entered: 10/05/2005) |
| 09/27/2005 | 27 | MOTION to Strike 23 Opposition to Defendant's Response Date 9/6/05. as to Nadine J Griffin. c/s.(Bell, Marie) (Entered: 09/28/2005) |
| 09/27/2005 | 26 | DECLARATION in Support by Nadine J Griffin re 25 MOTION to Dismiss For Violation of the Sixth Amendment and Speedy Trial. c/s. (Bell, Marie) (Entered: 09/28/2005) |
| 09/27/2005 | 25 | MOTION to Dismiss For Violation of the Sixth Amendment to the Constitution and Speedy Trial as to Nadine J Griffin. c/s.(Bell, Marie) (Entered: 09/28/2005) |
| 09/27/2005 | 24 | Judge William G. Young : ElectronicORDER entered. SCHEDULING ORDER as to Nadine J Griffin Jury Trial set for 5/1/2006 09:00 AM in Courtroom 18 before Chief Judge William G. Young.Final Pretrial Conference set for 4/3/2006 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 09/28/2005) |
| 09/27/2005 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Defendant is present and is representing herself. The Court advises the defendant of the complexities of defending herself and inquires as to whether the defendant wants to continue representing herself. Defendant waives her right to counsel. Trial set for May 1, 2006. The Court Orders the time between 9/27/05 and 5/1/06 excluded. Defendant files a Motion to Dismiss the indictment. The Court Denies the motion as it applies to the Speedy Trial Act and takes Under Advisement the remainder of the motion. The Government has 14 days to file a response. Due to the Defendant objecting to a Magistrate Judge arraigning her, the Court arraigns the defendant and the **Court enters a plea of Not Guilty for the defendant who refuses to answer**. Scheduling Conference as to Nadine J Griffin held on 9/27/2005 Scheduling Order to issue. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 09/28/2005) |
| 09/20/2005 | 23 | United States' Opposition as to Nadine J Griffinre: 21 Response (Dated September 6, 2005. c/s. (Bell, Marie) (Entered: 09/21/2005) |
| 09/12/2005 | 22 | NOTICE OF HEARING as to Nadine J Griffin Scheduling Conference and Faretta hearing set for 9/27/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 09/12/2005) |
| 09/08/2005 | | Judge William G. Young : Electronic ORDER entered denying 6 Motion to Quash Indictment/Information as to Nadine J Griffin (1); denying 15 Motion to Vacate as to Nadine J Griffin (1). cc/cl. (Bell, Marie) (Entered: 09/08/2005) |
| 09/06/2005 | 21 | Response as to Nadine J Griffin to 20 Response to Motions filed by USA,and Objection to a Faretta Hearing Prior to Jurisdiction being Established. c/s. (Bell, Marie) (Entered: 09/08/2005) |

```
 1              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
 2
                                        Criminal No.
 3                                      05-10175-WGY

 4

   * * * * * * * * * * * * * * * * *
 5                                 *
   UNITED STATES OF AMERICA        *
 6                                 *
   v.                              *   SCHEDULING CONFERENCE
 7                                 *     and ARRAIGNMENT
   NADINE J. GRIFFIN               *
 8                                 *
   * * * * * * * * * * * * * * * * *
 9

10

11

12           BEFORE:   The Honorable William G. Young,
                       District Judge
13

14

15
   APPEARANCES:
16
           CHRISTOPHER J. MAIETTA, Trial Attorney,
17      U.S. Department of Justice, Tax Division,
        601 D Street, NW, Room 7012, Washington, D.C.
18      20004, on behalf of the Government

19
           NADINE J. GRIFFIN, Pro Se, 13799 Park
20      Boulevard North, #244, Seminole, Florida
        33776-3402
21

22

23

24                                   1 Courthouse Way
                                     Boston, Massachusetts
25
                                     September 27, 2005
```

1    **THE COURT:**   Do you want the clerk to read the

2    indictment in open court?

3           **MS. GRIFFIN:**   No, your Honor.

4           **THE COURT:**   All right, waives the reading of the

5    indictment.   Ms. Smith is now going to arraign you on this

6    charge.

7           **THE CLERK:**   Nadine J. Griffin, you have been

8    charged in a one count indictment with violating 26 U.S.C.,

9    Section 7206(1), filing false -- excuse me, more than one

10   count -- two count indictment filing false income tax

11   returns.

12          How do you plead to Counts 1 and 2, guilty or not

13   guilty?

14          **MS. GRIFFIN:**   I cannot enter a plea at this time

15   until the jurisdiction has been ceded in this Court.

16          **THE COURT:**   All right.   I enter a plea of not

17   guilty and we'll entertain the jurisdiction question on the

18   motion challenging the jurisdiction.

19          All right, I think -- now, I didn't really mean to

20   cut you off, but I do have other things I have to do.   Is

21   there anything else you wanted to say, Ms. Griffin?

22          **MS. GRIFFIN:**   I just wanted to say what Mr. Maietta

23   had said, Rule of Criminal Procedure 10 provides in

24   pertinent part, true, that an arraignment must be conducted

25   in open court and must consist of reading the indictment.