```
                                    FILED
                                IN CLERKS OFFICE

                                2006 MAR -1  P 2: 53

                                U.S. DISTRICT COURT
                                DISTRICT OF MASS.
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 05-CR-10175-WGY |
| Plaintiff, ) | |
| ) | VERIFIED MOVE FOR |
| vs. ) | DISCLOSURE OF CHAMBERS PAPERS |
| ) | |
| Nadine J. Griffin, ) | (No Oral Arguments) |
| ) | |
| Accused, Belligerent Claimant. ) | |

COMES NOW Nadine J. Griffin, the Accused Belligerent Claimant in the above-styled matter, and moves this Court to provide her with the following document pertaining to this action:

Case-related correspondence and background material (including but not limited to memoranda between judges and laws clerks, drafts of orders and opinions, other correspondence or papers generated in this action, , **including all "post-it note orders"**).

Nadine J. Griffin is entitled to these documents under existing laws.

Nadine J. Griffin was apparently the victim of an unknown law clerk usurping the function of the judge and suspicious activities as follows:

1. That is highly suspicious and hard to believe that the judicial official and CEO William G. Young would actually be so unconscious of his actions that he would deny a **Affidavit**

in Support of Move for a Fair and Impartial Hearing, **Docket Item 47**, (see Electronic Order dated February 6, 2006), which is not even a motion; it is obvious that this Judge is not even reading the pleadings submitted by Nadine J. Griffin.

2. That it is equally hard to believe that a judicial official and CEO William G. Young or his law clerk would deny a **Move for a Fair and Impartial Hearing** for Electronic Order entered on February 10, 2006 regarding **Docket Item 51**.

3. That statutory judicial official and CEO William G. Young **scribbled a note on Nadine J. Griffin's response, purporting that to be a Court Order** denying Griffin's speedy trial [m]otion and **served a copy of Young's note on top of page one of her Response Docket Item 34, as if it were a Court Order**.

Because of the lack of any official court orders signed by a judge and the suspicious docket entries listed above, Nadine J. Griffin is entitled to these documents under existing laws. See Memorandum of Law, attached hereto.

**WHEREFORE**, Nadine J. Griffin MOVES THIS Court to grant the relief requested, or, in the alternative, articulate the reasons for its denial with specificity.

Respectfully submitted,

**VERIFICATION**

I, Nadine J. Griffin, declare under penalty of perjury as a Conscious, Thinking, Feeling, Living, Breathing, Flesh and Blood, Sentient Being that the foregoing is true and correct. All Rights retained without recourse.

Executed this 28 day of February, 2006.

Signature: _____
Nadine J. Griffin
Accused, Belligerent Claimant
c/o 36 Center Street, #143
Wolfeboro, New Hampshire [03894]

## CERTIFICATE OF SERVICE

I, Nadine J. Griffin, certify that February 28, 2006, served a true and correct copy of the above and foregoing VERIFIED MOVE FOR DISCLOSURE OF CHAMBERS PAPERS, AND MEMORANDUM OF LAW AND AFFIDAVIT IN SUPPORT by certified mail addressed as follows:

Christopher Maietta
U.S. Dept. of Justice, Tax Division
601 "D" Street, NW, Room 7012
Washington, DC 20004
Certified Mail No ____7004 1160 0007 4198 1074____

William Smith, Majority Chief Counsel
Preet Bharara, Minority Chief Counsel
US Committee on the Judiciary
Subcommittee on Administrative Oversight and the Courts
224 Dirksen Senate Office Building
Washington, D.C. 20510
Certified Mail No. _____

Executed this 28 day of February, 2006.

_____
Nadine J. Griffin