FILED
IN CLERKS OFFICE

2006 MAR -1  P 2: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 05-CR-10175-WGY |
| vs. | ) | VERIFIED AFFIDAVIT IN SUPPORT OF MOVE FOR DISCLOSURE OF CHAMBERS PAPERS |
| Nadine J. Griffin, | ) | Fed.R.Crim.P 47(d) |
| Accused, Belligerent Claimant. | ) | Nadine J. Griffin |

Nadine J. Griffin declares and states as follows:

1. I am the accused Belligerent Claimant proceeding on her own behalf, hereinafter referred to as "Affiant" in the above-entitled action and competent to testify to the facts stated herein to wit:

2. That all statements made within this affidavit are true and correct not meant to mislead;

3. That Nadine J. Griffin exists as a Conscious Living, Breathing, Flesh and Blood Sentient Being; NOT a statutory person, persons, natural person, artificial person, individual, corporation, entity, or any other sub-status, fourth class citizen *ens legis* creation of any government, federal, state, local or otherwise;

4. That Affiant is unschooled in law, not an attorney or bar association member, and is attempting to defend and dispose of this action to the best of Affiant's ability with reliance

upon your statutes, codes, rules and regulations; including those relied upon by the plaintiff and established by the Constitution of the United States of America, United States Congress, and the United States Supreme Court;

5. That Nadine J. Griffin was apparently the victim of an unknown law clerk usurping the function of the judge and suspicious activities as follows:

   A. That is highly suspicious and hard to believe that the judicial official and CEO William G. Young would actually be so unconscious of his actions that he would deny a Affidavit in Support of Move for a Fair and Impartial Hearing, **Docket Item 47**, (see Electronic Order dated February 6, 2006 attached as "**Exhibit A**"), which is not even a motion; it is obvious that this Judge is not even reading the pleadings submitted by Nadine J. Griffin (see "**Exhibit B**").

   B. That it is equally hard to believe that a judicial official and CEO William G. Young or his law clerk would deny a **Move for a Fair and Impartial Hearing** for Electronic Order entered on February 10, 2006 (see "**Exhibit A**") regarding **Docket Item 51** (see "**Exhibit C**" first page denied move).

   C. That statutory judicial official and CEO William G. Young **scribbled a note on Nadine J. Griffin's response, purporting that to be a Court Order** denying Griffin's speedy trial [m]otion and **served Nadine J. Griffin a copy of Young's note on top of page one of her Response Docket Item 34, as if it were a Court Order** (see "**Exhibit D**").

6. That because of the absence of any official court orders signed by a judge and the suspicious docket entries listed above, Nadine J. Griffin is entitled to these documents under existing laws and moves this Court to provide her with the following document pertaining to this action:

1  Case-related correspondence and background material (including but not limited to

2  memoranda between judges and laws clerks, drafts of orders and opinions, other

3  correspondence or papers generated in this action, **including all "post-it note**

4  **orders")**.

5  **WHEREFORE**, Nadine J. Griffin, requests Plaintiff to disclose each and every item

6  requested above, including evidence favorable to the defense, but not specifically requested.

7  Respectfully submitted,

8  **VERIFICATION**

9  I, Nadine J. Griffin, declare under penalty of perjury as a Conscious, Thinking, Feeling,

10  Living, Breathing, Flesh and Blood, Sentient Being that the forgoing is true and correct. All

11  Rights retained without recourse.

12  Executed this 28 day of February, 2006.

13  Signature: _____

14  Nadine J. Griffin

15  Accused, Belligerent Claimant
c/o 36 Center Street, #143
Wolfeboro, New Hampshire [03894]

# NOTARY ACKNOWLEDGMENT

State of New Hampshire  )
                         ) subscribed and sworn
County of _____  )

On this 28 day, of February, 2006, Nadine J. Griffin personally appeared, personally known to me, or proved to me on the basis of satisfactory evidence to be the one whose name is subscribed to within this instrument and who did take an Oath.

**Witness my hand and official seal.**

_Susan L. Adjutant_
Signature of Notary

SUSAN L. ADJUTANT, Notary Public
My Commission Expires My Commission Expires March 23, 2010