FILED
IN CLERKS OFFICE

2006 MAR -1  P 2: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA, | ) | CASE NO. 05-CR-10175-WGY |
|---|---|---|
| Plaintiff, | ) | |
| | ) | VERIFIED AFFIDAVIT IN SUPPORT |
| vs. | ) | OF MOVE FOR DISCLOSURE |
| | ) | OF CHAMBERS PAPERS |
| Nadine J. Griffin, | ) | Fed.R.Crim.P 47(d) |
| | ) | |
| Accused, Belligerent Claimant. | ) | Nadine J. Griffin |

Nadine J. Griffin declares and states as follows:

1. I am the accused Belligerent Claimant proceeding on her own behalf, hereinafter referred to as "Affiant" in the above-entitled action and competent to testify to the facts stated herein to wit:

2. That all statements made within this affidavit are true and correct not meant to mislead;

3. That Nadine J. Griffin exists as a Conscious Living, Breathing, Flesh and Blood Sentient Being; NOT a statutory person, persons, natural person, artificial person, individual, corporation, entity, or any other sub-status, fourth class citizen *ens legis* creation of any government, federal, state, local or otherwise;

4. That Affiant is unschooled in law, not an attorney or bar association member, and is attempting to defend and dispose of this action to the best of Affiant's ability with reliance

upon your statutes, codes, rules and regulations; including those relied upon by the plaintiff and established by the Constitution of the United States of America, United States Congress, and the United States Supreme Court;

5. That Nadine J. Griffin was apparently the victim of an unknown law clerk usurping the function of the judge and suspicious activities as follows:

   A. That is highly suspicious and hard to believe that the judicial official and CEO William G. Young would actually be so unconscious of his actions that he would deny a Affidavit in Support of Move for a Fair and Impartial Hearing, **Docket Item 47**, (see Electronic Order dated February 6, 2006 attached as "**Exhibit A**"), which is not even a motion; it is obvious that this Judge is not even reading the pleadings submitted by Nadine J. Griffin (see "**Exhibit B**").

   B. That it is equally hard to believe that a judicial official and CEO William G. Young or his law clerk would deny a **Move for a Fair and Impartial Hearing** for Electronic Order entered on February 10, 2006 (see "**Exhibit A**") regarding **Docket Item 51** (see "**Exhibit C**" first page denied move).

   C. That statutory judicial official and CEO William G. Young **scribbled a note on Nadine J. Griffin's response, purporting that to be a Court Order** denying Griffin's speedy trial [m]otion and **served Nadine J. Griffin a copy of Young's note on top of page one of her Response Docket Item 34, as if it were a Court Order** (see "**Exhibit D**").

6. That because of the absence of any official court orders signed by a judge and the suspicious docket entries listed above, Nadine J. Griffin is entitled to these documents under existing laws and moves this Court to provide her with the following document pertaining to this action:

1  Case-related correspondence and background material (including but not limited to
2  memoranda between judges and laws clerks, drafts of orders and opinions, other
3  correspondence or papers generated in this action, **including all "post-it note**
4  **orders"**).
5  **WHEREFORE**, Nadine J. Griffin, requests Plaintiff to disclose each and every item
6  requested above, including evidence favorable to the defense, but not specifically requested.
7  Respectfully submitted,

**VERIFICATION**

9  I, Nadine J. Griffin, declare under penalty of perjury as a Conscious, Thinking, Feeling,
10 Living, Breathing, Flesh and Blood, Sentient Being that the forgoing is true and correct. All
11 Rights retained without recourse.
12 Executed this 28 day of February, 2006.

Signature: _____
Nadine J. Griffin
Accused, Belligerent Claimant
c/o 36 Center Street, #143
Wolfeboro, New Hampshire [03894]

## NOTARY ACKNOWLEDGMENT

State of New Hampshire  )
                        ) subscribed and sworn
County of _____ )

On this 28 day, of February, 2006, Nadine J. Griffin personally appeared, personally known to me, or proved to me on the basis of satisfactory evidence to be the one whose name is subscribed to within this instrument and who did take an Oath.

**Witness my hand and official seal.**

_Susan L. Adjutant_
Signature of Notary

SUSAN L. ADJUTANT, Notary Public
My Commission Expires: My Commission Expires March 23, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 05-CR-10175-WGY |
| Plaintiff, | MANDATORY JUDICIAL NOTICE |
| vs. | VERIFIED AFFIDAVIT WITH EXHIBTS IN SUPPORT OF MOVE FOR FAIR AND IMPARTIAL HEARINGS AND/OR TRIAL |
| Nadine J. Griffin, | |
| Affiant, Accused. | Nadine J. Griffin |

1. Nadine J. Griffin (hereinafter referred to as the "Affiant") declares and states as follows:

2. That all statements made within this affidavit are true and correct not meant to mislead;

3. That Nadine J. Griffin exists as a Conscious, Thinking, Living, Feeling, Breathing, Flesh and Blood Sentient Being; NOT a statutory person, natural person, artificial person, individual, corporation, entity, partnership or any other *sub-status*, fourth class citizen *ens legis* creation of any government, federal, state, local or otherwise and competent to state the facts herein to wit;

4. That Nadine J. Griffin is unschooled in law, is not an attorney or bar-association member, and is attempting to defend and dispose of this action to the best of her ability with reliance upon your statutes, codes, rules and regulations; including those relied upon by your employer the United States Plaintiff and established by the Constitution of the United States of America, United States Congress, and the United States Supreme Court;

CASE NO. 05-CR-10175-WGY                                                                Nadine J. Griffin,

# EXHIBIT "B"
## 8 pages

MAG

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-10175-WGY-ALL

Case title: USA v. Griffin                              Date Filed: 07/13/2005

Assigned to: Judge William G. Young

**Defendant**

Nadine J Griffin (1)                  represented by  **Nadine J Griffin**
                                                      13799 Park Blvd. North
                                                      #244
                                                      Seminole, FL 33776-3402
                                                      PRO SE

                                                      **James B. Krasnoo**
                                                      Krasnoo Klehm LLP
                                                      23 Main Street
                                                      Terrace Level
                                                      Andover, MA 01810
                                                      978-475-9955
                                                      Fax: 978-474-9005
                                                      Email: james@krasnoolaw.com
                                                      *TERMINATED: 07/20/2005*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      Designation: Retained

**Pending Counts**                                    **Disposition**

26;7206(1)-FILING FALSE INCOME TAX
RETURNS
(1-2)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                 **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                    **Disposition**

None

---

**Plaintiff**

USA                                    represented by **Christopher Maietta**
                                       U.S. Dept. of Justice, Tax Division
                                       601 D Street, NW
                                       Room 7012
                                       Washington, DC 20004
                                       202-514-4661
                                       Fax: 202-514-9623
                                       Email: Christopher.J.Maietta@usdoj.gov
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/10/2006 | | Judge William G. Young : Electronic ORDER entered. as to Nadine J Griffin re 51 VERIFIED MOVE filed by Nadine J Griffin, is DENIED. (Paine, Matthew) (Entered: 02/10/2006) |
| 02/10/2006 | | Judge William G. Young : Electronic ORDER entered. as to Nadine J Griffin re 50 VERIFIED REQUEST filed by Nadine J Griffin is DENIED. (Paine, Matthew) (Entered: 02/10/2006) |
| 02/09/2006 | | Notice of correction to docket made by Court staff. Correction: Attachments A-L were added to the Affidavit 47 as Separate Exhibits. The Affidavit 47 was Corrected because the Affidavit was Submitted with Bound Exhibits, which were Not Scanned When the Affidavit was Originally filed with the Clerk's Office on February 2, 2006. (Paine, Matthew) (Entered: 02/09/2006) |
| 02/08/2006 | 52 | CERTIFICATE of SERVICE Move for Fair and Impartial Hearing, Affidavit in Support with Exhibits as to Nadine J Griffin. (Paine, Matthew) (Entered: 02/09/2006) |
| 02/08/2006 | 51 | VERIFIED MOVE for Fair and Impartial Hearings Before Qui Tam Actors Employed by the United States Plaintiff to Proceed in Compliance with the V, VI, and XIV Amendment to the Federal Constitution - Vote of No Confidence in the Judiciary - Nor the Judicial Process by Nadine J Griffin. (Paine, Matthew) (Entered: 02/09/2006) |

| | | |
|---|---|---|
| 02/08/2006 | 50 | VERIFIED REQUEST for Public Disclosure of Financial Reports, Corporate Affiliations, and Other Possible Conflicts of Interest Regarding Judicial Offical - William G. Young by Nadine J Griffin. (Paine, Matthew) (Entered: 02/09/2006) |
| 02/08/2006 | 49 | VERIFIED AFFIDAVIT in Support of Move for Due Process and Equal Protection Under the Law by Nadine J Griffin. (Paine, Matthew) (Entered: 02/09/2006) |
| 02/08/2006 | 48 | MANDATORY JUDICIAL NOTICE, Verified Notice of Acceptance of Oath of Office of Statutory Attorney Christopher Maietta a United States Employee by Nadine J Griffin. (Paine, Matthew) (Entered: 02/09/2006) |
| 02/06/2006 | ⟷ | Judge William G. Young : Electronic ORDER entered. as to Nadine J Griffin re 47 MANDATORY JUDICIAL NOTICE with Verified Affidvit with Exhibits in Support of Move for Fair and Impartial Hearings or Trial is DENIED. (Paine, Matthew) (Entered: 02/06/2006) |
| 02/06/2006 | | Judge William G. Young : Electronic ORDER entered. as to Nadine J Griffin re 44 Verified Moved for Judicial Offical William G. Young to Rule on Motions and Issue Final orders, Findings of Facts and Conclusions of Law as Required by the Fifth Amendment to the Constitution is DENIED. (Paine, Matthew) (Entered: 02/06/2006) |
| 02/02/2006 | 47 | MANDATORY JUDICIAL NOTICE with Verified Affidavit with Exhibits in Support of Move for Fair and Impartial Hearings and or Trial by Nadine J Griffin. (Attachments: # (1) Exhibits A - L)(Paine, Matthew) Additional attachment(s) added on 2/9/2006 (Paine, Matthew). (Entered: 02/02/2006) |
| 02/02/2006 | 46 | AFFIDAVIT in Support of 44 Verified Move for Judicial Official William G. Young to Rule on Motions and Issue Final Orders, Findings of Fact, and Conclusions of the Law as Required by the Fifth Amendment to the Constitution by Nadine J Griffin. (Paine, Matthew) (Entered: 02/02/2006) |
| 02/02/2006 | 45 | VERIFIED AFFIDAVIT in Support of Move for Due Process and Equal Protection Under the law by Nadine J Griffin. (Paine, Matthew) (Entered: 02/02/2006) |
| 02/02/2006 | 44 | Verified Move for Judicial Offical William G. Young to Rule on Motions and Issue Final Orders, Findings of Facts and Conclusions of Law as Required by the Fifth Amendment to the Constitution by Nadine J Griffin. (Paine, Matthew). (Entered: 02/02/2006) |
| 01/23/2006 | 43 | MANDATORY JUDICIAL NOTICE by Nadine J Griffin (Smith, Bonnie) (Entered: 01/23/2006) |
| 01/06/2006 | 42 | TRANSCRIPT of Initial Appearance as to Nadine J Griffin held on July 25, 2005 before Judge Alexander. Digital Recording: Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/06/2006) |
| 11/28/2005 | 41 | Response as to Nadine J Griffin: 39 Notice (Other) filed by Nadine J Griffin,, 40 Notice (Other) filed by Nadine J Griffin,. (Maietta, Christopher) (Entered: 11/28/2005) |

| 11/15/2005 |    | Judge William G. Young : Electronic ORDER entered granting 37 Motion to Travel as to Nadine J Griffin (1). cc/cl. (Bell, Marie) (Entered: 11/15/2005) |
| --- | --- | --- |
| 11/15/2005 | 40 | NOTICE of Entrapment by Estoppel Defense by Nadine J Griffin. c/s. (Bell, Marie) (Entered: 11/15/2005) |
| 11/15/2005 | 39 | NOTICE of Alibi Defense by Nadine J Griffin. c/s. (Bell, Marie) (Entered: 11/15/2005) |
| 11/12/2005 | 38 | RESPONSE to Motion by USA as to Nadine J Griffin re 37 MOTION to Travel (Maietta, Christopher) (Entered: 11/12/2005) |
| 11/04/2005 | 37 | MOTION to Travel to New Hampshire as to Nadine J Griffin. c/s(Bell, Marie) (Entered: 11/10/2005) |
| 10/28/2005 | 36 | Response as to Nadine J Griffin: 31 Affidavit in Support of Motion filed by Nadine J Griffin,, 32 Affidavit filed by Nadine J Griffin,. (Maietta, Christopher) (Entered: 10/28/2005) |
| 10/28/2005 |    | Judge William G. Young : ElectronicORDER entered. as to Nadine J Griffin re 34 Reply to Response filed by Nadine J Griffin,, 35 Affidavit filed by Nadine J Griffin, "The motion to dismiss on the ground of violating the Speedy Trial Act is denied. Properly calculated, only 18 days have thus far elapsed under the Speedy Trial Act." (Smith, Bonnie) (Entered: 10/28/2005) |
| 10/25/2005 | 35 | Declaration of Nadine J. Griffin in Support 34 Reply to Response to Motion to Dismiss, filed by Nadine J Griffin, (Patch, Christine) (Entered: 10/25/2005) |
| 10/25/2005 | 34 | REPLY TO RESPONSE to Motion by Nadine J Griffin re 25 MOTION to Dismiss on Speedy Trial (Patch, Christine) (Entered: 10/25/2005) |
| 10/24/2005 | 33 | RESPONSE TO COURT ORDER by USA as to Nadine J Griffin (Maietta, Christopher) (Entered: 10/24/2005) |
| 10/14/2005 | 32 | AFFIDAVIT of Fact Regarding Hearing Before Judge William G. Young on 9/27/05 by Nadine J Griffin (Bell, Marie) (Entered: 10/17/2005) |
| 10/14/2005 | 31 | AFFIDAVIT in Support of 28 MOTION for Bill of Particulars by Nadine J Griffin (Bell, Marie) (Entered: 10/17/2005) |
| 10/13/2005 |    | Judge William G. Young : ElectronicORDER entered re: 28 Motion for Bill of Particulars as to Nadine J Griffin (1).MOTION ALLOWED TO THE EXTENT OF REQUIRING THE GOVERNMENT, WITHIN 10 DAYS OF THE DATE OF THIS ORDER, TO PARTICULARIZE ANY FACT WHICH IT CONTENDS WOULD RAISE THE BASE OFFENSE LEVEL OF THIS OFFENSE UNDER THE UNITED STATES SENTENCING GUIDELINES. MOTION OTHERWISE DENIED. cc/cl. (Bell, Marie) (Entered: 10/13/2005) |
| 10/11/2005 | 30 | RESPONSE to Motion by USA as to Nadine J Griffin re 25 MOTION to Dismiss on Speedy Trial (Maietta, Christopher) (Entered: 10/11/2005) |
| 10/06/2005 | 29 | AFFIDAVIT in Support by Nadine J Griffin re 28 MOTION for Bill of Particulars (Attachments: # 1 Exhibit)(Bell, Marie) (Entered: 10/07/2005) |

| 10/06/2005 | 28 | MOTION for Bill of Particulars Under the Fifth and Sixth Amendment to the U.S. Constitution as to Nadine J Griffin. c/s(Bell, Marie) (Entered: 10/07/2005) |
|---|---|---|
| 09/30/2005 |  | Judge William G. Young : ElectronicORDER entered denying 27 Motion to Strike as to Nadine J Griffin (1). cc/cl. (Bell, Marie) (Entered: 10/03/2005) |
| 09/27/2005 |  | Motions terminated as to Nadine J Griffin: 25 MOTION to Dismiss on Speedy Trial filed by Nadine J Griffin,. (Smith, Bonnie) (Entered: 10/05/2005) |
| 09/27/2005 | 27 | MOTION to Strike 23 Opposition to Defendant's Response Date 9/6/05. as to Nadine J Griffin. c/s.(Bell, Marie) (Entered: 09/28/2005) |
| 09/27/2005 | 26 | DECLARATION in Support by Nadine J Griffin re 25 MOTION to Dismiss For Violation of the Sixth Amendment and Speedy Trial. c/s. (Bell, Marie) (Entered: 09/28/2005) |
| 09/27/2005 | 25 | MOTION to Dismiss For Violation of the Sixth Amendment to the Constitution and Speedy Trial as to Nadine J Griffin. c/s.(Bell, Marie) (Entered: 09/28/2005) |
| 09/27/2005 | 24 | Judge William G. Young : ElectronicORDER entered. SCHEDULING ORDER as to Nadine J Griffin Jury Trial set for 5/1/2006 09:00 AM in Courtroom 18 before Chief Judge William G. Young.Final Pretrial Conference set for 4/3/2006 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 09/28/2005) |
| 09/27/2005 |  | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Defendant is present and is representing herself. The Court advises the defendant of the complexities of defending herself and inquires as to whether the defendant wants to continue representing herself. Defendant waives her right to counsel. Trial set for May 1, 2006. The Court Orders the time between 9/27/05 and 5/1/06 excluded. Defendant files a Motion to Dismiss the indictment. The Court Denies the motion as it applies to the Speedy Trial Act and takes Under Advisement the remainder of the motion. The Government has 14 days to file a response. Due to the Defendant objecting to a Magistrate Judge arraigning her, the Court arraigns the defendant and the Court enters a plea of Not Guilty for the defendant who refuses to answer. Scheduling Conference as to Nadine J Griffin held on 9/27/2005 Scheduling Order to issue. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 09/28/2005) |
| 09/20/2005 | 23 | United States' Opposition as to Nadine J Griffinre: 21 Response (Dated September 6, 2005. c/s. (Bell, Marie) (Entered: 09/21/2005) |
| 09/12/2005 | 22 | NOTICE OF HEARING as to Nadine J Griffin Scheduling Conference and Faretta hearing set for 9/27/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 09/12/2005) |
| 09/08/2005 |  | Judge William G. Young : Electronic ORDER entered denying 6 Motion to Quash Indictment/Information as to Nadine J Griffin (1); denying 15 Motion to Vacate as to Nadine J Griffin (1). cc/cl. (Bell, Marie) (Entered: 09/08/2005) |
| 09/06/2005 | 21 | Response as to Nadine J Griffin to 20 Response to Motions filed by USA,and Objection to a Faretta Hearing Prior to Jurisdiction being Established. c/s. (Bell, Marie) (Entered: 09/08/2005) |

| 08/26/2005 | | Case as to Nadine J Griffin no longer referred to Magistrate Judge Joyce London Alexander. (JLA, int1) (Entered: 08/26/2005) |
|---|---|---|
| 08/23/2005 | | Judge William G. Young : Electronic ORDER entered denying 18 Motion to Dismiss as to Nadine J Griffin (1). cc/cl. (Bell, Marie) (Entered: 08/23/2005) |
| 08/22/2005 | 20 | RESPONSE to Motions by USA as to Nadine J Griffin re 18 MOTION to Dismiss, 5 MOTION to Continue to Arraignment, 6 MOTION to Quash Indictment/Information, 14 MOTION to Vacate, 15 MOTION to Vacate. c/s. (Bell, Marie) (Entered: 08/25/2005) |
| 08/18/2005 | | Judge William G. Young : Electronic ORDER entered denying 14 Motion to Vacate Re-Characterization of Judicial Notice by William G. Young as to Nadine J Griffin (1). cc/cl. (Bell, Marie) (Entered: 08/19/2005) |
| 08/12/2005 | | Notice of correction to docket made by Court staff. Correction: to clarify clerknote from 8/11/05 hearing regarding jursidictional issue objection as to Nadine J Griffin (Russo, Noreen) (Entered: 08/12/2005) |
| 08/11/2005 | 19 | NOTICE and Demand by Nadine J Griffin re 18 MOTION to Dismiss. c/s. (received for docketing 8/18/05) (Bell, Marie) (Entered: 08/19/2005) |
| 08/11/2005 | 18 | MOTION to Under Authority of F.R.Cr.P.12(b)(2) as to Nadine J Griffin. c/s.(Bell, Marie) (Entered: 08/12/2005) |
| 08/11/2005 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander : John Mc Adams for Gov't, N. Griffin, Pro Se. Arraignment as to Nadine J Griffin (1) Count 1-2 held on 8/11/2005, Plea not entered by Def't. Gov't requests that the Court inform the def't of possible waiver of her 6th Amend. right to counsel by proceeding pro se. Ms. Griffin indicates that she is knowingly and intelligently waiving her 6th Amend. right. Ms. Griffin indicates that she still would like to proceed pro se. Court indicates that at 7/27/2005 hearing Ms. Griffin indicated that she would like to speak with an attorney and Court informed her of the consequences of proceeding pro se. Ms. Griffin returns today and indicates she would like to proceed pro se. Max Penalties are read to the Def't by the Gov't. Def't indicates she is not ready to be arraigned at this hearing but indicates she belives USMJ Alexander does not have jursidiction for Arraignment proceeding. Court notes def'ts objection and enters a plea of NOT GUILTY on Ms. Griffin's behalf and sends case back to District Court Judge. (Digital Recording.) (Russo, Noreen) Modified on 8/12/2005 (Russo, Noreen). (Entered: 08/11/2005) |
| 08/04/2005 | 17 | AFFIDAVIT of Nadine J. Griffin In Support of 16 Notice of Intent filed by Nadine J Griffin, (Bell, Marie) (Entered: 08/05/2005) |
| 08/04/2005 | 16 | NOTICE of Intent to Proceed Pursuant to the U.S. Constitution at Amendment VI and IX Regarding the Qui Tam Action Pending Against Defendant by Nadine J Griffin. c/s. (Bell, Marie) (Entered: 08/05/2005) |
| 08/04/2005 | 15 | MOTION to Vacate Minute Order Issued by Magistrate Joyce London Alexanderas to Nadine J Griffin. (Bell, Marie) (Entered: 08/05/2005) |
| 08/04/2005 | 14 | MOTION to Vacate Re-Characterization of Judicial Notice by William G. Young as to Nadine J Griffin. c/s. (Bell, Marie) (Entered: 08/05/2005) |

| | | |
|---|---|---|
| 08/04/2005 | 13 | Complaint of Judicial Misconduct or Disability by Nadine J Griffin. c/s. (Bell, Marie) Additional attachment(s) added on 8/5/2005 (Bell, Marie). (Entered: 08/05/2005) |
| 07/27/2005 | 12 | Appearance Bond Entered as to Nadine J Griffin in amount of $ $5,000 (Unsecured). (Miner, Valencia) Additional attachment(s) added on 8/11/2005 (Miner, Valencia). (Entered: 07/29/2005) |
| 07/27/2005 | 11 | Magistrate Judge Joyce London Alexander : ORDER entered. ORDER Setting Conditions of Release as to Nadine J. Griffin (Miner, Valencia) Additional attachment(s) added on 8/11/2005 (Miner, Valencia). (Entered: 07/29/2005) |
| 07/27/2005 | | SET Hearings as to Nadine J Griffin: Arraignment CONTINUED to 8/11/2005 @ 03:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Miner, Valencia) (Entered: 07/28/2005) |
| 07/27/2005 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander: Initial Appearance held on 7/27/2005. Defendant is SWORN. Def't indicates that she cannot afford an attorney but would like to proceed pro se today. Tim Watkins is in courtroom and indicates he has spoken to def't. Def't indicates that she does not want a court appointed attorney. Court continues to August 11, 2005 @ 3:00 P.M. so that Ms. Griffin may retain an attorney. Max penalties are read to Def't. Court sets conditions of release. Def't is released on $5,000.00 unsecured bond. (Digital Recording.) (Russo, Noreen). (Entered: 07/27/2005) |
| 07/26/2005 | | Return receipt received for mail sent to Nadine J. Griffin Delivered on 7/19/05 as to Nadine J Griffin (Bell, Marie) (Entered: 07/26/2005) |
| 07/26/2005 | | Judge William G. Young : Electronic ORDER entered denying 5 Motion to Continue Arraignment as to Nadine J Griffin (1) (Smith, Bonnie) (Entered: 07/26/2005) |
| 07/25/2005 | | Judge William G. Young : Electronic ORDER entered as to Nadine J Griffin re 10 Mandatory Judicial Notice (Other) filed by Nadine J Griffin. TREATED AS A MOTION TO TAKE JUDICIAL NOTICE, MOTION DENIED AS THE COURT CANNOT TAKE NOTICE OF ADJUDICATORY FACTS. FED. R. EVID. 201. cc/cl. (Bell, Marie) (Entered: 07/26/2005) |
| 07/21/2005 | 10 | MANDATORY JUDICIAL NOTICE by Nadine J Griffin (Bell, Marie) (Entered: 07/22/2005) |
| 07/21/2005 | 9 | AFFIDAVIT of Nadine J. Griffin in Support of 8 Objection To Arraignment by Magistrate Judge. c/s. (Bell, Marie) (Entered: 07/22/2005) |
| 07/21/2005 | 8 | Objection to Arraignment by Magistrate Judge: No Consent Given as to Nadine J Griffin. c/s. (Bell, Marie) (Entered: 07/22/2005) |
| 07/21/2005 | 7 | BRIEF in Support by Nadine J Griffin re 6 MOTION to Quash Indictment. c/s. (Bell, Marie) (Entered: 07/22/2005) |
| 07/21/2005 | 6 | MOTION to Quash Indictment as to Nadine J Griffin. c/s.(Bell, Marie) (Entered: 07/22/2005) |
| 07/21/2005 | 5 | EMERGENCY MOTION to Continue Arraignment as to Nadine J Griffin. c/s.. (Bell, Marie) (Entered: 07/22/2005) |

| | | |
|---|---|---|
| 07/21/2005 | 4 | NOTICE OF APPEARANCE Pro Se by Nadine J Griffin. c/s. (Bell, Marie) (Entered: 07/22/2005) |
| 07/20/2005 | | Attorney update in case as to Nadine J Griffin. Attorney James B. Krasnoo terminated. (Bell, Marie) (Entered: 07/21/2005) |
| 07/20/2005 | | Judge William G. Young : Electronic ORDER entered granting 3 Motion For James B. Krasnoo to Withdraw as Attorney as to Nadine J Griffin (1). cc/cl. (Bell, Marie) (Entered: 07/21/2005) |
| 07/19/2005 | 3 | First MOTION to Withdraw as Attorney by James B. Krasnoo. as to Nadine J Griffin. (Krasnoo, James) (Entered: 07/19/2005) |
| 07/15/2005 | | Summons Issued as to Nadine J Griffin Arraignment set for 7/27/2005 04:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander.(Miner, Valencia) (Entered: 07/15/2005) |
| 07/13/2005 | 2 | Judge William G. Young : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Joyce London Alexander Reason for referral: Bail and Arraigment Only as to Nadine J Griffin (Diskes, Sheila) (Entered: 07/13/2005) |
| 07/13/2005 | 1 | INDICTMENT as to Nadine J Griffin (1) count(s) 1-2. (Diskes, Sheila) (Entered: 07/13/2005) |

CASE NO. 05-CR-10175-WGY							Nadine J. Griffin,

# EXHIBIT "C"
**1 pages**

FILED
IN CLERKS OFFICE

2006 FEB -8  A 11: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:05-CR-10175-WGY |
| Plaintiff, a corporation | VERIFIED MOVE FOR FAIR AND IMPARTIAL HEARINGS BEFORE *QUI TAM* ACTORS EMPLOYED BY THE UNITED STATES PLAINTIFF TO PROCEED IN COMPLIANCE WITH THE V, VI AND XIV AMENDMENT TO THE FEDERAL CONSTITUTION - VOTE OF NO CONFIDENCE IN THE JUDICIARY – NOR THE JUDICIAL PROCESS |
| vs. | |
| Nadine J. Griffin, | |
| Accused, Belligerent Claimant. | (No Oral Arguments) |

Nadine J. Griffin, herein proceeds on her own behalf, as a Conscious, Thinking, Feeling, Living, Flesh and Blood Sentient Being and Not a "Ward of the Court" or person of unsound mind (hereinafter referred to as a "Belligerent Claimant") moves for fair and impartial hearings and/or trial due to extreme prejudice, partiality, financial nexus and favoritism imposed against her while protecting your employer, the United States Plaintiff. The obvious nexus and extreme prejudice of these *qui tam* Actors on behalf of the United States Plaintiff is comically clear — save the denial often espoused by Government *Actors* — contrary to intrinsic facts and evidence to the latter. Therefore, Nadine J. Griffin must proceed as a "Belligerent Claimant" of her Rights or waive those Rights *in toto*. The courts have held that one who is not willing to assert a Right or protection guaranteed by the Constitution to the point of belligerence, loses that right all

CASE NO. 05-CR-10175-WGY                                                                                             Nadine J. Griffin,

# EXHIBIT "D"
**1 pages**

October 28, 2005,

*The motion to dismiss on the ground of violating the Speedy Trial Act is denied. Properly calculated, only 18 days have thus far elapsed under the Speedy Trial Act.*

William G. Young
Chief Judge

FILED
IN CLERKS OFFICE
2005 OCT 25  A 9 03
U.S. DISTRICT COURT
DISTRICT OF MASS.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. CR-05-10175-WGY |
| Plaintiff ) | |
| vs. ) | Nadine J. Griffin's RESPONSE TO UNITED STATES MOTION TO DENY MOVE FOR DISMISSAL |
| Nadine J. Griffin ) | |
| Defendant ) | |

Nadine J. Griffin, proceeding *pro se*, responds to Plaintiff's motion to deny her Move for Dismissal under the Sixth Amendment to the Constitution for the United States of America and the Speedy Trial Act.

## BRIEF IN SUPPORT

The United States erroneously contends that the Accused defendant Nadine J. Griffin's reliance on the Sixth Amendment as it relates to the Speedy Trial Act is flawed proffering that: (1) the Accused Defendant was presumed to have been arraigned on August 11, 2005, and (2) and said period is excluded under Local Rule 112.2 and 18 U.S.C. 3161(h)(1)(f). The United States cites Local Rule 112.2 as the first basis and authority for this Court to explore the "exclusion" clause of the Speedy Trial Act.

First, the Accused defendant Nadine J. Griffin proceeding *pro se* was NOT arraigned on August 11, 2005, as indicated on the Court Docket Entry on 7/21/05 - Docket Entries 8 and 9.

RESPONSE TO UNITED STATES    1 of 6    Nadine J. Griffin

DOCKETED