```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         ) Criminal No. 05-CR-10175-WGY-1
                               )
       v.                      )
                               )
NADINE J. GRIFFIN,             )
                               )
            Defendant.         )
```

### UNITED STATES' RESPONSE TO DEFENDANT'S VERIFIED MOVE FOR DUE PROCESS AND EQUAL PROTECTION UNDER THE LAW PURSUANT TO THE FOURTEENTH AMENDMENT TO THE CONSTITUTION OF THE UNITED STATES OF AMERICA

The United States, by and through its undersigned attorney, hereby files its Response to Defendant's Verified Move for Due Process and Equal Protection Under the Law Pursuant to the Fourteenth Amendment to the Constitution of the United States of America.  The United States previously filed a motion (Document #53) addressing similar arguments raised in defendant's current motion.  As stated in that motion, defendant's allegations are in no way supported by the record.

The United States is prepared to respond more fully if the Court would find additional briefing helpful on any issued raised in defendant's motion.

1582897.1

WHEREFORE, the United States respectfully submits this motion.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:
                */s/ Christopher J. Maietta*
                CHRISTOPHER J. MAIETTA
                Trial Attorney
                U.S. Department of Justice
                (202) 514-4661

Dated: March 7, 2006

CERTIFICATE OF SERVICE

    This is to certify that I have this day, March _____, 2006, served upon the person listed below a copy of the foregoing document by mail:

        Nadine J. Griffin
        151 Middle Road
        Center Tuftonboro, New Hampshire 03816

        _____
        Christopher J. Maietta