UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )  | ) |
| Plaintiff,  | ) Criminal Case No. 05-CR-10175-WGY-1 |
| v. | ) |
| NADINE J. GRIFFIN, | ) |
| Defendant. | ) |

UNITED STATES' RESPONSE TO DEFENDANT'S VERIFIED
AFFIDAVIT IN SUPPORT OF MOVE TO DISMISS FOR VIOLATION OF THE
<u>SIXTH AMENDMENT AND SPEEDY TRIAL ACT</u>

The United States, by and through its undersigned attorney, hereby files its Response to defendant's Verified Affidavit in Support of Move to Dismiss for Violation of the Sixth Amendment and Speedy Trial Act.  The government respectfully requests that the Court dismiss defendant's motion.  The government is prepared to respond more fully if the Court would find additional briefing helpful.

On September 27, 2005, defendant filed a motion to dismiss for violation of the Sixth Amendment and Speedy Trial Act.  At a court hearing on September 27, 2005, the Court denied defendant's motion to dismiss as it applied to the Speedy Trial Act and took under advisement the remainder of defendant's motion.  On October 28, 2005, the Court also issued an order denying defendant's motion to dismiss on the ground of violating the Speedy Trial

Act.  The order also stated that properly calculated, only 18 days have thus far elapsed under the Speedy Trial Act.

Defendant's current motion raises no new facts to support a claim that her right to a speedy trial was violated. Accordingly, because the Court already resolved this issue, defendant's motion should be denied.

WHEREFORE, the government respectfully requests the Court deny defendant's motion.

Dated: March 15, 2006

                              Respectfully submitted,

By:
    */s/ Christopher J. Maietta*
    CHRISTOPHER J. MAIETTA
    Trial Attorney
    U.S. Department of Justice
    (202) 514-4661

<u>CERTIFICATE OF SERVICE</u>

    This is to certify that I have this day, March _____, 2006, served upon the person listed below a copy of the foregoing document by mail:

        Nadine J. Griffin
        Mail Boxes, Etc.
        36 Center Street, #143
        Wolfeboro, New Hampshire 03894

                                    _____
                                    Christopher J. Maietta