UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | |
| Plaintiff,     ) | Criminal No. 05-CR-10175-WGY-1 |
| ) | |
| v.                              ) | |
| ) | |
| NADINE J. GRIFFIN,              ) | |
| ) | |
| Defendant.    ) | |

UNITED STATES' RESPONSE TO DEFENDANT'S
<u>VERIFIED MOVE FOR DISCLOSURE OF CHAMBERS PAPERS</u>

The United States, by and through its undersigned attorney, hereby files its Response to Defendant's Verified Move for Disclosure of Chambers Papers.  Defendant's request for various internal memoranda of the Court should be denied.  Defendant's allegations are in no way supported by the record.  Moreover, defendant fails to cite any legal authority requiring the disclosure of internal memoranda of the Court.

WHEREFORE, the United States respectfully submits its response to defendant's verified move for disclosure of chambers papers.

Dated: March 15, 2006                    Respectfully submitted,

                                         MICHAEL J. SULLIVAN
                                         United States Attorney

                                  By:
                                         /s/ *Christopher J. Maietta*
                                         CHRISTOPHER J. MAIETTA
                                         Trial Attorney
                                         U.S. Department of Justice
                                         (202) 514-4661

1582897.1

CERTIFICATE OF SERVICE

    This is to certify that I have this day, March _____, 2006, served upon the person listed below a copy of the foregoing document by mail:


        Nadine J. Griffin
        Mail Boxes, Etc.
        36 Center Street, #143
        Wolfeboro, New Hampshire 03894


                        _____
                        Christopher J. Maietta