```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,   )
                            )
          Plaintiff,        ) Criminal No. 05-CR-10175-WGY-1
                            )
     v.                     )
                            )
NADINE J. GRIFFIN,          )
                            )
          Defendant.        )
```

### UNITED STATES' OPPOSITION TO DEFENDANT'S MOVE TO DISMISS FOR VIOLATION OF THE SIXTH AMENDMENT TO THE CONSTITUTION AND SPEEDY TRIAL ACT

The United States, by and through its undersigned attorney, hereby files its Opposition to Defendant's Move to Dismiss for Violation of the Sixth Amendment to the Constitution and Speedy Trial Act. The government previously filed motions addressing similar arguments raised in defendant's move to dismiss for violation of the Sixth Amendment and the Speedy Trial Act. Also, this Court previously denied defendant's move to dismiss the indictment for these alleged violations.

Moreover, at the last Court hearing in September 2005, defendant requested a trial date of June 2006. Defendant's request was denied, and the Court ordered a trial date of May 1, 2006. Accordingly, defendant waived her right to a speedy trial. Moreover, contrary to defendant's assertions, the government has not delayed the scheduling of the trial date.

1582897.1

The government is prepared to respond more fully if the Court would find additional briefing helpful on any issued raised in defendant's motion.

WHEREFORE, the government respectfully requests that defendant's motion be denied.

                                                 Respectfully submitted,

                                                 MICHAEL J. SULLIVAN
                                                 United States Attorney

                                    By:
                                                 */s/ Christopher J. Maietta*
                                                 CHRISTOPHER J. MAIETTA
                                                 Trial Attorney
                                                 U.S. Department of Justice
                                                 (202) 514-4661

Dated: March 27, 2006

CERTIFICATE OF SERVICE

    This is to certify that I have this day, March _____, 2006, served upon the person listed below a copy of the foregoing document by mail:

>Nadine J. Griffin
>Mail Boxes, Etc.
>c/o 36 Center Street, #143
>Wolfeboro, New Hampshire 03894

                                       _____
                                       Christopher J. Maietta