```
                                                    FILED
                                                 CLERKS OFFICE

                                                2006 MAY -5  A 11: 31

                                                U.S. DISTRICT COURT
                                                DISTRICT OF MASS
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 05-CR-10175-WGY |
| Plaintiff, ) | |
| vs. ) | VERIFIED MOVE FOR CONTINUANCE OF SCHEDULED TRIAL DATE FROM JUNE 5, 2006 TO SEPTEMBER 16, 2006 |
| Nadine J. Griffin, ) | |
| Accused, Belligerent Claimant. ) | |

COMES Nadine J. Griffin, the Accused, proceeding on her own behalf, moving this Court for continuance of 90 days from the scheduled Trial Date of June 5, 2006 to September 16, 2006 or soon thereafter; and all related pretrial motions as relevant hereto. This Court will find that the accused is proceeding in good faith in this motion and would be unduly prejudiced if she is not granted this continuance and forced to proceed to trial for the following reasons:

(a.) That for fear of discretionary retaliation, the Accused Griffin has filed a Writ of Mandamus with the First Circuit Court of Appeals to remove judge William G. Young from the bench for prejudice, bias and other related abuses against the Accused Griffin;

(b.) That upon a determination by the Court of Appeals, the Accused Griffin will be better informed as to how she must plan to proceed and prepare for trial in this case;

(c.) That this Court has stated it will not cut any slack and treat the Accused Griffin as though she was a skilled bar attorney when proceeding in the trial;

(d.) That unlike Government attorney's, having unlimited resources, manpower and maintaining their employment as staff attorneys, the Accused Griffin, is a pro se litigant unschooled in law: and cannot effectively prepare for a trial and be fully ready by the scheduled June 5, 2006 date as she has other daily family obligations and commitments that do not allow her to exclusively prepare for proper defense as complex, litigious and misdirecting as she has discovered the judicial process to be;

(e.) That the scheduled trial date of June 5, 2005 is to the prejudice of the Accused Griffin as she is not intimately familiar with the voluminous Rules of Evidence or Criminal Procedure and related doctrines and; therefore, seeks additional time to study and prepare for the war ahead;

(f.) That the Accused Griffin intends to secure the assistance of competent counsel familiar with federal tax law to guide the Accused regarding procedural matters and other issues before the Court and is actively seeking to secure counsel for such purpose;

(g.) That the United States will not prejudiced by this Court granting the Accused Griffin's move for continuance as such would be done in the interest of justice.

**WHEREFORE:** Nadine J. Griffin hereby moves this Court grant the continuance as the just and proper remedy.

### VERIFICATION

I, Nadine J. Griffin, declare under penalty of perjury as a Conscious, Thinking, Feeling, Living, Breathing, Flesh and Blood Sentient Being that the foregoing is true and correct. All Rights retained without recourse.

Executed this 3 day of May, 2006.

Signature: _____
Nadine J. Griffin, Accused
c/o 36 Center Street, #143
Wolfeboro, New Hampshire [03894]

VERIFIED MOVE FOR CONTINUANCE - 63                                    Nadine J. Griffin, Accused

## CERTIFICATE OF MAILING

IT IS HEREBY CERTIFIED that on the 3, day of May, 2006, service of the foregoing action titled VERIFIED MOVE FOR CONTINUANCE FROM SCHEDULE TRIAL DATE OF JUNE 5, 2006 TO SEPTEMBER 16, 2006 was made by certified mail, postage fully prepaid upon the following:

To:

Christopher Maietta
U.S. Dept. of Justice, Tax Division
601 "D" Street, NW, Room 7012
Washington, DC 20004
Certified Mail No 7004 1590 0001 9113 1650

Executed this 3 day of May, 2006.

Signature: _____
Nadine J. Griffin
c/o 36 Center Street, #143
Wolfeboro, New Hampshire [03894]