```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Criminal No.
 3                                            05-10175-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *
 6                                  *
     v.                             *    STATUS CONFERENCE
 7                                  *
     NADINE J. GRIFFIN              *
 8                                  *
     * * * * * * * * * * * * * * * *
 9

10

11

12          BEFORE:  The Honorable William G. Young,
                              District Judge
13

14

15
     APPEARANCES:
16
                CHRISTOPHER J. MAIETTA and JOHN KANE,
17       Trial Attorneys, U.S. Department of Justice, Tax
         Division, 601 D Street, NW, Room 7012, Washington,
18       D.C. 20004, on behalf of the Government

19
                ALAN STUART RICHEY, ESQ., P.O. Box 1505,
20       Port Hadlock, Washington 98339, on behalf of the
         Defendant
21

22

23

24                                        1 Courthouse Way
                                          Boston, Massachusetts
25
                                          June 1, 2006
```