```
 1              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
 2
                                         Criminal No.
 3                                       05-10175-WGY

 4
   * * * * * * * * * * * * * * * *
 5                                 *   TRANSCRIPT OF
   UNITED STATES OF AMERICA        *   PRETRIAL MATTERS,
 6                                 *   PRELIMINARY JURY
   v.                              *   INSTRUCTIONS,
 7                                 *   OPENING STATEMENTS
                                   *   and THE EVIDENCE
 8 NADINE J. GRIFFIN               *      (Volume 1)
                                   *      (Excerpts)
 9 * * * * * * * * * * * * * * * *

10

11

12

13         BEFORE:  The Honorable William G. Young,
                         District Judge, and a Jury
14

15

16
   APPEARANCES:
17
             CHRISTOPHER J. MAIETTA and JOHN N. KANE,
18    Trial Attorneys, U.S. Department of Justice, Tax
      Division, 601 D Street, NW, Room 7012, Washington,
19    D.C. 20004, on behalf of the Government

20
             ALAN STUART RICHEY, ESQ., P.O. Box 1505,
21    Port Hadlock, Washington 98339, on behalf of the
      Defendant
22

23

24                                       1 Courthouse Way
                                         Boston, Massachusetts
25
                                         July 10, 2006
```

```
 1                        I N D E X

 2

 3   Preliminary Jury Instructions . . . . . . . . . . .  18

 4   Opening Statement by Mr. Maietta  . . . . . . . .  34

 5   Opening Statement by Mr. Richey . . . . . . . . .  45

 6
     WITNESS:              DIRECT    CROSS    REDIRECT   RECROSS
 7

 8   PAUL CROWLEY

 9       By Mr. Kane       52

10
                                              FOR      IN
11       EXHIBITS:                             I.D.    EVID.

12

13   1     Form 1040 Nadine J. Griffin 1993 . . . . . . . 61

14   2     Form 1040 Nadine J. Griffin 1994 . . . . . . . 61

15   3     Form 1040 Nadine J. Griffin 1995 . . . . . . . 61

16   4     Form 1040 Nadine J. Griffin 1996 . . . . . . . 61

17   5     Form 1040 Nadine J. Griffin 1997 . . . . . . . 61

18   6     Form 1040 Nadine J. Griffin 1998 . . . . . . . 61

19   7     Form 1040 Nadine J. Griffin 1999 . . . . . . . 61

20   8     Information and Return Master

21         File Transcript . . . . . . . . . . . . . . . 73

22

23

24

25
```