# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

      PLAINTIFF,

v.

NADINE GRIFFIN,

      DEFENDANT.

GOVERNMENT EXHIBIT LIST

CASE NO. **05-CR-10175-WGY**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge William G. Young | Christopher J. Maietta<br>John N. Kane | Alan S. Richey |
| TRIAL BEGINS:<br>7/10/2006 | OFFICIAL COURT REPORTER<br>Donald E. Womack | COURTROOM DEPUTY<br>Elizabeth (Bonnie) Smith |
| | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| A | 1 | Nadine Griffin 1993 Form 1040, U.S. Individual Income Tax Return (date stamped 6/16/1994) | | 7/7/06 | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| B | 2 | Nadine Griffin 1994 Form 1040, U.S. Individual Income Tax Return (date stamped 4/15/1997) | | 7/10/06 | |
| C | 3 | Nadine Griffin 1995 Form 1040, U.S. Individual Income Tax Return (date stamped 4/15/1997) | | | |
| D | 4 | Nadine Griffin 1996 Form 1040, U.S. Individual Income Tax Return (signed 3/26/1997) | | | |
| E | 5 | Nadine Griffin 1997 Form 1040, U.S. Individual Income Tax Return (date stamped 8/5/1998) | | | |
| F | 6 | Nadine Griffin 1998 Form 1040, U.S. Individual Income Tax Return (date stamped 8/02/1999) | | | |
| G | 7 | Nadine Griffin 1999 Form 1040, U.S. Individual Income Tax Return (signed on 4/12/2000) | | ✓ | |
| H | | Certificate of Assessments, Payments, and Other Specified Matters for 1993 Forms 1040, US Income Tax Return - Nadine Griffin | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| I | | Certificate of Assessments, Payments, and Other Specified Matters for 1994 Forms 1040, US Income Tax Return - Nadine Griffin | | | |
| J | | Certificate of Assessments, Payments, and Other Specified Matters for 1995 Forms 1040, US Income Tax Return - Nadine Griffin | | | |
| K | | Certificate of Assessments, Payments, and Other Specified Matters for 1996 Forms 1040, US Income Tax Return - Nadine Griffin | | | |
| L | | Certificate of Assessments, Payments, and Other Specified Matters for 1997 Forms 1040, US Income Tax Return - Nadine Griffin | | | |
| M | | Certificate of Assessments, Payments, and Other Specified Matters for 1998 Forms 1040, US Income Tax Return - Nadine Griffin | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| N | 9. | Certificate of Assessments, Payments, and Other Specified Matters for 1999 Forms 1040, US Income Tax Return - Nadine Griffin | | 7/12 | |
| O | | Certificate of Assessments, Payments, and Other Specified Matters for 2000 Forms 1040, US Income Tax Return - Nadine Griffin | | | |
| P | | Lack of Official Record of Tax Return Filing for Capitol Finance Strategies for all years and all forms | | | |
| Q | | Lack of Official Record of Tax Return Filing for Capital Finance Strategies for all years and all forms | | | |
| R | 10 | Lack of Official Record of Tax Return Filing for Capital Finance Strategies EIN: 535378469 for all years and all forms | | 7/12 | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| S | 11 | Lack of Official Record of Tax Return Filing for Capital Finance Strategies with Social Security Number 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 for all years and all forms | | 7/12 | |
| T | | Lack of Official Record of Tax Return Filing for Angelica Holdings for all years and all forms | | | |
| U | 12 | Lack of Official Record of Tax Return Filing for Angelica Holdings with EIN: 93-1443021 for all years and all forms | | 7/12 | |
| V | 13 | Lack of Official Record of Tax Return Filing for Angelica Holdings with EIN: 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 for all years and all forms | | 7/12 | |
| W | | **RESERVED** | | | |
| X | F | IRS IRP Transcript for Nadine Griffin 1999 Tax Year | | 7/10/06 | |
| Y | 14 | Cintron's Tax File for Griffin's 1995 Form 1040, U.S. Individual Income Tax Return | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| Z | 15 | Cintron's Tax File for Griffin's 1996 Form 1040, U.S. Individual Income Tax Return | | 7/12 | |
| AA | 16 | Cintron's Tax File for Griffin's 1997 Form 1040, U.S. Individual Income Tax Return | | 7/12 | |
| AB | 17 | Cintron's Tax File for Griffin's 1998 Form 1040, U.S. Individual Income Tax Return | | 7/12 | |
| AC | 159 | Kittredge & Associates Fee Summary for Preparation of Griffin's 1999 Tax Return (Invoice) | | 7/17 | |
| AD | 160 | Kittredge Tax Interview Sheet for Griffin's 1999 Tax Year, Copy of 1997 & 1998 US & Massachusetts State Tax Returns, and Other Related Documents | | 7/17 | |
| AE | 161 | Kittredge's Office Copy of Griffin's 1999 Tax Return | | 7/17 | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| AF | | a) Kittredge & Associates Letter to Griffin re: enclosed original docs b/c cleaning out office, dated July 12, 2000<br><br>b) Kittredge & Associates Letter to Griffin re: 2000 Tax Organizer & Related Questionnaire | | | |
| AG | | Immunity Letters dated April 22, 2005 & January 8, 2003; and Proffer Agreement dated December 17, 2002 | | | |
| AH | 18 | Capital Finance Strategies **SIGNATURE CARD**, Account Number 35-604125 | | | |
| AI | 19 | Capital Finance Strategies **Bank Statements** from October 1997 to Dec. 1997 and deposit items; | | | |
| AJ | 20 | Capital Finance Strategies **Bank Statements** from January 1998 to Dec. 1998, as well as deposit items and negotiated checks | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| AK | 21 | Capital Finance Strategies **Bank Statements** from January 1999 to Dec. 1999, as well as deposit items and negotiated checks | | 7/12 | |
| AL | 22 | Capital Finance Strategies **Bank Statements** from January 2000 to April 2001, as well as deposit items and negotiated checks | | | |
| AM | 23 | **Summary of Deposits** for CFS Account (lists deposits made to account between opening deposit on October 21, 1997 to August 31, 1998) | | | |
| AN | 24 | Bank MicroFiche of Statements & Deposit Items for 1997 and 1998 | | | |
| AO | 25 | Maggie Abraham Cashier's Check for $12,500 to CFS, dated April 13, 1998 | | | |
| AP | 26 | Maggie Abraham Cashier's Check for $10,000 to CFS, dated March 17, 1998 | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| AQ | 27 | Frederick Aloi Cashier's Check for $1,250 to CFS, dated February 1998 | | 7/12 | |
| AR | 28 | Dael Chapman Wire Transfer/Credit for $18,744 to CFS, dated March 12, 1998 | | | |
| AS | 29 | Jessica Fergus Cashier's Check for $8,750 to CFS | | | |
| AT | 30 | Glenn Paul Florence Cashier's Check for $4,250.00 to CFS, June 1999 (on back of check) | | | |
| AU | 31 | Glenn Paul Florence Cashier's Check for $2,000.00 to CFS, April 8, 1999 | | | |
| AV | 32 | Karen Kehlenbach Cashier's Check for $10,000.00 to CFS, dated May 11, 1998 | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| AW | 33 | Karen Kehlenbach Cashier's Check for $8,750.00 to CFS, dated May 11, 1998 | | 7/12 | |
| AX | 34 | Pasty Taylor Cashier's Check for $18,750.00 to CFS, June 3, 1999 | | | |
| AY | 35 | Pasty Melson (Taylor) Two (2) Personal Checks for $200.00 to CFS, March 23, 1999 and April 21, 1999 | | | |
| AZ | 36 | Jo Mueller Cashier's Check for $6,250.00 to CFS, May 27, 1999 | | | |
| BA | 37 | Anna Plant Cashier's Check for $18,750.00 to CFS, dated May 7, 1998 | | | |
| BB | 38 | Patricia Markelli (Shaughnessy) Personal Check for $625.00 to CFS, April 6, 1999 | | | |
| BC | 39 | Richard Songdahl Personal Check for $6,250.00 to CFS, May 17, 1999 | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| BD | 46 | Richard Songdahl Personal Check for $6,250.00 to CFS, August 4, 1999 | | 7/12 | |
| BE | 41 | Richard Songdahl Cashier's Check for $12,500.00 to CFS, June 7, 1999 | | | |
| BF | 42 | Chesterfield Trust Cashier's Check for $10,000.00 to CFS, Feb. 24, 1999 | | | |
| BG | 43 | Chesterfield Trust Cashier's Check for $3,750.00 to CFS, Feb. 24, 1999 | | | |
| BH | 44 | Wells Fargo Bank check for $8,500.00 dated April 28, 1998 | | | |
| BI | 45 | Wells Fargo Bank check for $18,750, | | | |
| BJ | 46 | CFS check to Shoshanna Szuch, for $3,000, dated October 31, 1997 | | | |
| BK | 47 | CFS check to CFG for $1,250, dated November 10, 1997 | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| BL | 48 | CFS check to ABSEX Del Norte, for $10,000 | | 7/14 | |
| BM | 49 | CFG check written to CFS for $21,000, dated January 30, 1998, memo reads "GII Rev. Reb." | | | |
| BN | 50 | Five (5) Money Orders from Customer Moulton Keaton written to CFS for $1,000 each, dated April 6, 1998 | | | |
| BO | 51 | CFS check to ABSEX Del Norte for $10,000, dated March 2, 1998; | | | |
| BO | 52 | CFS check to ABSEX Del Norte for $15,000, dated March 26, 1998; | | | |
| BP | 53 | CFS check to Angelica Holdings for $240,000.00, check #1091; | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| BQ | 54 | Julie Ann Chalmers check to CFS for $5,500, dated September 21, 1998 and $4,500 check from Julie Chalmers | | 7/12 | |
| BR | 55 | CFG check written to CFS for $15,600.00, dated September 7, 1998, memo reads "98 Rev. Reb." | | | |
| BS | 56 | CFG check written to "ISI Technologies" for $9,600.00, dated January 8, 1999, memo reads "Sept. 98 Rev. Reb." | | | |
| BT | 57 | Personal Check from Shirley Kedrowski Cottingham to CFS for $16,875.00, dated March 8, 1999; memo section reads "Global III - Nadine Griffin" | | | |
| BU | 58 | CFG check written to CFS for $17,085.00, dated April 15, 1999, memo reads "GII Rev. Reh Cancun Feb. 98" | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| BV | 59 | Ralph White Cashier's Check to CFS for $5,500, dated April 26, 1999<br><br>Cashier's checks from Bank of America paid to CFS for $1,264.00, dated May 25, 1999 | | 7/12 | |
| BW | 60 | Cashier's Check to CFS for $6,125.00, dated May 7, 1999 | | | |
| BX | 61 | Cashier's Check from Clarke's to CFS for $4,000.00, dated July 1, 1999 | | | |
| BY | 62 | Cashier's Check from Clarke's to CFS for $780.00, dated June 22, 1999 | | | |
| BZ | 63 | CFS check to P.I.L.L. for $6,250.00, dated August 17, 1999 | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| CA | 64 | Meliorations Management Check to CFS for $26,495.00 dated October 28, 1999 | | 7/12 | |
| CB | 65 | CFG Check to CFS for $24,600.00, dated October 7, 1997; | | | |
| CC | 66 | CFS Check to Innovative Financial Consultants for $4,100.00, dated April 10, 1998 | | | |
| CD | 67 | Four (4) US Postal Money Order to CFS for $500.00 each from Deborah Campa, dated September 11, 1997 | | | |
| CE | 68 | 1997 Opening Deposit Slip for CFS in the amount of $50,525.00 | | | |
| CF | 69 | Various Checks written to CFS and deposited into CFS account in 1997 tax year | | | |
| CG | 70 | Official Bank of America Cashier's Check to CFS from Unknown person for $8,500.00 | | | |
| CG | 71 | Official Check from David Clarke to CFS for $18,700.00 | | | |

| Pre-Mark # | EXHIB IT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| CH | 72 | Wire Transfer to CFS for $8,744.00 from Suntrust Co. Ltd. dated May 11, 1998 | | 7/12 | |
| CI | 73 | Deposit Slip dated March 30, 1998 & Check from Rudyard Lally for $7,000.00 and another check from unknown person for $1,250.00 | | | |
| CJ | 74 | Check from CFS to Absex Del Norte dated April 9, 1998 for $10,000 | | | |
| CK | 75 | CFG check to CFS for $37,500.00 and deposit slip dated May 11, 1998 | | | |
| CL | 76 | Cashier's Check to CFS for $18,750.00 from Carmen | | | |
| CM | 77 | Bank of America Check for $3,440.00 to CFS | | | |
| CN | 78 | Check to CFS for $4,000 from Tony Yea dated February 10, 1998 | | | |
| CO | 79 | Cashier's Check to CFS for $6,750.00 from Don Leach dated February 19, 1998 | | | |
| CP | 80 | Wire Transfer Documents -Various documents | | | |
| CQ | 81 | Angelica Holdings **SIGNATURE CARD & FORM W-8** (dated 6/18/1998) | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| CR | ʃ⅃ | Angelica Holdings **Bank Statements** and Deposit Slips/Items and Checks from June 18, 1998 to July 2003 | | 7/12 | |
| CS | ʃ3 | Microfiche of Angelica Holdings **Bank Statements** and Deposit Slips/Items for 1998 | | | |
| CT | ʃ4 | Angelica Holdings **Bank Statements** and Deposit Slips/Items for 1999 | | | |
| CU | ʃ5 | Angelica Holdings **Bank Statements** and Deposit Slips/Items for 2000 & 2001 | | | |
| CV | ʃ6 | Donald Cote Two (2) Postal Money Orders to Angelica Holdings for $625.00 each, dated March 23, 1999 | | | |
| CW | ʃ7 | Five (5) Business Checks (Daniels Distributing) to Angelica Holdings: 1) two (2) for $2,200.00; and 2) three (3) for $1,100.00; | | | |
| CX | ʃ8 | Matthew Wiedman check to "Nadine Holdings" for $1,812.00, dated June 18, 1999 | | | |

| Pre-Mark # | EXHIB IT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| CY | 89 | Money Orders written to Angelica Holdings for $600.00 and $700.00, dated March 18, 1999; | 7/12 | 7/12 | |
| CZ | 90 | 7 (seven) money orders for $500.00 each to Angelica Holdings w/ deposit slip dated July 21, 1999 | | 7/12 | |
| DA | 91 | Personal Check to Angelica Holdings for $6,250.00 from Richard & Pha Norman, dated May 18, 1999, and deposit slip dated June 4, 1999 | | 7/12 | |
| DB | 92 | Misc. Checks written to Angelica Holdings from PILL, JGM Investments, and Meliorations Managements, all dated in 2000 | 7/12 | 7/12 A | |
| DC | 93 | Danvars Savings Bank Mortgage Pre-Application Kit, dated June 31, 1998 | | | |
| DD | 94 | Danvars Savings Bank Fixed Rate Mortgage and Related Disclosure Forms, including HUD Disclosure Forms and copies of 1995, 1996, and 1997 US Tax returns, as well as copies of Forms 1099 | | | |
| DE | 95 | Nadine Griffin's Self-Employment Income Analysis and Tax Returns | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| DF | | Truth-In-Lending Documents Disclosure Documents prepared in July 1998 relating to NG's home purchase | | | |
| DF | 96 | DSB Letter to NG re: First Loan for $162,500.00 approved, dated July 29, 1998, and signed by NG August 4, 1998 | | | |
| DG | 97 | Title Insurance Documents for NG's Home Purchase | | | |
| DH | | Appraisal Document for 142 Locust Street, Danvars, Mass. | | | |
| DI | 98 | Truth-In-Lending Documents dated August 4, 1998 and related Closing Documents, as well as "Angelica Holdings Reality Trust" | | | |
| DJ | 99 | Angelica Holdings Trust (IFC/Poseley trust) | | | |
| DK | 100 | Uniform Residential Loan Application signed and dated by NG August 4, 1998 | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| DL | 101 | Credit Report Request and Credit Reports for NG | | 7/12 | |
| DM | 102 | Mortgage for NG and "Angelica Holdings Realty Trust," dated August 4, 1998 | | | |
| DN | 103 | Borrower's Note -Promise to Pay- dated August 4, 1998 with NG's signature, as well as Guaranty Note signed by NG and James Griffin | | | |
| DO | 104 | a) Home Equity Loan Application & Related Promissary Note, dated Nov. 2001  b) Check for $188,000 to Ralph Ardiff re: Proceeds to Angelica Holdings Realty, dated Nov. 21, 2001  c) check from Ardiff for $172,007.50 to Angelica Holdings Realty Trust, dated November 28, 2001 | | | |
| DP | | 2002 Refinancing Related Documents for 142 Locust Street, Danvars, Mass | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| DQ | | a) DSB Letter to Ralph Ardiff, dated July 22, 1998 Re: "Begin Title Search"; b) Ardiff Handwritten Notes; c) Fax Cover Sheets to Ardiff; d) Residential Mortgage Checklist | | | |
| DR | 155 | a) Facsimile Cover Sheets dated August 3, 1998 w/Ardiff Handwritten Notes b) Facsimile Cover Sheet dated August 4, 1998 with Ardiff's handwritten notes re: Angelica Holdings Trust c) US HUD Docs/"Settlement Statement" -Ardiff & Morse- | 7/17 | | |
| DS | 156 | a) Ardiff Handwritten Notes re: Angelica Holdings Trust & "Don't Record . . ." b) Angelica Holdings Trust Document | 7/17 | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| DT | 157 | a) Facsimile from Sackrider to Ardiff, dated August 3, 1998 re: Griffin Closing Realty Trust  b) Angelica Holdings Realty Trust, dated August 4, 1998 | 7/17 | | |
| DU | 158 | a) Angelica Holdings Check to Ralph Ardiff for $189,103.65, dated August 4, 1998 and re deposit ticket;  b) Mortgage Inspection Documents;  c) Ardiff related Closing docs;  d) Mortgage for Angelica Realty Trust, dated August 4, 1998 | 7/17 | | |
| DV | | a) Ardiff Handwritten Notes, dated September 8, 1998, re: Griffin not Sign Guaranty;  b) August 12, 1998 Ardiff letter to Griffin, re: sign guaranty;  c) September 8, 1998 Ardiff letter to Griffin, re: sign guaranty  d) September 14, 1998 | | | |
| DW | | 2001 Refinancing Documents & Title Documents for Griffin's residence | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| DX | | Sackrider Observation & Notes | | | |
| DY | | May 21, 1998 Letter | | | |
| DZ | | Notes re: Roger Macorelle -DSB | | | |
| EA | | Power of Attorney | | | |
| EB | | Facsimile 7/2/1998 | | | |
| EC | | Facsimile 7/10/1998 | | | |
| ED | | 2nd Amendment to Purchase & Sale Agreement | | | |
| EE | | Assignment/Amendment to Purchase and Sale Agreement | | | |
| EF | | July 1, 1998 Letter | | | |
| EG | | July 15, 1998 Letter | | | |
| EH | | August 3, 198 Fax | | | |
| EI | | August 4, 1998 Memo/Notes Attached | | | |
| EJ | | Purchase & Sale Agreement between Fahey and Griffin | | | |
| EK | | Lease Agreement between TCC Development & NG, dated April 1997 | | | |
| EL | | April 1998 Letter to Griffin from TCC | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| EM | | Anthony DeRubbio Bank Account Statements, Checks, Deposit Items for 1998 | | | |
| EM | 162 | Personal Check from Margaret Abraham to Nadine Griffin for $160.00, dated March 5, 1998 | 7/18 | | |
| EM | | Check from P.I.L.L. to Nadine Griffin for $300.00, dated April 28, 1998 | | | |
| EM | | Jessica Fergus Three (3) Postal Money Orders for $500.00 each to CFS, April 30, 1998 | | | |
| EM | | Jessica Fergus Three (3) Postal Money Orders for $500.00 each to CFS, date unknown | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| EM | | Anthony DeRubbio Bank Account Statements, Checks, Deposit Items for 1999 | | | |
| EN | 105 | GIII Applications (2) Margo Jordan 1) Application dated 3/29/1997; 2) Application dated 3/3/1998 3) Application dated 6/22/1999 | | 7/13 | |
| EO | 106 | GIII Applications (2) of Maggie & Glenn Abraham | | | |
| EP | 107 | GIII Application of Dael Chapman | | | |
| EQ | 108 | GIII Application of Jessica Fergus | | | |
| ER | 109 | GIII Application of Brad Hunsekar | | | |
| ES | 110 | GIII Application of Karen Kehlanbach | | | |

| Pre-Mark # | EXHIB IT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| ET | 111 | GIII Application of Patsy Taylor | | 7/13 | |
| EU | 112 | GIII Application of Thomas Sult | | | |
| EV | 113 | GIII Application of Jack Brolsma | | | |
| EW | 114 | GIII Applications (2) of Sue & Roger Clapp | | | |
| EX | 115 | GIII Application of Jon Fragosa | | | |
| EY | 116 | GIII Application of Carlos Hinosa | | | |
| EZ | 117 | GIII Application of Rudward Lally | | | |
| FA | 118 | GIII Applications (2) of Pamela & Sergio Montes | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| FB | 119 | GIII Application of Deborah Hoofer GIII Applications David Edel | | 7/13 | |
| FC | 120 | GIII Applications (2) of Eileen and David Clarke | | | |
| FD | 121 | GIII Application for Don Leach | | | |
| FE | 122 | GIII Application for Anna Plant | | | |
| FF | 123 | GIII Application for Hennie & Harry Beugelink | | | |
| FG | 124 | GIII Application for Benjamin & Sara Brown | | | |
| FH | 125 | GIII Application for Karin & Bruce Butterfield | | | |
| FI | 126 | GIII Application for Julianne Chalmers | | | |
| FJ | 127 | GIII Application for Christy Clutter | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| FK | 128 | GIII Application for David Franecki | 7/13 | | |
| FL | 129 | GIII Application for Moulten Keane | | | |
| FM | 130 | GIII Application for Tracie Nelson | | | |
| FN | 131 | GIII Application for Robert Sperlinca | | | |
| FO | 132 | GIII Application for Judith Van Dine | | | |
| FP | 133 | GIII Application for Andrew Dittgen | | | |
| FQ | 134 | GIII Application for Carmen Tripoli | | | |
| FR | 135 | GIII Application for Vincent Clark | | | |
| FS | 136 | GIII Application for AB Hendry | | | |
| FT | | GIII Application of Jo Mueller | | | |
| FU | 147 | Gateway to Financial Freedom | 7/13 | | |
| FV | 140 | Gateway to Financial Freedom Greatest Hits | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| FW | 18 9 01 | Gateway to Financial Freedom Brochure and Related Material | | | |
| | | | | | |
| FX | | Global Prosperity Seminar Video Tape, dated February 28, 1998 | | | |
| FY | 165 | Global Prosperity Seminar Video Tape, dated June 11, 1998 | 7/18 | | |
| | | | | | |
| FZ | 154 | Mail Boxes, Ect. Mail-Drop Application (301 Newbury St., Suite 282, Danvars, Mass.) | | | |
| | | | | | |
| GA | | Invoice | | | |
| GA | | CFS Check to JGM Investments for $2,980.00 | | | |
| GB | | Atlas Water Documents/Invoices | | | |
| GC | 153 | Ford Motor Application for Purchase of Lincoln Town Car and related Docs | | 7/14 | |
| GD | | CFS Check to Moore Plumbing for $169.44, dated November 1, 1999 | | | |
| GE | | Holland Energy Documents and checks | | | |
| GF | | Town of Danvars Records/Invoices | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| GG | | Borash Vet Clinic Documents | | | |
| GH | | High Street Car Invoice | | | |
| GI | | Ambulance Bill | | | |
| GJ | | CFS Check to Norvells Florest | | | |
| GK | | Records/Documents from Travel Destinations | | | |
| GL | | Donald Cashman Construction/Work | | | |
| GM | | Records from Automatic Payment Systems | | | |
| GN | | ProStep Records | | | |
| GO | | Melaleauca Records | | | |
| GP | | PILL Documents | | | |
| GQ | | OUT | | | |
| GR | | Various Cold/Warm Call Scripts | | | |
| GS | | ABSEX Del Norte Docs -OUT | | | |
| GT | | Revenue Reimbursement Docs/Check | | | |
| GU | | OUT | | | |
| GV | | GII Application w/ Nadine Griffin | | | |
| GW | | OUT | | | |
| GX | | Margo Jordan AKA Trust | | | |
| GY | | Revenue Reimbursement Check/Docs | | | |
| GZ | | Letter to IGP & Griffin re: Complaint April 1998 | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| HA | | Global Prosperity Scripts | | | |
| HB | | Global Prosperity Welcome Packet | | | |
| HC | | Meliorations Management | | | |
| HD | | OUT | | | |
| HE | | OUT | | | |
| HF | | OUT | | | |
| HG | | Global Prosperity Brochure | | | |
| HH | | OUT | | | |
| HI | | GII Tickets | | | |
| HJ | | IGP Customer Support Agreement | | | |
| HK | | AKA Customer Support Bonus Check | | | |
| HL | | OUT | | | |
| HM | | OUT | | | |
| HN | | OUT | | | |
| HO | | Founding GIII Associates, including Margo and Nadine | | | |
| HP | | Global Customer List | | | |
| HQ | | Global Seminar Room Listing | | | |
| HR | | OUT | | | |
| HS | | Margo Jordan Application to Join IGP, dated Nov. 1996 | | | |
| HT | | OUT | | | |
| HU | | OUT | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| HV | | Various Qualified Retailer/Director Applications | | | |
| HW | | OUT | | | |
| HX | | GII Purchase Agreement and EPS Letter to GII Attendee | | | |
| HY | | Keith Anderson: Gateway to Financial Freedom Transcripts | | | |
| HZ | | Johnny Liberty Tape Series Transcripts | | | |
| | | | | | |
| | | | | | |
| IA | 168 | **Summary Exhibit I**: 1998 Global Related Payments to N. Griffin (Summary of Customers Appearing at Trial) | 7/19/06 | | |
| IB | 169 | **Summary Exhibit II**: 1999 Global Related Payments to N. Griffin (Summary of Customers Appearing at Trial) | | | |
| IC | 170 | **Summary Exhibit III**: 1998 Bank Deposits, CFS Account | | | |
| ID | 171 | **Summary Exhibit IV**: 1998 Bank Deposits, Angelica Holdings Account | | | |
| IE | 172 | **Summary Exhibit V**: 1998 Bank Deposit Analysis of Gross Receipts | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| IF | 173 *99 deposit CFS* | ~~Summary Exhibit VI: 1998 Bank~~ ~~Withdrawals, CFS Account~~ | 7/19/06 | | |
| IG | 174 | **Summary Exhibit VII:** ~~1998 Bank~~ ~~Withdrawings,~~ ~~Angelica Holdings~~ ~~Account~~ *Angelica Hold · 99 deposit* | | | |
| IH | 175 | *unreported Gross receipt 99* ~~Summary Exhibit VIII: 1998 Net~~ ~~Profit from Global Related Sales~~ | | | |
| II | 176 | *98 CFS withdrawal* ~~Summary Exhibit IX: 1998 Tax Loss~~ | | | |
| IJ | 177 | *98 Angelica Withdrawal* ~~Summary Exhibit X: 1999 Bank~~ Deposit, CFS Account | | | |
| IK | 178 | *Net Profit 98* ~~Summary Exhibit XI: 1999 Bank~~ ~~Deposits, Angelica Holdings Account~~ | | | |
| IL | 179 | ~~Summary Exhibit XII:~~ ~~1999 Bank~~ ~~Deposit Analysis of Gross Receipts~~ *Tax Loss 98* | | | |
| IM | 180 | ~~Summary Exhibit XIII: 1999 Bank~~ ~~Withdrawals, CFS Account~~ *CFS Withdrawal 99* | | | |
| IN | 181 | **Summary Exhibit XIV:** 1999 Bank Withdrawals, Angelica Holdings Account | | | |
| IO | 182 | **Summary Exhibit XV:** 1999 Net Profit from Global Related Sales | | | |

| Pre-Mark # | EXHIBIT # | DESCRIPTION OF EXHIBIT | DATE OFFERED | ADMITTED | |
|---|---|---|---|---|---|
| | | | | Admit (A)/ Reject/ (R) | Reserved Ruling |
| IP | 183 | **Summary Exhibit XVI:** 1999 Tax Loss | 7/19/06 | | |
| IQ | | **Summary Exhibit XVII:** 1998 & 1999 Debit Memos, CFS Account | | | |
| IR | 138 | Photograph of 142 Locust Street, Danvars, Massachusetts | | 7/13 | |
| IS | | **OUT** | | | |
| IT | | Global I Transcript | | | |
| IU | | Global I Transcript | | | |
| IV | | Global I Transcript | | | |
| IW | | Global III Application & Non-Disclosure Contract | | | |

IX   136   Purchase Agreement GTII
       137         9/26 - 14/99

78

AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| | | US | vs. | Nadine Griffin | CASE NO. CR 05-10175-WGY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | 7/18/06 | | | Jeff Lewis |
| | | | | | Jury quest #12, #13, #14, #15 #16, #17 |
| | | | IY | #64 | Gregory Carr letter |
| | | | IZ | 163 | Pure Trust Handbook |
| | | | | | Margo Sirtory |
| | | | | | Jury quest #18, #19 |
| | | 7/19/06 | | | Margo Sirtory |
| | | | | 166 | DVD |
| | | | | 167 | DVD |
| | | | | | Michael Pleshaw |
| | | | KB | | Chart of 122 |
| | | | KC | | Chart of 174 |
| | | | | | Jury quest #20, #21, #22, #23, #24, #25, #26 |
| | | | KA | | Check traces from Trostev |
| | | | KD | | 199 Taxpayer Instruct Cover |
| | | | KE | | 199 Taxpayer Instruct Cover |
| | | | | | Jury quest #27 |
| | | 7/20 | KF | | Income tax examination codes |
| | | | KG | | Power Point slide copies |
| | | | | | Michael Pleshaw |
| | | | | | Jury quest #28 |
| | | 7/21/06 | | | Jury quest #29 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## DISTRICT OF MASSACHUSETTS

U·S·

v.

Nadine Griffin

### EXHIBIT AND WITNESS LIST

CASE NUMBER: _O5 CR 10175_

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Young | Maietta Kane | Richey |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/10/06 | Womack | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/10/06 | | | Paul Crowley |
| | | 7/12/06 | | | Paul Crowley |
| | | | | | Jury quest #1, #2, #3 |
| | | | | | Joseph Cintron |
| | | | | | Christine Gould |
| | | 7/13/06 | | | Becky Coggih |
| | | | | | Jury quest #4 |
| | | | | | Rudyard hally |
| | | | | | Donald Cote |
| | | | | | Patry Nelson |
| | | 7/14/06 | | | Glenn Florence |
| | | | | | Eileen Clarke |
| | | | | | Jury quest #5, #6 #7, #8 #9 |
| | | | | | Fred Aloi |
| | | | 152 | | Stipulation |
| | | | | | William Capece |
| | | | | | Daniel Murphy |
| | | | | | Roger Marcorelle |
| | | 7/17/06 | | | Roger Marcorelle |
| | | | | | Jury quest #10, #11 |
| | | | | | Ralph Ardiff |
| | | | | | William Kittredge |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.