UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
        v.                          )  CRIMINAL ACTION
                                    )  NO. 05-10175-WGY
NADINE J. GRIFFIN,                  )
        Defendant.                  )
                                    )
_____)
```

## JURY VERDICT

1. On the charge of filing a false tax return, we find Nadine Griffin:

    a. As to the 1998 return:

        _____ not guilty

        _____ guilty

    b. As to the 1999 return:

        _____ not guilty

        __✓__ guilty

2. Were sophisticated means of concealment used?

   _____ no

   \_\_✓\_\_ yes

3. The amount of the aggregate tax loss is $_____.

   _____ more than $200,000

   _____ more than $80,000, but less than $200,000

   \_\_✓\_\_ more than $30,000, but less than $80,000

   _____ more than $12,500, but less than $30,000

   _____ more than $5,000, but less than $12,500

   _____ more than $2,000, but less than $5,000

   _____ $2,000 or less

_____
FORELADY

DATE: 7/24/06