```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS


_____
                                     )
UNITED STATES OF AMERICA             )
                                     )
      v.                             ) CRIMINAL ACTION
                                     ) NO. 05-10175-WGY
NADINE J. GRIFFIN,                   )
         Defendant.                  )
_____)
```

ORDER

YOUNG, D.J.                                         September 1, 2006

   The parties are ordered to appear at 9:00 AM, Tuesday, September 5, 2006, to impanel a jury to proceed to trial on Count I.

   SO ORDERED.

                                    /s/ William G. Young
                                    _____
                                    WILLIAM G. YOUNG
                                    DISTRICT JUDGE