```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Criminal No.
 3                                        05-10175-WGY

 4
     * * * * * * * * * * * * * * * *   **TRANSCRIPT OF**
 5                                  *  **PRETRIAL MATTERS**,
     UNITED STATES OF AMERICA       *  **JURY SELECTION,**
 6                                  *  **PRELIMINARY JURY**
     v.                             *  **INSTRUCTIONS**,
 7                                  *  **OPENING STATEMENTS**
                                    *  **and THE EVIDENCE**
 8   NADINE J. GRIFFIN              *     (Volume 1)
                                    *
 9   * * * * * * * * * * * * * * * *

10

11

12

13          BEFORE:   The Honorable William G. Young,
                          District Judge, and a Jury
14

15

16
     APPEARANCES:
17
              CHRISTOPHER J. MAIETTA and JOHN N. KANE,
18      Trial Attorneys, U.S. Department of Justice, Tax
        Division, 601 D Street, NW, Room 7012, Washington,
19      D.C. 20004, on behalf of the Government

20
              ALAN STUART RICHEY, ESQ., P.O. Box 1505,
21      Port Hadlock, Washington 98339, on behalf of the
        Defendant
22

23

24                                        1 Courthouse Way
                                          Boston, Massachusetts
25
                                          July 10, 2006
```

# I N D E X

Preliminary Matters . . . . . . . . . . . . . . . . .   3

Jury Selection . . . . . . . . . . . . . . . . . . .  13

Preliminary Jury Instructions . . . . . . . . . . .  78

Opening Statement by Mr. Maietta . . . . . . . . .  94

Opening Statement by Mr. Richey . . . . . . . . .  105

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| PAUL CROWLEY | | | | |
| By Mr. Kane | 112 | | | |

| EXHIBITS: | | FOR I.D. | IN EVID. |
|---|---|---|---|
| 1 | Form 1040 Nadine J. Griffin 1993 | | 121 |
| 2 | Form 1040 Nadine J. Griffin 1994 | | 121 |
| 3 | Form 1040 Nadine J. Griffin 1995 | | 121 |
| 4 | Form 1040 Nadine J. Griffin 1996 | | 121 |
| 5 | Form 1040 Nadine J. Griffin 1997 | | 121 |
| 6 | Form 1040 Nadine J. Griffin 1998 | | 121 |
| 7 | Form 1040 Nadine J. Griffin 1999 | | 121 |
| 8 | Information and Return Master File Transcript | | 133 |