```
 1              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Criminal No.
 3                                        05-10175-WGY

 4
    * * * * * * * * * * * * * * * *
 5                                 *
    UNITED STATES OF AMERICA       *
 6                                 *   TRANSCRIPT OF
    v.                             *   THE EVIDENCE
 7                                 *     (Volume 2)
    NADINE J. GRIFFIN              *
 8                                 *
    * * * * * * * * * * * * * * * *
 9

10

11

12          BEFORE:  The Honorable William G. Young,
                     District Judge, and a Jury
13

14

15
    APPEARANCES:
16
              CHRISTOPHER J. MAIETTA and JOHN N. KANE,
17     Trial Attorneys, U.S. Department of Justice, Tax
       Division, 601 D Street, NW, Room 7012, Washington,
18     D.C. 20004, on behalf of the Government

19
              ALAN STUART RICHEY, ESQ., P.O. Box 1505,
20     Port Hadlock, Washington 98339, on behalf of the
       Defendant
21

22

23

24                                        1 Courthouse Way
                                          Boston, Massachusetts
25
                                          July 12, 2006
```

1                          **I N D E X**

2
   **WITNESS:**           **DIRECT**    **CROSS**    **REDIRECT**    **RECROSS**
3

4  PAUL CROWLEY, Resumed

5    By Mr. Kane            4                          30,
                                                       39
6    By Mr. Richey                       14

7  JOSEPH CINTRON

8    By Mr. Kane           43                          101

9    By Mr. Richey                       72

10 CHRISTINE GOULD

11   By Mr. Maietta       108

12   By Mr. Richey                      144

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1
                                              FOR        IN
 2       EXHIBITS:                            I.D.       EVID.

 3

 4    9    Certificate of Assessments . . . . . . . . . . .  34
 5   10    Lack of Official Record of Tax Filing  . . . .   40
 6   11    Lack of Official Record of Tax Filing  . . . .   41
 7   12    Lack of Official Record of Tax Filing  . . . .   41
 8   13    Lack of Official Record of Tax Filing  . . . .   41
 9   14    Cintron's Tax File for Griffin - 1995  . . . .   54
10   15    Cintron's Tax File for Griffin - 1996  . . . .   54
11   16    Cintron's Tax File for Griffin - 1997  . . . .   54
12   17    Cintron's Tax File for Griffin - 1998  . . . .   57
13   93    Mortgage Pre-Application Kit  . . . . . . . . . 144
14   94    Fixed Rate Mortgage Disclosure Form  . . . . .  144
15   95    Self-Employment Income Analysis  . . . . . . .  144
16   96    Danvers Savings Bank Letter  . . . . . . . . .  144
17   97    Title Insurance Documents  . . . . . . . . . .  144
18   98    Truth-in-Lending Documents . . . . . . . . . .  144
19
20
21
22
23
24
25
```