```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                               Criminal No.
 3                                             05-10175-WGY

 4
      * * * * * * * * * * * * * * *
 5                                  *
      UNITED STATES OF AMERICA      *
 6                                  *   TRANSCRIPT OF
      v.                            *   THE EVIDENCE
 7                                  *     (Volume 3)
      NADINE J. GRIFFIN             *
 8                                  *
      * * * * * * * * * * * * * * *
 9

10

11            BEFORE:  The Honorable William G. Young,
                       District Judge, and a Jury
12

13

14
      APPEARANCES:
15
              CHRISTOPHER J. MAIETTA and JOHN N. KANE,
16       Trial Attorneys, U.S. Department of Justice, Tax
         Division, 601 D Street, NW, Room 7012, Washington,
17       D.C. 20004, on behalf of the Government

18
              ALAN STUART RICHEY, ESQ., P.O. Box 1505,
19       Port Hadlock, Washington 98339, on behalf of the
         Defendant
20

21

22

23                                         1 Courthouse Way
                                           Boston, Massachusetts
24
                                           July 13, 2006
25
```

**I N D E X**

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| BECKY COGGINS | | | | |
|   By Mr. Kane | 5 | | 94 | |
|   By Mr. Richey | | 60 | | 98 |
| RUDYARD JAMES LALLY | | | | |
|   By Mr. Kane | 100 | | 111 | |
|   By Mr. Richey | | 106 | | |
| DONALD COTE | | | | |
|   By Mr. Kane | 113 | | | |
|   By Mr. Richey | | 118 | | |
| PATSY MELSON | | | | |
|   By Mr. Maietta | 121 | | 145 | |
|   By Mr. Richey | | 138 | | |

```
                                                FOR        IN
     EXHIBITS:                                  I.D.       EVID.


105  G-III Application - Jordan     . . . . . . . . . .     34
106  G-III Application - Abrahams   . . . . . . . . . .     34
107  G-III Application - Chapman    . . . . . . . . . .     34
108  G-III Application - Fergus     . . . . . . . . . .     34
109  G-III Application - Hunsekar   . . . . . . . . . .     34
110  G-III Application - Kehlanbach . . . . . . . . .       34
111  G-III Application - Taylor     . . . . . . . . . .     34
112  G-III Application - Sult       . . . . . . . . . .     34
113  G-III Application - Brolsma    . . . . . . . . . .     34
114  G-III Application - Clapps     . . . . . . . . . .     34
115  G-III Application - Fragosa    . . . . . . . . . .     34
116  G-III Application - Hinosa     . . . . . . . . . .     34
117  G-III Application - Lally      . . . . . . . . . .     34
118  G-III Application - Monteses   . . . . . . . . . .     34
119  G-III Application - Hoofer     . . . . . . . . . .     34
120  G-III Application - Clarke     . . . . . . . . . .     34
121  G-III Application - Leach      . . . . . . . . . .     34
122  G-III Application - Plant      . . . . . . . . . .     34
123  G-III Application - Beugelink  . . . . . . . . . .     34
124  G-III Application - Brown      . . . . . . . . . .     34
125  G-III Application - Butterfield . . . . . . . . .      34
126  G-III Application - Chalmers   . . . . . . . . . .     34
127  G-III Application - Clutter    . . . . . . . . . .     34
128  G-III Application - Franecki   . . . . . . . . . .     34
129  G-III Application - Keane      . . . . . . . . . .     34
130  G-III Application - Nelson     . . . . . . . . . .     34
131  G-III Application - Sperlinca  . . . . . . . . . .     34
132  G-III Application - Van Dine   . . . . . . . . . .     34
133  G-III Application - Dittgen    . . . . . . . . . .     34
134  G-III Application - Tripoli    . . . . . . . . . .     34
135  G-III Application - Clark      . . . . . . . . . .     34
136  G-III Application - Hendry     . . . . . . . . . .     34
IX   G-III Application              . . . . . . . . . .     34
147  G-I Tape Series                . . . . . . . . . .     40
148  Gateway to Financial Freedom   . . . . . . . . . .     46
149  Gateway to Financial Freedom Brochure . . . . .        55
150  Photograph                     . . . . . . . . . .    136
```