```
 1                UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS
 2
                                           Criminal No.
 3                                         05-10175-WGY

 4
    * * * * * * * * * * * * * * * *
 5                                 *
    UNITED STATES OF AMERICA       *
 6                                 *   TRANSCRIPT OF
    v.                             *   THE EVIDENCE
 7                                 *      (Volume 4)
    NADINE J. GRIFFIN              *
 8                                 *
    * * * * * * * * * * * * * * * *
 9

10

11

12          BEFORE:  The Honorable William G. Young,
                     District Judge, and a Jury
13

14

15
    APPEARANCES:
16
              CHRISTOPHER J. MAIETTA and JOHN N. KANE,
17      Trial Attorneys, U.S. Department of Justice, Tax
        Division, 601 D Street, NW, Room 7012, Washington,
18      D.C. 20004, on behalf of the Government

19
              ALAN STUART RICHEY, ESQ., P.O. Box 1505,
20      Port Hadlock, Washington 98339, on behalf of the
        Defendant
21

22

23

24                                         1 Courthouse Way
                                           Boston, Massachusetts
25
                                           July 14, 2006
```

**I N D E X**

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| GLENN FLORENCE | | | | |
|   By Mr. Kane | 4 | | | |
|   By Mr. Richey | | 10 | | |
| EILEEN DOOLEY CLARKE | | | | |
|   By Mr. Kane | 13 | | 28 | |
|   By Mr. Richey | | 20 | | |
| SHIRLEY KEDROWSKI | | | | |
|   By Mr. Maietta | 32 | | 54 | |
|   By Mr. Richey | | 47 | | 56 |
| FRED ALOI | | | | |
|   By Mr. Kane | 65 | | | |
|   By Mr. Richey | | 72 | | |
| WILLIAM CAPECE | | | | |
|   By Mr. Maietta | 91 | | | |
|   By Mr. Richey | | 103 | | |
| DANIEL MURPHY | | | | |
|   By Mr. Kane | 104 | | 118 | |
|   By Mr. Richey | | 114 | | |
| ROGER MARCORELLE | | | | |
|   By Mr. Kane | 126 | | | |

| EXHIBITS: | | FOR I.D. | IN EVID. |
|---|---|---|---|
| 152 | Stipulation | | 77 |
| 153 | Lincoln Town Car Documents | | 95 |
| 154 | Mail Boxes, Etc. Documents | | 107 |