```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Criminal No.
 3                                        05-10175-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *
 6                                  *   TRANSCRIPT OF
     v.                             *   THE EVIDENCE
 7                                  *     (Volume 5)
     NADINE J. GRIFFIN              *
 8                                  *
     * * * * * * * * * * * * * * * *
 9

10

11

12           BEFORE:  The Honorable William G. Young,
                      District Judge, and a Jury
13

14

15
     APPEARANCES:
16
              CHRISTOPHER J. MAIETTA and JOHN N. KANE,
17     Trial Attorneys, U.S. Department of Justice, Tax
       Division, 601 D Street, NW, Room 7012, Washington,
18     D.C. 20004, on behalf of the Government

19
              ALAN STUART RICHEY, ESQ., P.O. Box 1505,
20     Port Hadlock, Washington 98339, on behalf of the
       Defendant
21

22

23

24                                      1 Courthouse Way
                                        Boston, Massachusetts
25
                                        July 17, 2006
```

# I N D E X

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| ROGER MARCORELLE, Resumed | | | | |
| By Mr. Kane | 3 | | 37 | |
| By Mr. Richey | | 21 | | |
| RALPH ARDIFF | | | | |
| By Mr. Maietta | 41 | | 79 | |
| By Mr. Richey | | 73 | | |
| WILLIAM A. KITTREDGE, JR. | | | | |
| By Mr. Maietta | 81 | | 115 | |
| By Mr. Richey | | 103 | | |

| EXHIBITS: | | FOR I.D. | IN EVID. |
|---|---|---|---|
| 155 | Ardiff Notes . . . . . . . . . . . . . . | | 46 |
| 156 | Ardiff Notes . . . . . . . . . . . . . . | | 54 |
| 157 | Sackrider Fax Transmission . . . . . . | | 61 |
| 158 | Angelica Holdings Documents . . . . . | | 69 |
| 159 | Kittredge Invoice . . . . . . . . . . . | | 95 |
| 160 | Kittredge Interview Sheet/Related Docs | | 95 |
| 161 | Office Copy of Griffin 1999 Tax Form . | | 95 |