```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

                                        Criminal No.
                                        05-10175-WGY


* * * * * * * * * * * * * * * *
                               *
UNITED STATES OF AMERICA       *
                               *   TRANSCRIPT OF
v.                             *   THE EVIDENCE
                               *     (Volume 6)
NADINE J. GRIFFIN              *
                               *
* * * * * * * * * * * * * * * *
```

            BEFORE:  The Honorable William G. Young,
                     District Judge, and a Jury

APPEARANCES:

          CHRISTOPHER J. MAIETTA and JOHN N. KANE,
   Trial Attorneys, U.S. Department of Justice, Tax
   Division, 601 D Street, NW, Room 7012, Washington,
   D.C. 20004, on behalf of the Government

          ALAN STUART RICHEY, ESQ., P.O. Box 1505,
   Port Hadlock, Washington 98339, on behalf of the
   Defendant

                                        1 Courthouse Way
                                        Boston, Massachusetts

                                        July 18, 2006

```
 1                         I N D E X

 2
     WITNESS:           DIRECT    CROSS     REDIRECT    RECROSS
 3

 4   JEFF LEWIS

 5     By Mr. Kane         5                   78

 6     By Mr. Richey                30                    84

 7   MARGO SARTORY

 8     By Mr. Maietta     86

 9     By Mr. Richey               124

10

11                                            FOR         IN
     EXHIBITS:                                I.D.       EVID.
12

13   162  Bank Records . . . . . . . . . . . . . . . . . 5

14   IY   Gregory Karl Letter . . . . . . . . . 34

15   IZ   Trust Document Correspondence . . . . 47

16   163  Trust Document Correspondence . . . . . . . . 49

17   164  Gregory Karl Letter. . . . . . . . . . . . . . 69

18   165  DVD  . . . . . . . . . . . . . . . . . . . . 118

19   FZ   DVD  . . . . . . . . . . . . . . . . . 160

20   GA   DVD  . . . . . . . . . . . . . . . . . 160

21

22

23

24

25
```