```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Criminal No.
 3                                            05-10175-WGY

 4
     * * * * * * * * * * * * * * *
 5                                 *
     UNITED STATES OF AMERICA      *
 6                                 *   TRANSCRIPT OF
     v.                            *   THE EVIDENCE
 7                                 *     (Volume 7)
     NADINE J. GRIFFIN             *
 8                                 *
     * * * * * * * * * * * * * * *
 9

10

11

12            BEFORE:  The Honorable William G. Young,
                       District Judge, and a Jury
13

14


15
     APPEARANCES:
16
                CHRISTOPHER J. MAIETTA and JOHN N. KANE,
17       Trial Attorneys, U.S. Department of Justice, Tax
         Division, 601 D Street, NW, Room 7012, Washington,
18       D.C. 20004, on behalf of the Government

19
                ALAN STUART RICHEY, ESQ., P.O. Box 1505,
20       Port Hadlock, Washington 98339, on behalf of the
         Defendant
21

22

23

24                                       1 Courthouse Way
                                         Boston, Massachusetts
25
                                         July 19, 2006
```

**I N D E X**

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| MARGO SARTORY, Resumed | | | | |
| By Mr. Richey | | 4 | | |
| MICHAEL PLESHAW | | | | |
| By Mr. Kane | 12 | | | |
| By Mr. Richey | | 96 | | |

| EXHIBITS: | | FOR I.D. | IN EVID. |
|---|---|---|---|
| 166 | DVD | | 7 |
| 167 | DVD | | 7 |
| 168 | Summary Exhibit I | | 35 |
| 169 | Summary Exhibit II | | 37 |
| 170 | Summary Exhibit III | | 43 |
| 171 | Summary Exhibit IV | | 47 |
| 172 | Summary Exhibit V | | 51 |
| 173 | Summary Exhibit VI | | 57 |
| 174 | Summary Exhibit VII | | 59 |
| 175 | Summary Exhibit VIII | | 61 |
| 176 | Summary Exhibit IX | | 66 |
| 177 | Summary Exhibit X | | 71 |
| 178 | Summary Exhibit XI | | 73 |
| 179 | Summary Exhibit XII | | 79 |
| 180 | Summary Exhibit XIII | | 85 |
| 181 | Summary Exhibit XIV | | 86 |
| 182 | Summary Exhibit XV | | 87 |
| 183 | Summary Exhibit | | 89 |
| CD | U.S. Postal Money Orders | 115 | |
| CE | Opening Deposit Slip for CFS | 115 | |