```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

                                              Criminal No.
                                              05-10175-WGY


  * * * * * * * * * * * * * * * *
                                 *    TRANSCRIPT OF RULE
  UNITED STATES OF AMERICA       *    29 MOTION, JURY CHARGE
                                 *    CONFERENCE, EVIDENCE,
  v.                             *    CLOSING ARGUMENTS
                                 *    and JURY INSTRUCTIONS
  NADINE J. GRIFFIN              *       (Volume 8)
                                 *
  * * * * * * * * * * * * * * * *




             BEFORE:   The Honorable William G. Young,
                       District Judge, and a Jury




  APPEARANCES:

              CHRISTOPHER J. MAIETTA and JOHN N. KANE,
        Trial Attorneys, U.S. Department of Justice, Tax
        Division, 601 D Street, NW, Room 7012, Washington,
        D.C. 20004, on behalf of the Government

              ALAN STUART RICHEY, ESQ., P.O. Box 1505,
        Port Hadlock, Washington 98339, on behalf of the
        Defendant




                                              1 Courthouse Way
                                              Boston, Massachusetts

                                              July 20, 2006
```

Case 1:05-cr-10175-WGY   Document 139   Filed 12/04/2006   Page 2 of 2

**I N D E X**

Rule 29 Motion . . . . . . . . . . . . . . . . . . . 4

Jury Charge Conference . . . . . . . . . . . . . . . 8

Jury Instructions . . . . . . . . . . . . . . . . . 61

Closing Argument by Mr. Kane . . . . . . . . . . . 101

Closing Argument by Mr. Richey . . . . . . . . . . 115

Rebuttal Argument by Mr. Kane . . . . . . . . . . 127

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| MICHAEL PLESHAW, Resumed | | | | |
| By Mr. Richey | | 22 | | |
| By Mr. Kane | | | 47 | |

| EXHIBITS: | FOR I.D. | IN EVID. |
|---|---|---|
| KF   Revenue Agent Report . . . . . . . . | 46 | |