```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

                                        Criminal No.
                                        05-10175-WGY

* * * * * * * * * * * * * * * *
                               *
UNITED STATES OF AMERICA       *
                               *
v.                             *    TRIAL TRANSCRIPT
                               *       (Volume 9)
NADINE J. GRIFFIN              *
                               *
* * * * * * * * * * * * * * * *




           BEFORE:  The Honorable William G. Young,
                    District Judge, and a Jury



APPEARANCES:

            CHRISTOPHER J. MAIETTA and JOHN N. KANE,
      Trial Attorneys, U.S. Department of Justice, Tax
      Division, 601 D Street, NW, Room 7012, Washington,
      D.C. 20004, on behalf of the Government


            ALAN STUART RICHEY, ESQ., P.O. Box 1505,
      Port Hadlock, Washington 98339, on behalf of the
      Defendant




                                        1 Courthouse Way
                                        Boston, Massachusetts

                                        July 21, 2006
```