```
 1              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
 2
                                     Criminal No.
 3                                   05-10175-WGY

 4
   * * * * * * * * * * * * * * * *
 5                                *
   UNITED STATES OF AMERICA       *
 6                                *   TRIAL TRANSCRIPT
   v.                             *     (Volume 10)
 7                                *
   NADINE J. GRIFFIN              *
 8                                *
   * * * * * * * * * * * * * * * *
 9

10

11

12          BEFORE:  The Honorable William G. Young,
                     District Judge, and a Jury
13

14

15
   APPEARANCES:
16
             CHRISTOPHER J. MAIETTA and JOHN N. KANE,
17     Trial Attorneys, U.S. Department of Justice, Tax
       Division, 601 D Street, NW, Room 7012, Washington,
18     D.C. 20004, on behalf of the Government

19
             ALAN STUART RICHEY, ESQ., P.O. Box 1505,
20     Port Hadlock, Washington 98339, on behalf of the
       Defendant
21

22

23

24                                   1 Courthouse Way
                                     Boston, Massachusetts
25
                                     July 24, 2006
```