Dear Chief Judge William Young,

In 1992 I was in a business called Melaleuca and I told 15 people that I knew about the business. Those 15 people grew to a collective group of 400 providing a residual income to all of us. Global Prosperity worked much the same way. I brought the same 15 people from Melaleuca into the Global business. Those people told others, who told others as you heard at my trial. The customers that were on the stand were not my personal customers, they were referred by their friends or acquaintances who were also in the business. And may I add, highly intelligent people with degrees, MBAs, financial planners, engineers, doctors, nurses, accountants and attorneys. I personally did not recruit hundreds of people as the government states. With websites, and an automated information system, each person made an informed, educated decision to become a customer.

In June of 1999 I walked away from Global Prosperity, resigned and notified the trustees. The government said I was a person of greed. As it came out in the trial, a supposed "Top Rep" from the company does not walk away from being a Top Rep. There were distinct reasons. I had a conflict of interest with the integrity of the owners of the company that did not align with my personal integrity. I discussed these issues in depth with the government as I cooperated when they knocked on my door in February 2001. I interviewed and cooperated four different days, eight hours each day in 2001 with the government, because I had nothing to hide. Interestingly enough, 90% of the questions asked were not even about me.

In January 2002, the government, via my attorney offered me a plea bargain. I could not accept the plea bargain, because in my mind accepting a plea bargain was an admission of guilt. I was not guilty of lying on my tax returns, so I did not accept this plea bargain. Three years later I was indicted. I was forced to retain an attorney, move in with my parents, sell anything of value and borrow the money necessary for my defense. I thank you for offering a public defender, but this is my name and my life and I felt I deserved an attorney that would understand the nature of my case.

I did not hide anything Your Honor, I relied on so-called experts in their fields and did what they told me to do. I had a book-keeper, an attorney and accountants that I relied on. There was no secret who the managing director was as the local bank, Mailboxes, Etc. and documents or applications pertaining to the business have my name, address, license number etc on them. I believe I was an easy target for the government as I left a blatant, obvious, trackable trail due to the fact I had nothing to hide, and I thought every move I made was legitimate. I thought I was crossing all my t's, dotting every I, and doing a great job of not co-mingling my person income with the trust's. I would think this would show that there was no act of intentionally breaking the law. After all, I went to the managing director's school in Arizona and sat alongside doctors, lawyers and other highly educated book-smart people. We were all, thousands of us, led to believe that this was legitimate.

Having Mr. Kittridge as my accountant, a former IRS auditor who was also in the Global business and attended the same conferences as I, and who was fully aware of the trusts and how they worked, why would I have ever thought that anything I was doing was outside the law? He had many Global clients as customers, and did my tax returns, but yet was granted immunity?

To me, that is the true definition of turning a blind eye.

At my trial, the government put a document on the overhead projector that was an actual document from the corpus of the trust. It stated that the trustees owned and controlled all assets and investments. The government said that I KNEW that was a lie. Your Honor, why would I think that? I believed it. Because I believed the owners of the trust company, the trustees and all the documents to be true. In 1998, the trustees approved a loan of $5500 for me to use as a down payment on my 1995 Lincoln Town Car. If I believed that this was all MY personal money, why would I have asked for a loan for a down payment on a 3 year old car? My parents still have that same car nine years later.

Regarding some of the witnesses testifying to me being the perfect tourist, yes, Your Honor, this business took me to places like Aruba, the Bahamas and Mexico. I had never traveled outside of the country before. When I was at the conferences, I am guilty of being a tourist. I tried my hand at gambling, buying souvenirs for my family and friends, eating the native food just like everyone else that was in attendance. It was stated that I drank Dom Perignon at one of the conferences. Yes, I did. The owners of the company had a welcome reception for a couple hundred people and served everyone Dom Perignon. I have never personally purchased a bottle of Dom Perignon, but if I am ever at a social gathering where Dom Perignon is served, you can be sure that I will partake once again. Not one witness could testify to my beliefs or my state of mind, or how I operated the business or ran my daily life. Not one witness testified to the detriment of my work ethic, honesty, character or integrity.

I would like to correct the statement made by the government as to where I live. They stated that I lived on Lake Winnepausakee. I live with my mother in Center Tuftonboro, NH which is five miles from the lake, certainly not on or overlooking Lake Winnepausakee.

I am grateful that one thing I had instilled in me at a young age is that the Constitution and the Bill of Rights actually means something. I was led to believe that I would never get a fair trial in the justice system, but I did in your courtroom in Massachusetts Judge Young. Being at my trial every day, every minute I believe you were fair and impartial and gave me a fair trial. It's hard to defend oneself with limited resources.

My father was diagnosed with Stage 4 lung cancer four days into my trial on July 14th. I'm grateful that I was able to drive him to and from his treatments as my mother is fearful behind the wheel. I'm thankful I got to spend the last year of his life in New Hampshire with them. He passed away November 30th at home. My fear now is for my mom. They had been married for 50 years and it's only been 6 weeks since his death . I worry that my mother, being alone emotionally as well as physically will not fair well in her grief. I've always been my parent's emotional rock, and have taken over household affairs since I have been back. I feel that now more than ever my mom needs that from me.

I also want to say that I have been going through this for six years, and I know that today or hopefully sometime in the very near future I will have some closure. I suffer from depression and have gained over 20 pounds in this last year. I used to be naive, and easily "wowed" and impressed. Being only a high school graduate does not make me stupid, although the

government seems to have empathy for Patty Melson, also only a high school graduate.  But I guess it depends on what side you're on.  I was always taught to look and act my best when out in public, and that's something I do not want to change about myself.  I still shop at TJ Maxx and Marshalls just like I always have, just like all my friends.

    I know when you sentence me on Tuesday, you will be just as fair as you were at my trial.  I never understood the meaning of "I'd rather be happy than be right."  Given these last six years, I know truly know what it means.

    Thankyou,
    Nadine J Griffin

To *Your Honorable*,                                           1/14/2007
    *Judge Young*

This letter is to inform you of the personage of Ms. Nadine J. Griffin. Nadine is a person of unbending integrity, honesty, purity and utmost, generosity. Nadine has led a life of self-sacrifice on behalf of her friends and family. To know Nadine personally is said to be a blessing (a kiss from an angel).

I, Leonard Lively have had the honor to be in a committed relationship with Nadine for more than 4 years. In these 4 years I have seen nothing more than purity of spirit, chasteness in regards to what she truly is, a wonderful god fearing entity.

Nadine has always been a pillar to her community no matter where she has lived. I have personally seen her sacrifice her self many times, for the betterment of her fellow man and woman.

*Judge Young* it would be a sad day to see such a wonderful person and compliment of myself, incarcerated. Judge Young, I ask you to find it in your heart, not to remove Nadine from our lives for 1 moment, 1 hour, 1 day, 1 month or several months.

I can only elaborate as to what Nadine J. Griffin has meant to me for more than 4 years, but to do so would most likely take a good many months of writing.

*Judge Young*, please take these few words to your most inner spiritual chamber and not deny any one of us the blessing of being in the presence of Ms Nadine J. Griffin.

I Leonard Lively attended the trial and will be at Nadine's side, for her sentencing, for this is a family matter.

Sincerely and With the Utmost Respect,

Leonard C Lively
PO Box 111
Ctr. Tuftonboro, NH 03816
Phone 1 603 569 3339



11 January 2007

To whom it may concern,

I am writing this letter on behalf of Nadine Griffin.

Over the past two years I have met with Nadine on a weekly basis via telephone in the roll of coach, counselor, mentor and therapist. Our early sessions were marked my Nadine's feelings of depression and low self-esteem.

In this type of relationship it is common practice to dig deep into the self-image or self-concept of the individual to discover key motivating factors. Their values hierarchy also plays a key roll in maintaining positive, effective and sustainable change.

While many values motivate us throughout our lives, during the past two years Nadine's consistent number one value was and continues to be, her family.

I have experienced people so comfortable in their personal chaos that they would rather stay mired in the depression than change.

Nadine was not one of those people. She was intensely motivated by her commitment to her family and that allowed her to advance beyond her challenges.

Nadine Griffin is a good mother, a good daughter and a good person. It has been my pleasure and privilege to have her as a client.

Please let me know if I can be of further assistance.

Sincerely,

David Martin, Director
EmpowerMax PCS, Inc.

EmpowerMax PCS, Inc. – P.O. Box 91706 Albuquerque, NM 87199
Tel: 505-821-0157 Fax: 303-265-9801 Email: info@empowermax.com