UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**

V.                                                      CASE NO.  **05CR10175-WGY**

**NADINE GRIFFIN**

### NOTICE OF APPEAL

Notice is hereby given that  **NADINE J. GRIFFIN**  above named, hereby appeals from the  **JUDGMENT**  entered in the above entitled action on  **1/17/07**  .

By the Court,

1/22/07

_____                               **/s/ Elizabeth Smith**
Date                                                       **Deputy Clerk**

(Notice of Appeal.wpd  - 12/98)