UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 05-cr-10175-WGY-1 |
| Plaintiff, | ) | |
| | ) | DEFENDANT'S MOTION FOR COURT'S |
| v. | ) | RECOMMENDATION ON PLACE OF |
| | ) | INCARCERATION |
| NADINE J. GRIFFIN, | ) | |
| Defendant. | ) | |

COMES NOW the Defendant Nadine Griffin, by and through her attorney of record, and moves this Court for a recommendation on the place of incarceration. On January 16, 2007, this Court ordered Ms. Griffin to, *inter alia,* serve 27 months of incarceration. Ms. Griffin respectfully moves this Court for the Court to recommend to the Department of Corrections that Ms. Griffin serve her sentence in the women's correctional facilities located at Danbury, Connecticut. This would allow Ms. Griffin to be closer to her family, especially her mother who is still trying to cope with the death of Ms. Griffin's father. The family would thus be able to visit Ms. Griffin during the term of her incarceration.

Respectfully submitted this 17th day of January, 2007.

       /s/ Alan S. Richey
Alan Stuart Richey
Counsel for Nadine J. Griffin, defendant
P.O. Box 1505, Port Hadlock, Washington 98339
Phone: (360) 437-4005
Email: asratty@gmail.com

Motion for Recommendation on Place of Incarceration  - 1 –



Certificate of Service

I HEREBY CERTIFY THAT the foregoing was filed with this Court's CM/ECF system, which will serve via email the counsel for the government through the Court's CM/ECF system.

/s/ Alan Richey
Alan Richey

Motion for Recommendation on Place of Incarceration  - 2 –

