UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:05cr10175WGY |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF UNAVAILABILITY OF |
| | ) | DEFENDANT'S COUNSEL |
| NADINE J. GRIFFIN, | ) | |
| Defendant. | ) | |

To:   The Clerk of the above-entitled Court;

And to: Plaintiff United States and its attorneys Christopher Maietta and John Kane;

YOU AND EACH OF YOU please take notice that Defendant's Counsel will be available from Monday, January 29, 2007 through Monday, February 12, 2007.

Respectfully submitted this 26th day of January, 2007.

　　　　　　　　　　　　　　　　 /s/ Alan S. Richey_____
　　　　　　　　　　　　　　　　Alan Stuart Richey
　　　　　　　　　　　　　　　　Counsel for Nadine J. Griffin
　　　　　　　　　　　　　　　　P.O. Box 1505, Port Hadlock, Washington 98339
　　　　　　　　　　　　　　　　Telephone: 360 437-4005
　　　　　　　　　　　　　　　　Email: asratty@gmail.com


CERTIFICATE OF SERVICE

　　　I HEREBY CERTIFY that I did electronically file the foregoing motion using the court's CM/ECF system which will send notice of the filing to the attorney of record for the plaintiff, Christopher Maietta and John Kane, and any other counsel of record through the CM/ECF system or by U.S. Mail.

Dated this 26th day of January, 2007.

/s/ Alan S. Richey_
Alan S. Richey


Notice of Unavailability of　　　　　　　　- 1 -
Defense Counsel