UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v. )<br>)<br>**NADINE J. GRIFFIN,** )<br>    **Defendant** ) | Criminal No. 05-10175-WGY |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Young, J.) January 23, 2007 Order vacating the sentence it previously imposed on the defendant Nadine J. Griffin and vacating the Judgment in a Criminal Case it entered on January 17, 2007 (docket number 149), from the sentence imposed on February 22, 2007, and from the amended Judgment in a Criminal Case that will follow sentencing.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　By:　　/s/ Christopher J. Maietta
　　　　　　　　　　　　　　　Christopher J. Maietta
　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　Department of Justice Tax Division

## Certificate of Service

I hereby certify that on February 22, 2007, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

　　　　　　　　　　　　　　　　　　　/s/ Christopher J. Maietta
　　　　　　　　　　　　　　　　　　　Christopher J. Maietta
　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　Department of Justice Tax Division