UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 05-cr-10175-WGY-1 |
| Plaintiff, | ) | |
| | ) | DEFENDANT'S NOTICE OF |
| v. | ) | WITHDRAWAL OF PREVIOUSLY FILED |
| | ) | NOTICE OF APPEAL |
| NADINE J. GRIFFIN, | ) | |
| Defendant. | ) | |

COMES NOW the Defendant Nadine Griffin, by and through her attorney of record, and gives notice that she hereby withdrawing the Notice of Appeal she had filed on January 22, 2007 (Doc.147). The withdrawal of that previously filed notice of appeal shall in no way be construed as a waiver her right to appeal, file a new notice of appeal, nor a waiver of any right whatsoever.

Respectfully submitted this 22nd day of February, 2007.

/s/ Alan S. Richey
Alan Stuart Richey
Counsel for Nadine J. Griffin, defendant
P.O. Box 1505, Port Hadlock, Washington 98339
Phone: (360) 437-4005
Email: asratty@gmail.com

Certificate of Service

I HEREBY CERTIFY THAT the foregoing was filed with this Court's CM/ECF system, which will serve via email the counsel for the government through the Court's CM/ECF system.

/s/ Alan Richey
Alan Richey

Defendant's Withdrawal of Notice of Appeal- 1 –