# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                          CASE NO.   05cr10175 -WGY

NADINE GRIFFIN

## NOTICE OF APPEAL

Notice is hereby given that  Nadine Griffin  above named, hereby appeals from the  Amended Judgment  entered in the above entitled action on   2/26/07  .

By the Court,

3/5/07
Date                                        Deputy Clerk

(Notice of Appeal.wpd - 12/98)