## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 05-cr-10175

United States of America

v.

Nadine Griffin

## **CLERK'S CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-154

and contained in I-IV Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/22/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 20, 2007.

Sarah A. Thornton, Clerk of Court

By

Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date:

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-10175-WGY-ALL

Case title: USA v. Griffin

Date Filed: 07/13/2005

Assigned to: Judge William G. Young

## Defendant

**Nadine J Griffin** (1)
*TERMINATED: 01/17/2007*

represented by **Nadine J Griffin**
36 Center Street
# 143
Wolfeboro, NH 03894
PRO SE

**Alan S. Richey**
P.O. Box 1505
Port Hadlock, WA 98339
360-437-4005
Email: asratty@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**James B. Krasnoo**
Krasnoo Klehm LLP
23 Main Street
Suite 6
Andover, MA 01810
978-475-9955
Fax: 978-474-9005
Email: james@krasnoolaw.com
*TERMINATED: 07/20/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

## Disposition

The defendant is committed to the custody of the BOP for 27 months on count 2 to be followed by a term of Supervised Release with Special Conditions of 1 year. Fine $6000.

26;7206(1)-FILING FALSE INCOME

Special Assessment of

TAX RETURNS
(2)

$100.RESENTENCING HELD. The
Court AMENDS the original judgment
and sentences the defendant as follows:
The defendant is committed to the
custody of the BOP for 21 months. All
other terms and conditions remain the
same.

## **Highest Offense Level (Opening)**

Felony

## **Terminated Counts**

**Disposition**

26;7206(1)-FILING FALSE INCOME
TAX RETURNS
(1)

Dismissed by the government

## **Highest Offense Level (Terminated)**

Felony

## **Complaints**

**Disposition**

None

## **Plaintiff**

USA

represented by **Christopher Maietta**
U.S. Dept. of Justice, Tax Division
601 D Street, NW
Room 7012
Washington, DC 20004
202-514-4661
Fax: 202-514-9623
Email:
Christopher.J.Maietta@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2005 | 1 | INDICTMENT as to Nadine J Griffin (1) count(s) 1-2. (Diskes, Sheila) (Entered: 07/13/2005) |
| 07/13/2005 | 2 | Judge William G. Young : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Joyce London Alexander Reason for referral: Bail and Arraignment Only as to Nadine J Griffin (Diskes, Sheila) (Entered: 07/13/2005) |
| | | |

| 07/15/2005 | | Summons Issued as to Nadine J Griffin Arraignment set for 7/27/2005 04:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander.(Miner, Valencia) (Entered: 07/15/2005) |
|---|---|---|
| 07/19/2005 | 3 | First MOTION to Withdraw as Attorney by James B. Krasnoo. as to Nadine J Griffin. (Krasnoo, James) (Entered: 07/19/2005) |
| 07/20/2005 | | Judge William G. Young : Electronic ORDER entered granting 3 Motion For James B. Krasnoo to Withdraw as Attorney as to Nadine J Griffin (1). cc/cl. (Bell, Marie) (Entered: 07/21/2005) |
| 07/20/2005 | | Attorney update in case as to Nadine J Griffin. Attorney James B. Krasnoo terminated. (Bell, Marie) (Entered: 07/21/2005) |
| 07/21/2005 | 4 | NOTICE OF APPEARANCE Pro Se by Nadine J Griffin. c/s. (Bell, Marie) (Entered: 07/22/2005) |
| 07/21/2005 | 5 | EMERGENCY MOTION to Continue Arraignment as to Nadine J Griffin. c/s.. (Bell, Marie) (Entered: 07/22/2005) |
| 07/21/2005 | 6 | MOTION to Quash Indictment as to Nadine J Griffin. c/s.(Bell, Marie) (Entered: 07/22/2005) |
| 07/21/2005 | 7 | BRIEF in Support by Nadine J Griffin re 6 MOTION to Quash Indictment. c/s. (Bell, Marie) (Entered: 07/22/2005) |
| 07/21/2005 | 8 | Objection to Arraignment by Magistrate Judge: No Consent Given as to Nadine J Griffin. c/s. (Bell, Marie) (Entered: 07/22/2005) |
| 07/21/2005 | 9 | AFFIDAVIT of Nadine J. Griffin in Support of 8 Objection To Arraignment by Magistrate Judge. c/s. (Bell, Marie) (Entered: 07/22/2005) |
| 07/21/2005 | 10 | MANDATORY JUDICIAL NOTICE by Nadine J Griffin (Bell, Marie) (Entered: 07/22/2005) |
| 07/25/2005 | | Judge William G. Young : Electronic ORDER entered as to Nadine J Griffin re 10 Mandatory Judicial Notice (Other) filed by Nadine J Griffin. TREATED AS A MOTION TO TAKE JUDICIAL NOTICE, MOTION DENIED AS THE COURT CANNOT TAKE NOTICE OF ADJUDICATORY FACTS. FED. R. EVID. 201. cc/cl. (Bell, Marie) (Entered: 07/26/2005) |
| 07/26/2005 | | Judge William G. Young : Electronic ORDER entered denying 5 Motion to Continue Arraignment as to Nadine J Griffin (1) (Smith, Bonnie) (Entered: 07/26/2005) |
| 07/26/2005 | | Return receipt received for mail sent to Nadine J. Griffin Delivered on 7/19/05 as to Nadine J Griffin (Bell, Marie) (Entered: 07/26/2005) |
| 07/27/2005 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander: Initial Appearance held on 7/27/2005. Defendant is SWORN. Def't indicates that she cannot afford an attorney but would like to proceed pro se today. Tim Watkins is in courtroom and indicates he has spoken to def't. Def't indicates that she does not want a court appointed |

| | | |
|---|---|---|
| | | attorney. Court continues to August 11, 2005 @ 3:00 P.M. so that Ms. Griffin may retain an attorney. Max penalties are read to Def't. Court sets conditions of release. Def't is released on $5,000.00 unsecured bond. (Digital Recording.) (Russo, Noreen). (Entered: 07/27/2005) |
| 07/27/2005 | ❍ | SET Hearings as to Nadine J Griffin: Arraignment CONTINUED to 8/11/2005 @ 03:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Miner, Valencia) (Entered: 07/28/2005) |
| 07/27/2005 | ❍N | Magistrate Judge Joyce London Alexander : ORDER entered. ORDER Setting Conditions of Release as to Nadine J. Griffin (Miner, Valencia) Additional attachment(s) added on 8/11/2005 (Miner, Valencia). (Entered: 07/29/2005) |
| 07/27/2005 | ❍12 | Appearance Bond Entered as to Nadine J Griffin in amount of $ $5,000 (Unsecured). (Miner, Valencia) Additional attachment(s) added on 8/11/2005 (Miner, Valencia). (Entered: 07/29/2005) |
| 08/04/2005 | ❍13 | Complaint of Judicial Misconduct or Disability by Nadine J Griffin. c/s. (Bell, Marie) Additional attachment(s) added on 8/5/2005 (Bell, Marie). (Entered: 08/05/2005) |
| 08/04/2005 | ❍14 | MOTION to Vacate Re-Characterization of Judicial Notice by William G. Young as to Nadine J Griffin. c/s. (Bell, Marie) (Entered: 08/05/2005) |
| 08/04/2005 | ❍15 | MOTION to Vacate Minute Order Issued by Magistrate Joyce London Alexanderas to Nadine J Griffin. (Bell, Marie) (Entered: 08/05/2005) |
| 08/04/2005 | ❍16 | NOTICE of Intent to Proceed Pursuant to the U.S. Constitution at Amendment VI and IX Regarding the Qui Tam Action Pending Against Defendant by Nadine J Griffin. c/s. (Bell, Marie) (Entered: 08/05/2005) |
| 08/04/2005 | ❍17 | AFFIDAVIT of Nadine J. Griffin In Support of 16 Notice of Intent filed by Nadine J Griffin, (Bell, Marie) (Entered: 08/05/2005) |
| 08/11/2005 | ❍ | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander : John Mc Adams for Gov't, N. Griffin, Pro Se. Arraignment as to Nadine J Griffin (1) Count 1-2 held on 8/11/2005, Plea not entered by Def't. Gov't requests that the Court inform the def't of possible waiver of her 6th Amend. right to counsel by proceeding pro se. Ms. Griffin indicates that she is knowingly and intelligently waiving her 6th Amend. right. Ms. Griffin indicates that she still would like to proceed pro se. Court indicates that at 7/27/2005 hearing Ms. Griffin indicated that she would like to speak with an attorney and Court informed her of the consequences of proceeding pro se. Ms. Griffin returns today and indicates she would like to proceed pro se. Max Penalties are read to the Def't by the Gov't. Def't indicates she is not ready to be arraigned at this hearing but indicates she belives USMJ Alexander does not have jursidiction for Arraignment proceeding. Court notes def'ts objection and enters a plea of NOT GUILTY on Ms. Griffin's behalf and sends case back to District Court Judge. (Digital Recording.) (Russo, Noreen) Modified on 8/12/2005 (Russo, Noreen). (Entered: 08/11/2005) |
| | | |

| 08/11/2005 | 18 | MOTION to Under Authority of F.R.Cr.P.12(b)(2) as to Nadine J Griffin. c/s.(Bell, Marie) (Entered: 08/12/2005) |
|---|---|---|
| 08/11/2005 | 19 | NOTICE and Demand by Nadine J Griffin re 18 MOTION to Dismiss. c/s. (received for docketing 8/18/05) (Bell, Marie) (Entered: 08/19/2005) |
| 08/12/2005 | ◓ | Notice of correction to docket made by Court staff. Correction: to clarify clerknote from 8/11/05 hearing regarding jursidictional issue objection as to Nadine J Griffin (Russo, Noreen) (Entered: 08/12/2005) |
| 08/18/2005 | ◓ | Judge William G. Young : Electronic ORDER entered denying 14 Motion to Vacate Re-Characterization of Judicial Notice by William G. Young as to Nadine J Griffin (1). cc/cl. (Bell, Marie) (Entered: 08/19/2005) |
| 08/22/2005 | 20 | RESPONSE to Motions by USA as to Nadine J Griffin re 18 MOTION to Dismiss, 5 MOTION to Continue to Arraignment, 6 MOTION to Quash Indictment/Information, 14 MOTION to Vacate, 15 MOTION to Vacate. c/s. (Bell, Marie) (Entered: 08/25/2005) |
| 08/23/2005 | ◓ | Judge William G. Young : Electronic ORDER entered denying 18 Motion to Dismiss as to Nadine J Griffin (1). cc/cl. (Bell, Marie) (Entered: 08/23/2005) |
| 08/26/2005 | ◓ | Case as to Nadine J Griffin no longer referred to Magistrate Judge Joyce London Alexander. (JLA, intl) (Entered: 08/26/2005) |
| 09/06/2005 | 21 | Response as to Nadine J Griffin to 20 Response to Motions filed by USA,and Objection to a Faretta Hearing Prior to Jurisdiction being Established. c/s. (Bell, Marie) (Entered: 09/08/2005) |
| 09/08/2005 | ◓ | Judge William G. Young : Electronic ORDER entered denying 6 Motion to Quash Indictment/Information as to Nadine J Griffin (1); denying 15 Motion to Vacate as to Nadine J Griffin (1). cc/cl. (Bell, Marie) (Entered: 09/08/2005) |
| 09/12/2005 | 22 | NOTICE OF HEARING as to Nadine J Griffin Scheduling Conference and Faretta hearing set for 9/27/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 09/12/2005) |
| 09/20/2005 | 23 | United States' Opposition as to Nadine J Griffinre: 21 Response (Dated September 6, 2005. c/s. (Bell, Marie) (Entered: 09/21/2005) |
| 09/27/2005 | ◓ | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Defendant is present and is representing herself. The Court advises the defendant of the complexities of defending herself and inquires as to whether the defendant wants to continue representing herself. Defendant waives her right to counsel. Trial set for May 1, 2006. The Court Orders the time between 9/27/05 and 5/1/06 excluded. Defendant files a Motion to Dismiss the indictment. The Court Denies the motion as it applies to the Speedy Trial Act and takes Under Advisement the remainder of the motion. The Government has 14 days to file a response. Due to the Defendant objecting to a Magistrate Judge arraigning her, the Court arraigns the defendant and the Court enters a |

| | | plea of Not Guilty for the defendant who refuses to answer. Scheduling Conference as to Nadine J Griffin held on 9/27/2005 Scheduling Order to issue. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 09/28/2005) |
|---|---|---|
| 09/27/2005 | ●24 | Judge William G. Young : ElectronicORDER entered. SCHEDULING ORDER as to Nadine J Griffin Jury Trial set for 5/1/2006 09:00 AM in Courtroom 18 before Chief Judge William G. Young.Final Pretrial Conference set for 4/3/2006 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 09/28/2005) |
| 09/27/2005 | ●25 | MOTION to Dismiss For Violation of the Sixth Amendment to the Constitution and Speedy Trial as to Nadine J Griffin. c/s.(Bell, Marie) (Entered: 09/28/2005) |
| 09/27/2005 | ●26 | DECLARATION in Support by Nadine J Griffin re 25 MOTION to Dismiss For Violation of the Sixth Amendment and Speedy Trial. c/s. (Bell, Marie) (Entered: 09/28/2005) |
| 09/27/2005 | ●27 | MOTION to Strike 23 Opposition to Defendant's Response Date 9/6/05. as to Nadine J Griffin. c/s.(Bell, Marie) (Entered: 09/28/2005) |
| 09/27/2005 | ● | Motions terminated as to Nadine J Griffin: 25 MOTION to Dismiss on Speedy Trial filed by Nadine J Griffin,. (Smith, Bonnie) (Entered: 10/05/2005) |
| 09/30/2005 | ● | Judge William G. Young : ElectronicORDER entered denying 27 Motion to Strike as to Nadine J Griffin (1). cc/cl. (Bell, Marie) (Entered: 10/03/2005) |
| 10/06/2005 | ●28 | MOTION for Bill of Particulars Under the Fifth and Sixth Amendment to the U.S. Constitution as to Nadine J Griffin. c/s(Bell, Marie) (Entered: 10/07/2005) |
| 10/06/2005 | ●29 | AFFIDAVIT in Support by Nadine J Griffin re 28 MOTION for Bill of Particulars (Attachments: # 1 Exhibit)(Bell, Marie) (Entered: 10/07/2005) |
| 10/11/2005 | ●30 | RESPONSE to Motion by USA as to Nadine J Griffin re 25 MOTION to Dismiss on Speedy Trial (Maietta, Christopher) (Entered: 10/11/2005) |
| 10/13/2005 | ● | Judge William G. Young : ElectronicORDER entered re: 28 Motion for Bill of Particulars as to Nadine J Griffin (1).MOTION ALLOWED TO THE EXTENT OF REQUIRING THE GOVERNMENT, WITHIN 10 DAYS OF THE DATE OF THIS ORDER, TO PARTICULARIZE ANY FACT WHICH IT CONTENDS WOULD RAISE THE BASE OFFENSE LEVEL OF THIS OFFENSE UNDER THE UNITED STATES SENTENCING GUIDELINES. MOTION OTHERWISE DENIED. cc/cl. (Bell, Marie) (Entered: 10/13/2005) |
| 10/14/2005 | ●31 | AFFIDAVIT in Support of 28 MOTION for Bill of Particulars by Nadine J Griffin (Bell, Marie) (Entered: 10/17/2005) |
| 10/14/2005 | ●32 | AFFIDAVIT of Fact Regarding Hearing Before Judge William G. Young on 9/27/05 by Nadine J Griffin (Bell, Marie) (Entered: 10/17/2005) |
| | | |

| 10/24/2005 | 33 | RESPONSE TO COURT ORDER by USA as to Nadine J Griffin (Maietta, Christopher) (Entered: 10/24/2005) |
|---|---|---|
| 10/25/2005 | 34 | REPLY TO RESPONSE to Motion by Nadine J Griffin re 25 MOTION to Dismiss on Speedy Trial (Patch, Christine) (Entered: 10/25/2005) |
| 10/25/2005 | 35 | Declaration of Nadine J. Griffin in Support 34 Reply to Response to Motion to Dismiss, filed by Nadine J Griffin, (Patch, Christine) (Entered: 10/25/2005) |
| 10/28/2005 | ❏ | Judge William G. Young : ElectronicORDER entered. as to Nadine J Griffin re 34 Reply to Response filed by Nadine J Griffin,, 35 Affidavit filed by Nadine J Griffin, "The motion to dismiss on the ground of violating the Speedy Trial Act is denied. Properly calculated, only 18 days have thus far elapsed under the Speedy Trial Act." (Smith, Bonnie) (Entered: 10/28/2005) |
| 10/28/2005 | 36 | Response as to Nadine J Griffin: 31 Affidavit in Support of Motion filed by Nadine J Griffin,, 32 Affidavit filed by Nadine J Griffin,. (Maietta, Christopher) (Entered: 10/28/2005) |
| 11/04/2005 | 37 | MOTION to Travel to New Hampshire as to Nadine J Griffin. c/s(Bell, Marie) (Entered: 11/10/2005) |
| 11/12/2005 | 38 | RESPONSE to Motion by USA as to Nadine J Griffin re 37 MOTION to Travel (Maietta, Christopher) (Entered: 11/12/2005) |
| 11/15/2005 | 39 | NOTICE of Alibi Defense by Nadine J Griffin. c/s. (Bell, Marie) (Entered: 11/15/2005) |
| 11/15/2005 | 40 | NOTICE of Entrapment by Estoppel Defense by Nadine J Griffin. c/s. (Bell, Marie) (Entered: 11/15/2005) |
| 11/15/2005 | ❏ | Judge William G. Young : Electronic ORDER entered granting 37 Motion to Travel as to Nadine J Griffin (1). cc/cl. (Bell, Marie) (Entered: 11/15/2005) |
| 11/28/2005 | 41 | Response as to Nadine J Griffin: 39 Notice (Other) filed by Nadine J Griffin,, 40 Notice (Other) filed by Nadine J Griffin,. (Maietta, Christopher) (Entered: 11/28/2005) |
| 01/06/2006 | 42 | TRANSCRIPT of Initial Appearance as to Nadine J Griffin held on July 25, 2005 before Judge Alexander. Digital Recording: Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/06/2006) |
| 01/23/2006 | 43 | MANDATORY JUDICIAL NOTICE by Nadine J Griffin (Smith, Bonnie) (Entered: 01/23/2006) |
| 02/02/2006 | 44 | Verified Move for Judicial Offical William G. Young to Rule on Motions and Issue Final Orders, Findings of Facts and Conclusions of Law as Required by the Fifth Amendment to the Constitution by Nadine J |

| | | Griffin. (Paine, Matthew). (Entered: 02/02/2006) |
|---|---|---|
| 02/02/2006 | 45 | VERIFIED AFFIDAVIT in Support of Move for Due Process and Equal Protection Under the law by Nadine J Griffin. (Paine, Matthew) Additional attachment(s) added on 2/21/2006 (Paine, Matthew). (Entered: 02/02/2006) |
| 02/02/2006 | 46 | AFFIDAVIT in Support of 44 Verified Move for Judicial Official William G. Young to Rule on Motions and Issue Final Orders, Findings of Fact, and Conclusions of the Law as Required by the Fifth Amendment to the Constitution by Nadine J Griffin. (Paine, Matthew) (Entered: 02/02/2006) |
| 02/02/2006 | 47 | MANDATORY JUDICIAL NOTICE with Verified Affidavit with Exhibits in Support of Move for Fair and Impartial Hearings and or Trial by Nadine J Griffin. (Attachments: # (1) Exhibits A - L)(Paine, Matthew) Additional attachment(s) added on 2/9/2006 (Paine, Matthew). (Entered: 02/02/2006) |
| 02/06/2006 | ❹ | Judge William G. Young : Electronic ORDER entered. as to Nadine J Griffin re 44 Verified Moved for Judicial Offical William G. Young to Rule on Motions and Issue Final orders, Findings of Facts and Conclusions of Law as Required by the Fifth Amendment to the Constitution is DENIED. (Paine, Matthew) (Entered: 02/06/2006) |
| 02/06/2006 | ❹ | Judge William G. Young : Electronic ORDER entered. as to Nadine J Griffin re 47 MANDATORY JUDICIAL NOTICE with Verified Affidvit with Exhibits in Support of Move for Fair and Impartial Hearings or Trial is DENIED. (Paine, Matthew) (Entered: 02/06/2006) |
| 02/08/2006 | 48 | MANDATORY JUDICIAL NOTICE, Verified Notice of Acceptance of Oath of Office of Statutory Attorney Christopher Maietta a United States Employee by Nadine J Griffin. (Paine, Matthew) (Entered: 02/09/2006) |
| 02/08/2006 | 49 | VERIFIED AFFIDAVIT in Support of Move for Due Process and Equal Protection Under the Law by Nadine J Griffin. (Paine, Matthew) (Entered: 02/09/2006) |
| 02/08/2006 | 50 | VERIFIED REQUEST for Public Disclosure of Financial Reports, Corporate Affiliations, and Other Possible Conflicts of Interest Regarding Judicial Offical - William G. Young by Nadine J Griffin. (Paine, Matthew) (Entered: 02/09/2006) |
| 02/08/2006 | 51 | VERIFIED MOVE for Fair and Impartial Hearings Before Qui Tam Actors Employed by the United States Plaintiff to Proceed in Compliance with the V, VI, and XIV Amendment to the Federal Constitution - Vote of No Confidence in the Judiciary - Nor the Judicial Process by Nadine J Griffin. (Paine, Matthew) (Entered: 02/09/2006) |
| 02/08/2006 | 52 | CERTIFICATE of SERVICE Move for Fair and Impartial Hearing, Affidavit in Support with Exhibits as to Nadine J Griffin. (Paine, Matthew) (Entered: 02/09/2006) |
| 02/09/2006 | ❹ | Notice of correction to docket made by Court staff. Correction: |

|  |  | Attachments A-L were added to the Affidavit 47 as Separate Exhibits. The Affidavit 47 was Corrected because the Affidavit was Submitted with Bound Exhibits, which were Not Scanned When the Affidavit was Originally filed with the Clerk's Office on February 2, 2006. (Paine, Matthew) (Entered: 02/09/2006) |
|---|---|---|
| 02/10/2006 | ❑ | Judge William G. Young : Electronic ORDER entered. as to Nadine J Griffin re 50 VERIFIED REQUEST filed by Nadine J Griffin is DENIED. (Paine, Matthew) (Entered: 02/10/2006) |
| 02/10/2006 | ❑ | Judge William G. Young : Electronic ORDER entered. as to Nadine J Griffin re 51 VERIFIED MOVE filed by Nadine J Griffin, is DENIED. (Paine, Matthew) (Entered: 02/10/2006) |
| 02/16/2006 | 53 | Objection as to Nadine J Griffin: (Maietta, Christopher) (Entered: 02/16/2006) |
| 02/21/2006 | 54 | VERIFIED MOVE for DUE PROCESS and EQUAL PROTECTION under the Law Pursuant to the Fourteenth Amendment to the Constitution of the United States of America. . (Attachments: # 1 Certificate of Service)(Paine, Matthew) (Entered: 02/21/2006) |
| 02/21/2006 | ❑ | Notice of correction to docket made by Court staff. Correction: Docket Entry Number 45 corrected because it was incorrectly scanned together with The Verified Move for Due Process and Equal Protection Under the Law, which is now Docket Entry 54. (Paine, Matthew) (Entered: 02/21/2006) |
| 02/21/2006 | 55 | VEREIFED MOVE for LEAVE to Travel to Florida as to Nadine J Griffin. (Paine, Matthew) (Entered: 02/22/2006) |
| 02/21/2006 | 56 | NOTICE of Change of Address as to Nadine J Griffin. (Paine, Matthew) (Entered: 02/22/2006) |
| 02/23/2006 | 57 | VERIFIED Move for DISCOVERY as to Nadine J Griffin. (Paine, Matthew) (Entered: 02/24/2006) |
| 02/23/2006 | 58 | RESPONSE to United States Employee Christopher Maietta's Objection 53 to Nadine J. Griffin's Move for Due Process and Equal Protection of the Law by Nadine J Griffin. (Paine, Matthew) (Entered: 02/24/2006) |
| 02/28/2006 | 59 | VERIFIED MOVE for Findings of Facts and Conclusions of the Law or in the Alternative Move for Clarification as to Nadine J Griffin. (Paine, Matthew) (Entered: 03/01/2006) |
| 02/28/2006 | 60 | MEMORANDUM of the Law in Support of Move for Finding of Facts and Conclusions of the Law by Nadine J Griffin. (Paine, Matthew) (Entered: 03/01/2006) |
| 02/28/2006 | 61 | VERIFIED AFFIDAVIT in Support of Move for Findings of Fact and Conclusions of the Law, or In the Alternative Move for Clairification 59 by Nadine J Griffin. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Paine, Matthew) (Entered: 03/01/2006) |
|  |  |  |

| | | |
|---|---|---|
| 02/28/2006 | 62 | VERIFIED MOVE to Clarify the Meaning of the Chameleon-Like Word "Person" in the Statutory Charge as Applied to the Case as to Nadine J Griffin. (Paine, Matthew) (Entered: 03/01/2006) |
| 02/28/2006 | 63 | AFFIDAVIT in Support of VERIFIED MOVE to Clarify 62 the Meaning of the Chameleon-Like Word "Person" in the Statutory Charge as Applied to This Case by Nadine J Griffin. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Paine, Matthew) (Entered: 03/01/2006) |
| 02/28/2006 | 64 | MEMORANDUM of Law in Support of VERIFIED MOVE to Clarify 62 the Meaning of the Chameleon-Like Word "Person" in the Statutory Charge as Applied to this Case by Nadine J Griffin. (Paine, Matthew) (Entered: 03/01/2006) |
| 02/28/2006 | 65 | VERIFIED MOVE to Quash Indictment for Vindictive Prosecution in Violation of the Fifth and Fourteenth Amendments, or in the Alternative Provide Evidence of Law Plaintiff is not Required to Exhaust Their Administrative Remedies Before Petitioning the Court as to Nadine J Griffin. (Paine, Matthew) (Entered: 03/01/2006) |
| 02/28/2006 | 66 | VERIFIED AFFIDAVIT and Exhibits in Support of Move to Quash Indictment by Nadine J Griffin. (Paine, Matthew) (Entered: 03/01/2006) |
| 02/28/2006 | 67 | VERIFIED AFFIDAVIT and Exhibits in Support of Move to Quash Indictment by Nadine J Griffin. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M)(Paine, Matthew) (Entered: 03/01/2006) |
| 02/28/2006 | 68 | VERIFIED MOVE to Strike Conclusory Words and Pharses from Indictment as to Nadine J Griffin. (Paine, Matthew) (Entered: 03/01/2006) |
| 02/28/2006 | 69 | VERIFIED AFFIDAVIT in Support of Move 68 to Strike Words and Phrases from Indictment by Nadine J Griffin. (Paine, Matthew) (Entered: 03/01/2006) |
| 02/28/2006 | 70 | VERIFIED MOVE for Bill of Particulars Under the Sixth Amendment to the United States Constitution as to Nadine J Griffin. (Paine, Matthew) (Entered: 03/01/2006) |
| 02/28/2006 | 71 | VERIFIED AFFIDAVIT in Support of Move 70 for Bill of Particulars by Nadine J Griffin. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Paine, Matthew) (Entered: 03/01/2006) |
| 02/28/2006 | 72 | VERIFIED MOVE to Quash with Prejudice Counts 1 and 2 of the Indictment for Lack of Jurisdiction for Failure of Plaintiff to Exhaust Aministrative Remedies in Violation of the V and XIV Amendments as to Nadine J Griffin. (Paine, Matthew) (Entered: 03/01/2006) |
| 02/28/2006 | 73 | VERIFIED MOVE to Quash Indictment with Prejudice for Violations of the Fifth, Sixth, and Fourteenth Amendments of the Constitution as to Nadine J Griffin. (Paine, Matthew) (Entered: 03/01/2006) |

| 02/28/2006 | ⬤74 | VERIFIED AFFIDAVIT and Exhibits in Support of Move to Quash Indictment for Vindictive Prosecution by Nadine J Griffin. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D - Part 1 of 2# 5 Exhibit D - Part 2 of 2# 6 Exhibit E# 7 Exhibit F)(Paine, Matthew) (Entered: 03/01/2006) |
|---|---|---|
| 02/28/2006 | ⬤75 | VERIFIED NOTICE of Objection and Notice of Withdrawl of "Not Guilty" Plea Entered by Judicial Offical William G. Young: Nadine J. Griffin Hereby Enters a Plea In Bar as to Nadine J Griffin. (Attachments: # 1 Exhibit A)(Paine, Matthew) (Entered: 03/01/2006) |
| 02/28/2006 | ⬤76 | VERIFIED NOTICE of Alibi and Entrapment Defense: Affidavit and Exhibits in Support Mandatory Judicial Notice of Title 26 U.S.C 83 and Other Applicable Statutes by Nadine J Griffin (Attachments: # 1 Exhibit A# 2 Exhibit B)(Paine, Matthew) (Entered: 03/01/2006) |
| 03/01/2006 | ⬤77 | NOTICE *404(b) Evidence of Other Wrongs and Acts of Defendant* by USA as to Nadine J Griffin (Maietta, Christopher) (Entered: 03/01/2006) |
| 03/01/2006 | ⬤78 | First MOTION in Limine as to Nadine J Griffin by USA. (Maietta, Christopher) (Entered: 03/01/2006) |
| 03/01/2006 | ⬤79 | Second MOTION in Limine as to Nadine J Griffin by USA. (Maietta, Christopher) (Entered: 03/01/2006) |
| 03/01/2006 | ⬤80 | NOTICE *of Summary/Expert Witness Testimony Pursuant to Rule 16(a)(1)(G) and Intent to Use Fed. R. Evid. 1006 Summaries* by USA as to Nadine J Griffin (Maietta, Christopher) (Entered: 03/01/2006) |
| 03/01/2006 | ⬤81 | VERIFIED MOVE for Disclosure of Chambers Papers as to Nadine J. Griffin. (Paine, Matthew) (Entered: 03/02/2006) |
| 03/01/2006 | ⬤82 | VERIFIED AFFIDAVIT in Support of Move 81 for Disclosure of Chambers Papers by Nadine J Griffin (Paine, Matthew) (Entered: 03/02/2006) |
| 03/01/2006 | ⬤83 | VERIFIED MEMORANDUM of Law in Support of Move 81 for Disclosure of Chambers Papers by Nadine J Griffin. (Paine, Matthew) (Entered: 03/02/2006) |
| 03/01/2006 | ⬤84 | VERIFIED AFFIDAVIT in Support of Move 81 for Disclosure of Chambers Papers by Nadine J Griffin. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Paine, Matthew) (Entered: 03/02/2006) |
| 03/01/2006 | ⬤85 | VERIFIED AFFIDAVIT in Support of Move to Dismiss for Violation of the Sixth Amendment and Speedy Trial Act by Nadine J Griffin. (Paine, Matthew) (Entered: 03/02/2006) |
| 03/07/2006 | ⬤86 | RESPONSE to Motion by USA as to Nadine J Griffin re 54 MOTION (Maietta, Christopher) (Entered: 03/07/2006) |
| 03/09/2006 | ⬤87 | RESPONSE to Motion by USA as to Nadine J Griffin re 57 MOTION for Discovery (Maietta, Christopher) (Entered: 03/09/2006) |
| 03/10/2006 | ⬤ | Judge William G. Young : Electronic ORDER entered DENYING 59 |

| | | VERIFIED MOVE for Findings of Facts and Conclusions of the Law or in the Alternative Move for Clarification as to Nadine J. Griffin. (Paine, Matthew) (Entered: 03/10/2006) |
|---|---|---|
| 03/10/2006 | ❏ | Judge William G. Young : Electronic ORDER entered DENYING 62VERIFIED MOVE to Clarify the Meaning of the Chameleon-Like Word "Person" in the Statutory Charge as Applied to the Case Motion as to Nadine J Griffin. (Paine, Matthew) (Entered: 03/10/2006) |
| 03/10/2006 | ❏ | Judge William G. Young : Electronic ORDER entered DENYING 65 VERIFIED MOVE to Quash Indictment for Vindictive Prosecution in Violation of the Fifth and Fourteenth Amendments, or in the Alternative Provide Evidence of Law Plaintiff's is Not Required to Exhaust Their Administrative Remedies Before Petitioning the Court as to Nadine J Griffin. (Paine, Matthew) (Entered: 03/10/2006) |
| 03/10/2006 | ❏ | Judge William G. Young : Electronic ORDER entered DENYING 68 VERIFIED MOVE to Strike Conclusory Words and Phrases from the Indictment as to Nadine J Griffin. (Paine, Matthew) (Entered: 03/10/2006) |
| 03/10/2006 | ❏ | Judge William G. Young : Electronic ORDER entered DENYING 70 VERIFIED MOVE for Bill of Particulars Under the Sixth Amendment to the United States Constitution as to Nadine J Griffin. (Paine, Matthew) (Entered: 03/10/2006) |
| 03/10/2006 | ❏ | Judge William G. Young : Electronic ORDER entered DENYING 72 VERIFIED MOVE to Quash with Prejudice Counts 1 and 2 of the Indictment for Lack of Jurisdiction for Failure of Plaintiff to Exhaust Administrative Remedies in Violation of the V and XIV Admendments as to Nadine J Griffin. (Paine, Matthew) (Entered: 03/10/2006) |
| 03/10/2006 | ❏ | Judge William G. Young : Electronic ORDER entered DENYING 73 VERIFIED MOVE to Quash Indictment with Prejudice for Violations of the Fifth, Sixth, and Fourteenth Amendments of the Constitution as to Nadine J Griffin. (Paine, Matthew) (Entered: 03/10/2006) |
| 03/13/2006 | ❏88 | VERIFIED MOVE to Suppress Evidence in Violation of Fifth and Fourteenth Amendments of the Constitution as to Nadine J Griffin. (Paine, Matthew) (Entered: 03/14/2006) |
| 03/13/2006 | ❏89 | VERIFIED MOVE to Dismiss for Violation of the Sixth Amendment to the Constitution and Speed Trial Act as to Nadine J Griffin. (Paine, Matthew) (Entered: 03/14/2006) |
| 03/15/2006 | ❏90 | Response as to Nadine J Griffin: 85 Affidavit in Support of Motion filed by Nadine J Griffin,. (Maietta, Christopher) (Entered: 03/15/2006) |
| 03/15/2006 | ❏91 | RESPONSE to Motion by USA as to Nadine J Griffin re 81 MOTION for Disclosure *of Chambers Papers* (Maietta, Christopher) (Entered: 03/15/2006) |
| 03/15/2006 | ❏92 | Response as to Nadine J Griffin: 76 Notice (Other) filed by Nadine J Griffin,. (Maietta, Christopher) (Entered: 03/15/2006) |

| 03/15/2006 | ●93 | Response as to Nadine J Griffin: 75 Objection (unrelated to a motion). (Maietta, Christopher) (Entered: 03/15/2006) |
|---|---|---|
| 03/15/2006 | ●94 | NOTICE *Second 404(b) Notice filed by Government to Introduce Other Acts Evidence Against Defendant* - by Nadine J Griffin (Maietta, Christopher) (Entered: 03/15/2006) |
| 03/20/2006 | ●95 | VERIFIED NOTICE of OBJECTION and Consolidated Response to Plaintiff's Motions and Notices, Docket Items 77, 78, 79, and 80 by Nadine J Griffin. (Paine, Matthew) (Entered: 03/20/2006) |
| 03/24/2006 | ●96 | VERIFIED AFFIDAVIT of Notice and Demand to Disqualify and/or Recuse Judicial Official William G. Young for Civil Rights Violations, Bias, and Prejudice by Nadine J Griffin. (Paine, Matthew) (Entered: 03/27/2006) |
| 03/27/2006 | ●97 | First Opposition by USA as to Nadine J Griffin re 88 MOTION to Suppress *Videotapes and Financial Documents* (Maietta, Christopher) (Entered: 03/27/2006) |
| 03/27/2006 | ●98 | First Opposition by USA as to Nadine J Griffin re 89 MOTION to Dismiss *for Violation of Sixth Amendment & Speedy Trial Act* (Maietta, Christopher) (Entered: 03/27/2006) |
| 03/28/2006 | ● | Judge William G. Young : Electronic ORDER entered DENYING 88 Motion to Suppress and DENYING 89 Motion to Dismiss as to Nadine J Griffin. (Paine, Matthew) (Entered: 03/28/2006) |
| 04/03/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Final Pretrial Conference as to Nadine J Griffin held on 4/3/2006 TheCourt inquires of pro se defendant as to whether she intends to get a lawyer to epresent her. The defendant responds in the negative. The Court inquires as to whether the defendant wishes to have stand by counsel. The defendant answers that she agrees to stand by counsel. The court informs the defendant that it will permit stand by counsel at the trial, but the defendant has the means to afford counsel and the court cannot appoint anyone at the court's expense. The Court explains the complexities of trying a case pro se. The Court sets a trial date for June 5, 2006. The Court explains the procedures for empanelment and trial. A procedural Order will issue. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 04/04/2006) |
| 04/03/2006 | ●100 | Nadine J. Griffin, Proceeding in Special Appearance, Objects to the Court's Notice of IRS Forms 4340, MOVES IN LIMINE for the Exclusion of the IRS 4340 Forms In Re: Nadine J. Griffin, and Moves This Court for a Show Cause Hearing Whereat Counsel Purporting to Represent the United States Should be Required to Show This Court Why This Instant Matter Should Not Be Dismissed for Willful Violation of 26 U.S.C. 7214(a)(1)(2) & (7), as to Nadine J Griffin. (Paine, Matthew) (Entered: 04/05/2006) |
| 04/04/2006 | ●99 | Judge William G. Young : ORDER entered. PRETRIAL ORDER as to Nadine J Griffin Jury Trial set for 6/5/2006 09:00 AM before Judge |

| | | |
|---|---|---|
| | | William G. Young. (Smith, Bonnie) (Entered: 04/04/2006) |
| 04/12/2006 | ●101 | TRANSCRIPT of Pretrial Conference as to Nadine J Griffin held on April 3, 2006 before Judge Young. Court Reporter: Donald E. Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Scalfani, Deborah) (Entered: 04/12/2006) |
| 05/05/2006 | ●102 | VERIFIED MOVE For Continuance of Scheduled Trial Date from June 5, 2006 to September 16, 2006, as to Nadine J Griffin. (Paine, Matthew) (Entered: 05/05/2006) |
| 05/08/2006 | ● | Judge William G. Young : Electronic ORDER entered denying 102 Motion to Continue as to Nadine J Griffin (1)"Motion denied. The defendant has been repeatedly advised of the need for counsel. This motion is interposed solely for delay" cc:defendant,cc/cl (Smith, Bonnie) (Entered: 05/08/2006) |
| 05/22/2006 | ●103 | SECOND VERIFIED MOVE for Continuance of Scheduled Trial Date From June 5, 2006 to September 16, 2006, as to Nadine J Griffin. (Paine, Matthew) (Entered: 05/23/2006) |
| 05/22/2006 | ●104 | VERIFIED AFFIDAVIT and EXHIBITS in Support of 103 SECOND MOVE for Continuance, by Nadine J Griffin (Attachments: # 1 Exhibit A# 2 Exhibit B)(Paine, Matthew) (Entered: 05/23/2006) |
| 05/24/2006 | ●105 | Opposition by USA as to Nadine J Griffin re 103 MOTION to Continue Trial Date from June 5, 2006 to September 16, 2006 (Maietta, Christopher) (Entered: 05/24/2006) |
| 05/25/2006 | ● | Judge William G. Young : Electronic ORDER entered denying 103 Motion to Continue as to Nadine J Griffin (1) (Smith, Bonnie) (Entered: 05/25/2006) |
| 05/30/2006 | ● | ELECTRONIC NOTICE OF HEARING as to Nadine J Griffin Status Conference set for THURSDAY 6/1/2006 10:00 AM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie) (Entered: 05/30/2006) |
| 05/30/2006 | ●106 | MOTION for Leave to Appear Pro Hac Vice by Alan Richey Filing fee $ 50, receipt number 72732. as to Nadine J Griffin. (Smith, Bonnie) (Entered: 05/30/2006) |
| 05/30/2006 | ● | Judge William G. Young : Electronic ORDER entered denying 106 Motion for Leave to Appear pro hac vice as to Nadine J Griffin (1) The Motion is Denied for failure to comply with Local Rule 83,5.3...motion is to be made by an attorney who is admitted to practice in this court. cc/cl (Smith, Bonnie) (Entered: 05/30/2006) |
| 06/01/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Status Conference as to Nadine J Griffin held on 6/1/2006 Ms Griffin present representing herself. Attys Maietta and Lyons present for the government. Atty Richey present to ask the court to reconsider the admittance pro hac vice. After hearing the Court reconsiders the denial of the motion and ALLOWS Mr. Alan Richey admitted on behalf of the |

| | | |
|---|---|---|
| | | defendant Nadine Griffin. After further consideration, the Court RESCHEDULES the trial to July 10, 2006 at 9AM. The Court Excludes the time between 6/1/06-7/10/06 in the interest of justice. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 06/01/2006) |
| 06/01/2006 | ❍ | Set/Reset Hearings as to Nadine J Griffin: Jury Trial set for 7/10/2006 09:00 AM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie) (Entered: 06/01/2006) |
| 06/01/2006 | ❍ | Judge William G. Young : Electronic ORDER entered. ORDER ON EXCLUDABLE DELAY as to Nadine J Griffin Time excluded from 6/1/06 until 7/1/06. (Smith, Bonnie) (Entered: 06/01/2006) |
| 06/01/2006 | ❍107 | MOTION in Limine For The Exclusion of the Video Recordings Which Lack Probative Value and Are Prejudicial to the Rights of Nadine J. Griffin. as to Nadine J Griffin. (Paine, Matthew) (Entered: 06/01/2006) |
| 06/01/2006 | ❍108 | Nadine J. Griffin, Restates Nadine J. Griffin's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Notices the Court of United States v. Perlaza, No. 02-50084 (9th Cir. 03/14/2006). as to Nadine J Griffin. (Paine, Matthew) (Entered: 06/01/2006) |
| 06/07/2006 | ❍ | Judge William G. Young : Electronic ORDER entered re 107 Motion in Limine is DENIED Without Prejudice to its Renewal. (Paine, Matthew) (Entered: 06/07/2006) |
| 06/07/2006 | ❍ | Judge William G. Young : Electronic ORDER entered DENYING 108 Nadine J. Griffin, Restates Nadine J. Griffin's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Notices the Court of United States v. Perlaza, No. 02-50084 (9th Cir. 03/14/2006). (Paine, Matthew) (Entered: 06/07/2006) |
| 06/08/2006 | ❍109 | TRANSCRIPT of Proceedings as to Nadine J Griffin held on 6/1/06 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 06/08/2006) |
| 07/05/2006 | ❍110 | Proposed Voir Dire by Nadine J Griffin (Richey, Alan) (Entered: 07/05/2006) |
| 07/06/2006 | ❍111 | MOTION for Clarification *and Notice that the United States Declines to Prove Sentencing Enhancements to the Jury for Review Based on a Standard of Proof Beyond a Reasonable Doubt* as to Nadine J Griffinby USA. (Maietta, Christopher) (Entered: 07/06/2006) |
| 07/06/2006 | ❍112 | Proposed Voir Dire by USA as to Nadine J Griffin (Maietta, Christopher) (Entered: 07/06/2006) |
| 07/06/2006 | ❍113 | RESPONSE to Motion by USA as to Nadine J Griffin re 100 MOTION in Limine *to Exclude the Admission of Forms 4340 and to Dismiss for Violation of 26 U.S.C. 7214(a)* (Maietta, Christopher) (Entered: 07/06/2006) |
| | | |

| 07/06/2006 | ◑114 | Proposed Jury Instructions by USA as to Nadine J Griffin (Maietta, Christopher) (Entered: 07/06/2006) |
|---|---|---|
| 07/07/2006 | ◑115 | TRIAL BRIEF by USA as to Nadine J Griffin (Maietta, Christopher) (Entered: 07/07/2006) |
| 07/10/2006 | ◑ | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Voir Dire begun on 7/10/2006 Nadine J Griffin (1) on Count 1-2 (Court Reporter Womack.) (Smith, Bonnie) (Entered: 07/10/2006) |
| 07/10/2006 | ◑ | ElectronicClerk's Notes for proceedings held before Judge William G. Young :heariing prior to commencement of trial re; enhacements by the government. Defendant Orally Moves to Dismiss based on Speedy Trial Act...Motion DENIED.Jury Trial Day 1 as to Nadine J Griffin held on 7/10/2006 Jury of 12 regular and 2 alternates selected and SWORN. Court gives pretrial charge. Opening remarks by Govt., by Defendant. Govt evidence commences. Court recesses til Wed. July 12 at 9AM. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 07/10/2006) |
| 07/11/2006 | ◑116 | MOTION for Reconsideration *Concerning the Admissibility of IRS Certificates of Assessments, Payments, and Other Specified Matters* as to Nadine J Griffinby USA. (Maietta, Christopher) (Entered: 07/11/2006) |
| 07/12/2006 | ◑117 | TRANSCRIPT of Proceedings as to Nadine J Griffin held on 7/10/06 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 07/12/2006) |
| 07/12/2006 | ◑ | Judge William G. Young : Electronic ORDER entered re 116 Motion for Reconsideration as to Nadine J Griffin. "Motion DENIED Without Prejudice to its Renewal Should This Issue Become Central to the Case." (Paine, Matthew) (Entered: 07/12/2006) |
| 07/12/2006 | ◑ | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Jury Trial Day 2 as to Nadine J Griffin held on 7/12/2006 Govt's evidence continues. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 07/17/2006) |
| 07/13/2006 | ◑ | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Jury Trial Day 3 as to Nadine J Griffin held on 7/13/2006 Govt evidence continues (Court Reporter Womack.) (Smith, Bonnie) (Entered: 07/17/2006) |
| 07/14/2006 | ◑ | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Jury Trial Day 4 as to Nadine J Griffin held on 7/14/2006 Govt evidence continues. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 07/17/2006) |
| 07/17/2006 | ◑ | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Jury Trial Day 5 as to Nadine J Griffin held on 7/17/2006 Govt evidence continues. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 07/17/2006) |

| 07/18/2006 | ◕ | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Jury Trial Day 6 as to Nadine J Griffin held on 7/18/2006 Govt evidence continues. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 07/19/2006) |
| 07/19/2006 | ◕118 | NOTICE *of Supreme Court decision in Bryan v. U.S.* by Nadine J Griffin (Richey, Alan) (Entered: 07/19/2006) |
| 07/19/2006 | ◕119 | Proposed Jury Instructions by Nadine J Griffin (Richey, Alan) (Entered: 07/19/2006) |
| 07/19/2006 | ◕ | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Jury TrialDay 7 as to Nadine J Griffin held on 7/19/2006 Govt evidence continues. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 07/20/2006) |
| 07/20/2006 | ◕120 | Objection as to Nadine J Griffin: (Richey, Alan) (Entered: 07/20/2006) |
| 07/20/2006 | ◕121 | Proposed Jury Instructions by USA as to Nadine J Griffin (Maietta, Christopher) (Entered: 07/20/2006) |
| 07/20/2006 | ◕122 | Proposed Jury Instructions by USA as to Nadine J Griffin (Maietta, Christopher) (Entered: 07/20/2006) |
| 07/20/2006 | ◕ | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Jury Trial Day 8 as to Nadine J Griffin held on 7/20/2006 Govt evidence continues. Govt Rests. Dft orally moves for directed verdict. Motion denied. Court holds charge conference. Court charges jury as to the law. Closing arguments by govt., dft, rebuttal by Govt. Jury commences deliberations. Jury adjourns for the day to return at 9AM 7/21/06. (Court Reporter Womack.) (Smith, Bonnie) Modified on 7/21/2006 (Smith, Bonnie). (Entered: 07/21/2006) |
| 07/21/2006 | ◕ | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Jury Trial Day 9 as to Nadine J Griffin held on 7/21/2006 Jury of 12 deliberating jurors and 2 alternates are present in the courtroom. The Court inquires of jurors as to whether they have discussed the case with others. Jury answers in the negative and retires to continue their deliberations. Jury question asked and answered. Jury adjourns for the day at 5PM to return Monday at 9AM. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 07/24/2006) |
| 07/24/2006 | ◕ | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Jury Trial Day 10 as to Nadine J Griffin held on 7/24/2006 Jury of 12 deliberating and 2 alternates are present in the courtroom. The Court inquires as to whether they have discussed the case with anyone else. The jury answers in the negative and retires to continue their deliberations. Jury questions asked and answered. Jury returns a verdict of GUILTY AS TO COUNT 2 and the jury has hung as to Count 1. The jury finds that the defendant used sophisticated means of concealment and assesses the amount of the aggregate tax loss at more than $30,000 but less than $80,000. The Court accepts the verdict. The Court asks the Government to let the court know by Aug. 15 as to whether they will |

| | | retry the case as to Count 1. The defendant is to remain on bail with same conditions. She is to surrender her passport if it has not already been done so. She is restricted to travel in Massachusetts and New Hampshire. Sentencing set for 10/25/2006 02:00 PM in Courtroom 18 before Judge William G. Young. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 07/24/2006) |
|---|---|---|
| 07/24/2006 | 123 | EXHIBIT/WITNESS LIST by Nadine J Griffin, USA as to Nadine J Griffin (Smith, Bonnie) (Entered: 07/24/2006) |
| 07/24/2006 | 124 | JURY VERDICT...as to Count 1 the jury could not reach a decision. As to Count 2-GUILTY (Smith, Bonnie) (Entered: 07/24/2006) |
| 08/02/2006 | 125 | First MOTION for Acquittal as to Nadine J Griffin. (Richey, Alan) (Entered: 08/02/2006) |
| 08/15/2006 | 126 | MOTION to Continue *and Stay Retrial of Count I Pending Final Resolution of Any Appeal Concerning the Count of Conviction (Count II)* as to Nadine J Griffin by USA. (Maietta, Christopher) (Entered: 08/15/2006) |
| 08/16/2006 | 127 | RESPONSE to Motion by USA as to Nadine J Griffin re 125 First MOTION for Acquittal (Maietta, Christopher) (Entered: 08/16/2006) |
| 08/24/2006 | ❏ | Judge William G. Young : Endorsed ORDER entered denying 126 Motion to Continue and Stay Retrial as to Nadine J Griffin (1). cc/cl. (Bell, Marie) (Entered: 08/24/2006) |
| 08/29/2006 | ❏ | Judge William G. Young : Electronic ORDER entered denying 125 Motion for Acquittal as to Nadine J Griffin (1) (Smith, Bonnie) (Entered: 08/29/2006) |
| 08/31/2006 | 128 | NOTICE *Objection to Arbitrary Acts and Violations of Rights* by Nadine J Griffin (Attachments: # 1 Transcript)(Richey, Alan) (Entered: 08/31/2006) |
| 09/01/2006 | ❏ | Judge William G. Young : Electronic ORDER entered. re 128 NOTICE Objection to Arbitrary Acts and Violations of Rights, as to Nadine J Griffin. "This Notice is Being Treated as a Motion for a Telephonic Hearing/Conference. The Motion is DENIED." (Paine, Matthew) (Entered: 09/01/2006) |
| 09/01/2006 | 129 | Judge William G. Young : ORDER entered. "The Parties are Ordered to Appear at 9:00AM, Tuesday, September 5, 2006, to Impanel a Jury to Proceed to Trail on Count I." (Paine, Matthew) (Entered: 09/01/2006) |
| 09/01/2006 | 130 | DISMISSAL as to Nadine J Griffin *Motion to Dismiss Count 1* (Maietta, Christopher) (Entered: 09/01/2006) |
| 09/05/2006 | ❏ | Judge William G. Young : Electronic ORDER entered. as to Nadine J Griffin re 130 Dismissal by Government The Motion to Dismiss Count 1 is ALLOWED. cc/cl (Smith, Bonnie) (Entered: 09/05/2006) |
| 10/14/2006 | 131 | NOTICE *Possible Unavailability* by Nadine J Griffin (Richey, Alan) |

| | | |
|---|---|---|
| | | (Entered: 10/14/2006) |
| 10/19/2006 | ◔ | ELECTRONIC NOTICE OF RESCHEDULING as to Nadine J Griffin Sentencing reset for Tue. 11/21/2006 02:00 PM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie) (Entered: 10/19/2006) |
| 10/30/2006 | ◔ | ELECTRONIC NOTICE OF RESCHEDULING as to Nadine J Griffin Sentencing reset for MON. 11/20/2006 02:00 PM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie) (Entered: 10/30/2006) |
| 11/06/2006 | ◔ | ELECTRONIC NOTICE OF RESCHEDULING as to Nadine J Griffin Sentencing reset for Tuesday 1/16/2007 02:00 PM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie) (Entered: 11/06/2006) |
| 12/04/2006 | ◔ 132 | TRANSCRIPT of Proceedings as to Nadine J Griffin held on 7/10/06 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 12/04/2006) |
| 12/04/2006 | ◔ 133 | TRANSCRIPT of Proceedings as to Nadine J Griffin held on 7/12/06 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 12/04/2006) |
| 12/04/2006 | ◔ 134 | TRANSCRIPT of Proceedings as to Nadine J Griffin held on 7/13/06 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 12/04/2006) |
| 12/04/2006 | ◔ 135 | TRANSCRIPT of Proceedings as to Nadine J Griffin held on 7/14/06 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 12/04/2006) |
| 12/04/2006 | ◔ 136 | TRANSCRIPT of Proceedings as to Nadine J Griffin held on 7/17/06 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 12/04/2006) |
| 12/04/2006 | ◔ 137 | TRANSCRIPT of Proceedings as to Nadine J Griffin held on 7/18/06 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 12/04/2006) |
| 12/04/2006 | ◔ 138 | TRANSCRIPT of Proceedings as to Nadine J Griffin held on 7/19/06 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be |

| | | |
|---|---|---|
| | | obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 12/04/2006) |
| 12/04/2006 | 139 | TRANSCRIPT of Proceedings as to Nadine J Griffin held on 7/20/06 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 12/04/2006) |
| 12/04/2006 | 140 | TRANSCRIPT of Proceedings as to Nadine J Griffin held on 7/21/06 before Judge Womack. Court Reporter: Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 12/04/2006) |
| 12/04/2006 | 141 | TRANSCRIPT of Proceedings as to Nadine J Griffin held on 7/24/06 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 12/04/2006) |
| 12/14/2006 | 142 | First MOTION to Travel *unopposed* as to Nadine J Griffin. (Richey, Alan) (Entered: 12/14/2006) |
| 12/15/2006 | | Judge William G. Young : Electronic ORDER entered GRANTING 142 Motion to Travel as to Nadine J Griffin. (Paine, Matthew) (Entered: 12/15/2006) |
| 01/12/2007 | 143 | SENTENCING MEMORANDUM by Nadine J Griffin (Attachments: # 1 Affidavit # 2 Affidavit # 3 Affidavit)(Richey, Alan) (Entered: 01/12/2007) |
| 01/12/2007 | 144 | SENTENCING MEMORANDUM by USA as to Nadine J Griffin (Maietta, Christopher) (Entered: 01/12/2007) |
| 01/16/2007 | 145 | AFFIDAVIT by Nadine J Griffin 143 Sentencing Memorandum filed by Nadine J Griffin. (Attachments: # 1 Affidavit Lively# 2 Affidavit Martin) (Richey, Alan) (Entered: 01/16/2007) |
| 01/16/2007 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young :AUSA Maietta,Defense attorney Richey and the defendant are present.Sentencing held on 1/16/2007 for Nadine J Griffin (1), Count(s) 1, Dismissed by the government; Count(s) 2, The Court announces the advisory guideline calculations. After hearing from the government, defense counsel and the defendant, the court imposes the sentence as follows: The defendant is committed to the custody of the BOP for 27 months on count 2 to be followed by a term of Supervised Release with Special Conditions of 1 year. Fine $6000. Special Assessment of $100. The Court advises the partie sof the right to appeal. Should an appeal be contemplated, the Court ORDERS the parties to move for the production of the necessary transcript, PRIOR to the filing of the notice of appeal. The defendant is to self report by Feb. 27, 2007. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 01/17/2007) |

| 01/17/2007 | ●146 | Judge William G. Young : ORDER entered. JUDGMENT as to Nadine J Griffin (1), Count(s) 1, Dismissed by the government; Count(s) 2, The defendant is committed to the custody of the BOP for 27 months on count 2 to be followed by a term of Supervised Release with Special Conditions of 1 year. Fine $6000. Special Assessment of $100. (Attachments: # 1 Transcript) (Smith, Bonnie) (Entered: 01/17/2007) |
|---|---|---|
| 01/22/2007 | ●147 | NOTICE OF APPEAL by Nadine J Griffin re 146 Judgment, NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. (Paine, Matthew) (Entered: 01/22/2007) |
| 01/22/2007 | ●148 | MOTION for Clarification re 146 Judgment, *request on place of incarceration* as to Nadine J Griffin. (Richey, Alan) (Entered: 01/22/2007) |
| 01/23/2007 | ●149 | Judge William G. Young : ORDER entered. "In Light of the Decision of the United States Supreme in Cunningham v. California, -- S. Ct. --, 2007 WL 135687 (2007), The Sentence Imposed Herein Appears to Constitute "clear error." See United States v. Sagredo, No. 05-40140, 2006 WL 3371792, at *2-*3 (5th Cir. Nov. 21, 2006). Accordingly, Pursuant to Federal Rule of Criminal Procedure 35(a), See Fed. R. Crim. P. 45(a) (computing time), It Is Necessary to Vacate the Judgment and Commitment Order and to Convene Another Sentencing Hearing to Correct the Sentence Earlier Imposed." (Paine, Matthew) (Entered: 01/23/2007) |
| 01/23/2007 | ● | ELECTRONIC NOTICE OF RESENTENCING HEARING as to Nadine J Griffin RESentencing set for THURSDAY 2/22/2007 02:00 PM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie) (Entered: 01/23/2007) |
| 01/28/2007 | ●150 | NOTICE *Counsel Unavailability* by Nadine J Griffin (Richey, Alan) (Entered: 01/28/2007) |
| 02/16/2007 | ●151 | RESPONSE TO COURT ORDER by USA as to Nadine J Griffin (Maietta, Christopher) (Entered: 02/16/2007) |
| 02/21/2007 | ● | ELECTRONIC NOTICE OF RESCHEDULING RESENTENCING HEARING as to Nadine J. Griffin Resentencing set for THURSDAY 2/22/2007 at 01:00 PM in Courtroom 18 before Judge William G. Young. (Paine, Matthew) (Entered: 02/21/2007) |
| 02/22/2007 | ●152 | NOTICE OF APPEAL by USA as to Nadine J Griffin NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/14/2007. (Maietta, Christopher) (Entered: 02/22/2007) |
| 02/22/2007 | ● | ElectronicClerk's Notes for proceedings held before Judge William G. |

| | | |
|---|---|---|
| | | Young :AUSA Maietta, Defense counsel Richey and the defendant are present.Sentencing held on 2/22/2007 for Nadine J Griffin (1), Count(s) 1, Dismissed by the government; Count(s) 2, The defendant is committed to the custody of the BOP for 27 months on count 2 to be followed by a term of Supervised Release with Special Conditions of 1 year. Fine $6000. Special Assessment of $100.RESENTENCING HELD. The Court hears from the govt and defense counsel. After hearing,the Court AMENDS the original judgment and sentences the defendant as follows: The defendant is committed to the custody of the BOP for 21 months. All other terms and conditions remain the same. The Court explains the reasons for the departure. The defendant is to self report on April 3, 2007. The court advises the parties of the right to appeal. Should an appeal be contemplated, the Court ORDERS the parties to move for the production of the necessary transcript, PRIOR to the filing of the notice of appeal.The Court recommends custody at FCI Danbury. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 02/23/2007) |
| 02/23/2007 | ●153 | NOTICE *of withdrawal of prior notice of appeal* by Nadine J Griffin re 147 Notice of Appeal - Final Judgment, (Richey, Alan) (Entered: 02/23/2007) |
| 02/26/2007 | 154 | Judge William G. Young : ORDER entered. AMENDED JUDGMENT as to Nadine J Griffin (1), Count(s) 1, Dismissed by the government; Count(s) 2, The defendant is committed to the custody of the BOP for 27 months on count 2 to be followed by a term of Supervised Release with Special Conditions of 1 year. Fine $6000. Special Assessment of $100.RESENTENCING HELD. The Court AMENDS the original judgment and sentences the defendant as follows: The defendant is committed to the custody of the BOP for 21 months. All other terms and conditions remain the same. (Attachments: # 1 Transcript of 2/22/07# 2 Transcript of 1/16/07) (Smith, Bonnie) (Entered: 02/26/2007) |