### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10175

United States of America

v.

Nadine Griffin

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

NOA #155

and contained in   Volume(s) are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on   3/5/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 21, 2007.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __3/21/07__

_____
Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06