AO 458 (Rev. 10/95 - Rev. D. MA 2/07)  Appearance - Criminal

# UNITED STATES DISTRICT COURT
IN CLERKS OFFICE
DISTRICT OF MASSACHUSETTS

2007 AUG 17  A 10: 40

UNITED STATES OF AMERICA
V.

U.S. DISTRICT COURT **APPEARANCE**
DISTRICT OF MASS.

NADINE J. GRIFFIN,

Case Number:    05-cr-10175-WGY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Nadine J. Griffin, pending resolution of my application for pro hac vice admission.

~~I certify that I am admitted to practice in this court.~~

Attorney Designation in Criminal Cases:

| | CJA Appointment |
| | Federal Public Defender |
| ✓ | Retained |
| | Pro Bono |

8/14/2007

Date

Signature

Robert E. Barnes                                WI -1038252

Print Name                                      Bar Number

207 E. Buffalo Street, Suite 600

Address

Milwaukee          Wisconsin          53202

City               State              Zip Code

(414) 276-3333                    (414) 276-2822

Phone Number                                   Fax Number