UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 05CR-10175-WGY |
| ) | |
| v. ) | |
| ) | **MOTION TO SUPPLEMENT THE** |
| NADINE J. GRIFFIN, ) | **RECORD** |
| ) | |
| Defendant. ) | |

Robert E. Barnes ("Barnes"), appellate counsel for the defendant, Nadine J. Griffin ("Griffin"), and application for admission *pro hac vice* pending, hereby moves to supplement the appellate record in the above-referenced case with Doc. 164 entitled "Sentencing Memorandum."

Respectfully, on this the 14th day of August, 2007.

Robert E. Barnes
Appellate Counsel for Nadine J. Griffin

The Bernhoft Law Firm, S.C.
207 E. Buffalo Street, Suite 600
Milwaukee, Wisconsin 53202
(414) 276-3333 telephone
(414) 276-2822 facsimile
rebarnes@bernhoftlaw.com

1