# United States Court of Appeals
## For the First Circuit

Nos. 07-1475, 07-1477

UNITED STATES OF AMERICA,

Appellee/Cross-Appellant,

v.

NADINE J. GRIFFIN,

Defendant, Appellant/Cross-Appellee.

**JUDGMENT**

Entered: April 18, 2008

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The conviction of Nadine J. Griffin is affirmed, the sentence is vacated, and the case is remanded for reimposition of the original sentence.

By the Court:

/s/ Richard Cushing Donovan, Clerk

Copies: Hon. William G. Young and Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts, Ms. Quesnel, Mr. Maietta, Ms. Hart, Mr. Barnes, & Mr. Bernhoft,