# United States Court of Appeals
## For the First Circuit

Nos. 07-1475, 07-1477

UNITED STATES OF AMERICA,

Appellee/Cross-Appellant,

v.

NADINE J. GRIFFIN,

Defendant, Appellant/Cross-Appellee.

### JUDGMENT

Entered: April 18, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The conviction of Nadine J. Griffin is affirmed, the sentence is vacated, and the case is remanded for reimposition of the original sentence.

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: MAY 12 2008

By the Court:

/s/ Richard Cushing Donovan, Clerk

Copies: Hon. William G. Young and Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts, Ms. Quesnel, Mr. Maietta, Ms. Hart, Mr. Barnes, & Mr. Bernhoft,