UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:05-CR-10175-WGY |
| | ) | |
| Plaintiff, | ) | EMERGENCY MOTION |
| | ) | |
| v. | ) | |
| | ) | |
| NADINE J. GRIFFIN, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Comes now Defendant Nadine J. Griffin, by and through her applicant for pro hac vice admission attorney Jeffrey A. Dickstein, who hereby appeals to the First Circuit Court of Appeals the Judgment in a Criminal Case, Doc. 173, filed July 23, 2008.

Dated: August 4, 2008.

_____
Jeffrey A. Dickstein
Pro Hac Vice Applicant Attorney
500 W. Bradley Rd., C-208
Fox Point, WI 53217
(414) 446-4264
jdlaw@wi.rr.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2008, I sent a copy of the foregoing document to the attorney of record for the United States by e-mail to Christopher.J.Maietta@usdoj.gov and by first class mail to:

Christopher Maietta
U.S. Dept. Of Justice, Tax Division
601 D Street, NW
Room 7012
Washington, D.C. 20004

_____
Jeffrey A. Dickstein