UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:05-CR-10175-WGY |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NADINE J. GRIFFIN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOTICE OF DESIGNATION OF LOCAL COUNSEL**

Comes now Defendant Nadine J. Griffin, by and through her attorney, Jeffrey A. Dickstein, who designates local counsel as follows:

> James B. Krasnoo
> Krasnoo Klehm LLP
> 23 Main Street, Suite 6
> Andover, MA 01810
> 978-475-9955
> james@krasnoolaw.com

Dated: August 9, 2008.

_____
Jeffrey A. Dickstein
Attorney for Defendant Griffin
500 W. Bradley Rd., C-208
Fox Point, WI 53217
(414) 446-4264
jdlaw@wi.rr.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney for the Plaintiff, Christopher Maietta.

/s/ Jeffrey A. Dickstein