### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10175

United States of America

v.

Nadine J. Griffin

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-177

No Sealed Documents

and contained in ☒ Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/5/2008.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 7, 2008.

Sarah A Thornton, Clerk of Court

By: _Casttilame_

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: ___8/11/8___.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06