UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 05-10175-WGY |
| ) | |
| NADINE J. GRIFFIN ) | |

**NOTICE OF APPEARANCE  AS LOCAL COUNSEL**

Please enter my appearance as local counsel on behalf of Defendant Nadine J. Griffin.

*/s/ James B. Krasnoo*
James B. Krasnoo (BBO #279300)
Krasnoo│Klehm LLP
23 Main Street, Suite Six
Andover, MA  01810
(978) 475-9955

**CERTIFICATE OF SERVICE**

I, hereby certify that a true copy of the above document was served upon counsel of record via ECF on August 13, 2008.

*/s/ James B. Krasnoo*
James B. Krasnoo