UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:05-CR-10175-WGY |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NADINE J. GRIFFIN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOTICE OF PENDING RELEASE DATE**

Comes now Defendant Nadine J. Griffin, by and through her attorney Jeffrey A. Dickstein, who notifies the Court that the pending release date for Griffin, on a twenty-one month sentence, is August 18, 2008.

    1.    On July 22, 2008, the Court issued its Reimposed Sentencing Memorandum and Order (Doc. 172) indicating it was now bound by the First Circuit's mandate to reimpose a twenty-seven month period of incarceration, but in light of the change in sentencing law, would, if it could, only impose a twenty-one month period of incarceration. The Court noted that Defendant is now in a community confinement program and ordered that she remain there until the completion of her reimposed twenty-seven month sentence.

    2.    On July 23, 2008, the Court reimposed a term of incarceration of twenty-seven months. (Doc. 173).

    3.    On August 4, 2008, Defendant moved the Court for an order, pursuant to 18 U.S.C.A. § 3143(b), that her detention terminate at the expiration of the likely reduced sentence of twenty-one months. (Doc. 176).

    4.    To date, the United States has not filed a response.

5.      Defendant was scheduled to be released to two months home confinement on August 18, 2008, the release date of a twenty-one month term of confinement.

Dated: August 13, 2008.

  /s/ Jeffrey A. Dickstein
Jeffrey A. Dickstein
Attorney for Nadine Griffin
500 W. Bradley Rd., C-208
Fox Point, WI 53217
(414) 446-4264
jdlaw@wi.rr.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney for the Plaintiff, Christopher J. Maietta.

  /s/ Jeffrey A. Dickstein
Jeffrey A. Dickstein