UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | Criminal No. 05-CR-10175-WGY-1 |
| ) | |
| v. ) | |
| ) | |
| **NADINE J. GRIFFIN,** ) | |
| ) | |
| Defendant. ) | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S
### NOTICE OF PENDING RELEASE DATE

The United States, by and through undersigned counsel, hereby files its Response to Defendant's Notice of Pending Release Date.

Local Rule 7.1(b)(2) sets forth that a party opposing a motion shall file a response/opposition "within fourteen (14) days . . . unless another period is fixed by rule or statute, or by order of the court."  In this case, on August 5, 2008, defendant filed a motion for release pursuant to 18 U.S.C. § 3143(b).[1]  Accordingly, under Local Rule 7.1(b)(2), it would appear that the government has until August 19, 2008 to file a formal response to defendant's motion, unless the Court orders that the government file its response/opposition by another date.

Although the government intends to file a formal motion opposing defendant's release before August 19, 2008, the government

---

[1] In her Notice of Pending Release (Docket #182), defendant indicates that she filed her motion for release (Docket #176) on August 4, 2008.  However, according to the CM/ECF Criminal Docket for Case #: 1:05-cr-10175, defendant's motion (Docket #176) was actually filed with the Court on **August 5, 2008**.

opposes defendant's release pending appeal. Defendant has failed to specifically identify a substantial question of law or fact that would permit defendant's release. 18 U.S.C. § 3143(b).

### CONCLUSION

The United States respectfully files its Response to Defendant's Notice of Pending Release Date.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                        By:
                                /s/ *Christopher J. Maietta*
                                CHRISTOPHER J. MAIETTA
                                Trial Attorney
                                U.S. Department of Justice
                                (202) 514-4661

Dated:    August 13, 2008

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day, August 13th, 2008, served upon the person listed below a copy of the foregoing document by ECFnotice@mad.uscourts.gov:

Jeffrey A. Dickstein
Attorney for Nadine Griffin
500 W. Bradley Rd., C-208
Fox Point, WI 53217
(414) 446-4264
jdlaw@wi.rr.com

                                               */s/ Christopher J. Maietta*
                                               Christopher J. Maietta