UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:05-CR-10175-WGY |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NADINE J. GRIFFIN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOTICE OF DESIGNATION OF LOCAL COUNSEL**

Comes now Defendant Nadine J. Griffin, by and through her attorney, Jeffrey A. Dickstein, who designates local counsel as follows:

    James B. Krasnoo
    Krasnoo Klehm LLP
    23 Main Street, Suite 6
    Andover, MA 01810
    978-475-9955
    james@krasnoolaw.com

Dated: August 13, 2008.

                                            /s/ Jeffrey A. Dickstein
                                          Jeffrey A. Dickstein
                                          Attorney for Defendant Griffin
                                          500 W. Bradley Rd., C-208
                                          Fox Point, WI 53217
                                          (414) 446-4264
                                          jdlaw@wi.rr.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 13, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney for the Plaintiff, Christopher J. Maietta.

                                              /s/ Jeffrey A. Dickstein