UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name United States v. Nadine Griffin
District Court Case No. 1:05-CR-10175           District of Massachusetts
Date Notice of Appeal filed August 5, 2008      Court of Appeals Case No. 08-2000
Form filed on behalf of Nadine Griffin

Transcript Not Necessary for this Appeal ____✓____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

Name of Court Reporter_____
Phone Number of Reporter_____

A. _____ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

B. _____ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

  ☐ Private funds.
  ☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
  ☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
  ☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
  ☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name Jeffrey A. Dickstein           Filer's Signature _/s/ Jeffrey A. Dickstein_
Firm/Address 500 W. Bradley Rd., C-208, Fox Point, WI 53217
Telephone number (414) 446-4264            Date mailed to court reporter August 13, 2008

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/12/06)                       **SEE INSTRUCTIONS ON REVERSE**